| | |
|---|---|
| 1 | STEPHEN P. BLAKE (SBN 260069) |
| 2 | SIMPSON THACHER & BARTLETT LLP |
|   | 2475 Hanover Street |
| 3 | Palo Alto, CA 94304 |
|   | Telephone: (650) 251-5000 |
| 4 | Facsimile: (650) 251-5002 |
|   | Email: sblake@stblaw.com |
| 5 | |
|   | *Attorneys for Defendants Doximity, Inc.,* |
| 6 | *Jeffrey Tangney, and Anna Bryson* |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| PETER A. KISSLER, Individually and On Behalf of All Others Similarly Situated, | Case No. 4:24-cv-02281-JST |
| Plaintiff, | **NOTICE OF APPEARANCE OF STEPHEN P. BLAKE** |
| v. | |
| DOXIMITY, INC., JEFFREY TANGNEY, and ANNA BRYSON, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSELS OF RECORD:

PLEASE TAKE NOTICE that Stephen Blake of the law firm Simpson Thacher & Bartlett LLP hereby appears in this action as counsel on behalf of Defendants Doximity, Inc., Jeffrey Tangney, and Anna Bryson. Defendants respectfully request that all pleadings and other documents be addressed to and served upon Stephen Blake using the contact information set forth below.

> Stephen P. Blake
> SIMPSON THACHER & BARTLETT LLP
> 2475 Hanover Street
> Palo Alto, CA 94304
> Telephone: (650) 251-5000
> Facsimile: (650) 251-5002
> Email: sblake@stblaw.com

Date: May 13, 2024

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

 /s/ Stephen P. Blake                /
Stephen P. Blake (SBN 260069)
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
Email: sblake@stblaw.com

*Attorneys for Defendants Doximity, Inc., Jeffrey Tangney, and Anna Bryson*