STEPHEN BLAKE (SBN 260069)
sblake@stblaw.com
HILARY WONG (SBN 336544)
hilary.wong@stblaw.com
CAMILLE VICTORIA BOLER
(SBN 353906)
camille.boler@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

BATOUL HUSAIN
batoul.husain@stblaw.com
SIMPSON THACHER & BARTLETT LLP
900 G Street, N.W.
Washington, D.C. 20001
Telephone: (202) 636-5500
Facsimile: (202) 636-5502

JONATHAN K. YOUNGWOOD
(SBN 350373)
jyoungwood@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Defendants Doximity, Inc., and Jeffrey Tangney*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IN RE DOXIMITY, INC. SECURITIES LITIGATION

Case No. 5:24-cv-02281-NW

**DECLARATION OF STEPHEN BLAKE IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Judge: The Honorable Noël Wise

Date: November 19, 2025
Time: 9:00 a.m.
Courtroom: 3, Fifth Floor

I, Stephen Blake, declare as follows:

1. I am a partner at the law firm Simpson Thacher & Bartlett LLP and counsel for Defendants Doximity, Inc., ("Doximity") and Jeffrey Tangney. I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would competently testify thereto.

2. Attached as **Exhibit 1** is a true and correct copy of relevant excerpts of the Form S-1/A Registration Statement filed by Doximity with the SEC on June 22, 2021 ("Registration Statement").

3. Attached as **Exhibit 2** is a true and correct copy of "Stock Info," *Doximity*, available at https://investors.doximity.com/stock/default.aspx ("Stock Info").

4. Attached as **Exhibit 3** is a true and correct copy of relevant excerpts of the Form 10-K Annual Report for the fiscal year ending March 31, 2024, filed by Doximity with the SEC on May 23, 2024 ("May 23, 2024 Form 10-K").

5. Attached as **Exhibit 4** is a true and correct copy of relevant excerpts of the Form 10-Q for the quarterly period ending June 30, 2025, filed by Doximity with the SEC on August 7, 2025 ("August 7, 2025 Form 10-Q").

6. Attached as **Exhibit 5** is a true and correct copy of a blog post by Doximity entitled "44 Social Recruiting Terms Every Physician Recruiter Should Know," available at https://tf-support.doximity.com/hc/en-us/articles/360039773833-44-Social-Recruiting- Terms-Every-Physician-Recruiter-Should-Know ("Social Recruiting Blog Post").

7. Attached as **Exhibit 6** is a true and correct copy of the article, "The Attention Economy Comes to Healthcare; Initiate with OP, $65 PT," published by SVB Leerink, dated July 19, 2021 ("July 19, 2021 SVB Leerink Report").

8. Attached as **Exhibit 7** is a true and correct copy of "2Q22: Net Retention Shines," published by J.P. Morgan, dated November 10, 2021 ("November 10, 2021 J.P. Morgan Report").

9. Attached as **Exhibit 8** is a true and correct copy of "Quarterly Bull/Bear Report: Triple D – Doximity Deep Dive," published by William Blair, dated July 12, 2022 ("July 12, 2022 William Blair Report").

10. Attached as **Exhibit 9** is a true and correct copy of "A Doctor a Day Keeps the Bears Away; Initiating at Outperform," published by Raymond James, dated July 19, 2021 ("July 19, 2021 Raymond James Report").

11. Attached as **Exhibit 10** is a true and correct copy of "Room for Growth, but Transient Headwinds on the Horizon; Initiating with In-Line Rating & $28 PT," published by Evercore ISI, dated October 23, 2022 ("October 23, 2022 Evercore ISI Report").

12. Attached as **Exhibit 11** is a true and correct copy of "Monetizing The Largest Clinical Network in Existence; Initiating OW, $68 PT," published by Piper Sandler, dated July 19, 2021 ("July 19, 2021 Piper Sandler Report").

13. Attached as **Exhibit 12** is a true and correct copy of "Much more than just a 'LinkedIn for doctors,'" published by Berenberg, dated July 28, 2022 ("July 28, 2022 Berenberg Report").

14. Attached as **Exhibit 13** is a true and correct copy of "Medical-Networking App Doximity Sets $20-$23/Share IPO Price, Valuing Firm at Some $4B," published on Seeking Alpha, dated June 15, 2021, available at https://seekingalpha.com/news/3706551-medical-networking-app-doximity-sets-stock-ipo-terms ("June 15, 2021 Seeking Alpha Article").

15. Attached as **Exhibit 14** is a true and correct copy of "Doximity Announces Pricing of Initial Public Offering," published by Dow Jones Newswires on Factiva, dated June 23, 2021 ("June 23, 2021 Factiva Article").

16. Attached as **Exhibit 15** is a true and correct copy of "Four Silicon Valley VC firms notched billion-dollar IPO wins on Thursday," authored by Ari Levy on CNBC, dated June 24, 2021, available at https://www.cnbc.com/2021/06/24/four-vc-firms-notched-billion-dollar-ipo-gains-on-thursday.html ("June 24, 2021 CNBC Article").

17. Attached as **Exhibit 16** is a true and correct copy of "Keeping True to the Physician-First Mission While Riding Digital Marketing Tailwinds," published by Canaccord Genuity, dated July 19, 2021 ("July 19, 2021 Canaccord Genuity Report").

18. Attached as **Exhibit 17** is a true and correct copy of "Updated thoughts and fine-tuning estimates," published by Canaccord Genuity, dated March 30, 2023 ("March 30, 2023 Canaccord Genuity Report").

19. Attached as **Exhibit 18** is a true and correct copy of "Initiating Coverage with Outperform Rating, Supplemental Information Deck," published by William Blair, dated July 19, 2021 ("July 19, 2021 William Blair Supplemental Deck").

20. Attached as **Exhibit 19** is a true and correct copy of "A Powerful Physician Platform and Compelling Provider and Pharma Partner; Initiating Coverage With an Outperform Rating," published by William Blair, dated July 19, 2021 ("July 19, 2021 William Blair Report").

21. Attached as **Exhibit 20** is a true and correct copy of Doximity's earnings release for its quarter and fiscal year ended March 31, 2023, disseminated on May 16, 2023 and filed with the SEC as Exhibit 99.1 to the Form 8-K ("May 16, 2023 Release").

22. Attached as **Exhibit 21** is a true and correct copy What is an Earnings Guidance?" *Corporate Finance Institute,* available at https://corporatefinanceinstitute.com/resources/valuation/earnings-guidance/ ("Earnings Guidance Article").

23. Attached as **Exhibit 22** is a true and correct copy of Doximity's Earnings Call Transcript for Fiscal Year 2024 Quarter 1, dated August 8, 2023 ("August 8, 2023 Earnings Call Tr.").

24. Attached as **Exhibit 23** is a true and correct copy of Doximity's earnings release for its quarter ended June 30, 2023, disseminated on August 8, 2023 and filed with the SEC as Exhibit 99.1 to the Form 8-K ("August 8, 2023 Release").

25. Attached as **Exhibit 24** is a true and correct copy of Doximity's earnings release for its quarter ended March 31, 2024, disseminated on May 16, 2024 and filed with the SEC as Exhibit 99.1 to the Form 8-K ("May 16, 2024 Release").

26. Attached as **Exhibit 25** is a true and correct copy of "1Q24 Beat and Lower on Weaker-Than-Expected Upsell Performance," published by J.P. Morgan, dated August 8, 2023 ("August 8, 2023 J.P. Morgan Report").

27. Attached as **Exhibit 26** is a true and correct copy of "FY1Q24 Revs In-Line, EBITDA Ahead; FY24 Guidance Cut to Reflect Softer than Expected Upsells," published by Truist, dated August 8, 2023 ("August 8, 2023 Truist Report").

28. Attached as **Exhibit 27** is a true and correct copy of "More 'Multiple' Questions," published by Bank of America Global Research, dated August 9, 2023 ("August 9, 2023 BoA Report").

29. Attached as **Exhibit 28** is a true and correct copy of "DOCS: Guidance Miss and Multiple Moving Pieces Move Us to the Sideline; Downgrade to Neutral," published by Guggenheim, dated August 9, 2023 ("August 9, 2023 Guggenheim Report").

30. Attached as **Exhibit 29** is a true and correct copy of "Second-Quarter Beat, but 8.5% Cut to Fiscal 2024 Guidance Is the Main Focus," published by William Blair, dated August 8, 2023 ("August 8, 2023 William Blair Report").

31. Attached as **Exhibit 30** is a true and correct copy of "Path to $1 Billion in Sales—Led by the Crumbling Cooking, New Products, and (Just Maybe) a DTC Product Over Time," published by William Blair, dated July 18, 2023 ("July 18, 2023 William Blair Report").

32. Attached as **Exhibit 31** is a true and correct copy of "Hey Mother Hubbard, There's Plenty of Product in This Cupboard; Early Analyst Day Highlights," published by Raymond James, dated June 6, 2023 ("June 6, 2023 Raymond James Report").

33. Attached as **Exhibit 32** is a true and correct copy of "Guidance Reset Fuels Visibility Concerns; Moats/Margins Still Strong – Stay Outperform," published by Raymond James, dated August 8, 2023 ("August 8, 2023 Raymond James Report").

34. Attached as **Exhibit 33** is a true and correct copy of "Doctors have a new way to scrub personal information from internet after spike in harassment," authored by Ashley Capoot on CNBC, dated November 1, 2023, available at https://www.cnbc.com/2023/11/01/doximity-announces-docdefender-to-remove-doctor-information-online.html ("November 1, 2023 CNBC Article.").

35. Attached as **Exhibit 34** is a true and correct copy of "Global Pharmaceutical & Healthcare AI in Healthcare: GenAI-Driven Transformation, Centered on Productivity Gains and

Better Patient Experiences," published by China Merchant Securities, dated February 10, 2025 ("February 10, 2025 China Merchant Securities Report").

36. Attached as **Exhibit 35** is a true and correct copy of Doximity: Not Like Other Ad Tech Stocks," published on Seeking Alpha, dated May 14, 2025, available at https://seekingalpha.com/article/4786627-doximity-not-like-other-ad-tech-stocks ("May 14, 2025 Seeking Alpha Article").

37. Attached as **Exhibit 36** is a true and correct copy of "Magnitude of Sell-Off Too Much vs. Continued Business Strength; PT to $73," published by SVB Leerink, dated May 16, 2025 ("May 16, 2025 SVB Leerink Report").

38. Attached as **Exhibit 37** is a true and correct copy "Medical-networking app Doximity prices IPO above range," published on Seeking Alpha, dated June 23, 2021, available at https://seekingalpha.com/news/3709406-medical-networking-app-doximity-prices-ipo-above-range ("June 23, 2021 Seeking Alpha Article").

39. Attached as **Exhibit 38** is a true and correct copy of the Rebuttal Expert Report of Professor Yael V. Hochberg, Ph.D., dated September 26, 2025.

I declare under penalty of perjury under the laws of the state of New York that the foregoing is true and correct. Executed on September 26, 2025, in New York, New York.

*/s/ Stephen Blake*
Stephen Blake