Exhibit 38

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re: Doximity, Inc. Securities Litigation | No. 5:24-cv-02281-NW |

**REBUTTAL EXPERT REPORT OF YAEL V. HOCHBERG, PH.D.**

**September 26, 2025**

**Table of Contents**

I.    INTRODUCTION ............................................................................................1

    A.    Qualifications ....................................................................................1

    B.    Background .......................................................................................4

        i.    Doximity and Its Business Model......................................... 4

        ii.    Doximity's FY24 Guidance ................................................. 6

        iii.    The Alleged Corrective Disclosure....................................... 8

        iv.    The Alleged Misrepresentations ......................................... 10

            a.    The Alleged 80% Active Member Misstatements................................... 11

            b.    The Alleged Engagement Growth Misstatements .................................. 14

    C.    Assignment .....................................................................................16

    D.    Compensation .................................................................................16

II.   SUMMARY OF OPINIONS ........................................................................17

III.  THERE IS NO EVIDENCE THAT THE ALLEGED 80% ACTIVE MEMBER MISSTATEMENTS CAUSED FRONT-END PRICE IMPACT ......................................20

    A.    Overall Scope of Market Commentary .........................................22

    B.    Market Participants Did Not Connect the 80% Figure to Quarterly Active Users, and Analysts Relied on Independent or Third-Party Data for Active User Estimates .....................................................................24

    C.    Market Commentary Did Not Find the Alleged 80% Active Member Misstatements Value Relevant to Doximity's Stock Price.........................................28

        i.    Market Commentary That Described the 80% Figure as Physicians "Using" the Platform Lacks Sufficient Detail to Distinguish Whether It Reflected the SEC 80% Member Statement or the Alleged 80% Active Member Misstatements......................................... 28

        ii.    References to "Active Members" or Similar Terms in the Context of the 80% Figure Did Not Persist and Do Not Establish Price Impact Throughout the Alleged Class Period............................... 32

    D.    The Alleged 80% Active Member Misstatements Did Not Increase Doximity's Stock Price.........................................36

        i.    On Four out of Seven Days When the Alleged 80% Active Member Misstatements Were Made, the Abnormal Stock Price Change Was Not Statistically Significantly Positive..................... 40

        ii.    On the Three Remaining Days with Statistically Significant Positive Abnormal Price Change, the Movement Is Explained by Confounding News Or Events Unrelated to the Alleged Misstatements................................. 41

            a.    June 24, 2021 ....................................... 41

   b. August 11, 2021 ................................................................. 44

   c. February 9, 2022 ............................................................... 47

IV. THE ALLEGED CORRECTIVE DISCLOSURE DID NOT CORRECT AND WAS NOT LINKED TO THE ALLEGED 80% ACTIVE MEMBER MISSTATEMENTS, INDICATING NO BACK-END PRICE IMPACT ............................................................51

 A. The Alleged Corrective Disclosure Did Not Correct the Alleged 80% Active Member Misstatements..........................................................................52

  i. The Alleged Corrective Disclosure Did Not Reference the 80% Figure or Doximity's Active Members in Any Way...................................................... 52

  ii. Market Commentary Did Not Connect the Alleged Corrective Disclosure to the Alleged 80% Active Member Misstatements ........................ 54

 B. Market Commentary Connected the Alleged Corrective Disclosure to Factors Unrelated to the Alleged 80% Active Member Misstatements ...................................59

  i. Market Commentary After the Alleged Corrective Disclosure ......................... 59

  ii. Other Companies in Related Industries Experienced Similar Guidance Reductions or Layoffs, Indicating the Alleged Corrective Disclosure Was Driven by Industry Movements, Rather Than a Correction of the Alleged 80% Active Member Misstatements ...................................................... 61

 C. The Evidence Cited by Plaintiffs and Dr. Cain Did Not Connect the Alleged Corrective Disclosure to the Alleged 80% Active Member Misstatements ................64

  i. Analyst Reports Cited by Dr. Cain Did Not Connect the Alleged Corrective Disclosure to the Alleged 80% Active Member Misstatements ..................................................................................................... 65

  ii. Additional Commentary Cited by Plaintiffs and Dr. Cain Did Not Connect the Alleged Corrective Disclosure to the Alleged 80% Active Member Misstatements........................................................................................ 69

## I.    INTRODUCTION

### A.    Qualifications

1.    I am the Ralph S. O'Connor Professor in Entrepreneurship and Professor of Finance at the Jones Graduate School of Business at Rice University. I am also Head of the Rice University Entrepreneurship Initiative and Liu Idea Lab for Innovation and Entrepreneurship at Rice University, serve as a member of the leadership council for the Rice Biotech Launchpad, and advise Rice's Office of Innovation. In addition to my employment at Rice University, I am a Research Associate at the National Bureau of Economic Research, and a research affiliate of the Massachusetts Institute of Technology's ("MIT") Innovation Initiative. I have previously held the Keohane Distinguished Visiting Professorship in Entrepreneurship at the University of North Carolina/Duke University and have been a Visiting Associate Professor of Finance at the MIT Sloan School of Management, a Visiting Professor of Entrepreneurship at the University of Chicago Booth School of Business, and a Visiting Professor of Finance at the Northwestern University Kellogg School of Management. I was the co-founder and a Managing Member of Flywheel Innovation, LLC, an innovation and entrepreneurship-related consultancy, and serve as Managing Director of the Seed Accelerator Rankings Project, which produced an annual ranking of startup accelerator programs in the U.S. from 2010 to 2020. I have previously served as a consultant in the Research Fellows Program in the Quantitative Research Group at Landmark Partners (now a division of Ares Capital).

2.    I received a Ph.D. in Business Administration (Finance) from the Stanford University Graduate School of Business, an M.A. in Economics from Stanford University, and a B.Sc. in Industrial Engineering and Management from the Technion–Israel Institute of

1

Technology. My research specializes in entrepreneurial finance, venture capital and private equity, and corporate governance.

3.    I have published papers on topics related to equity structures at initial public offerings ("IPOs") and securities governance in newly public firms, such as "The Rise of Dual-Class Stock IPOs" (*The Journal of Financial Economics*, 2022) and "Venture Capital and Corporate Governance in the Newly Public Firm" (*Review of Finance*, 2012). In addition, I have published numerous articles in leading peer-reviewed academic journals, including in the top three finance journals: *The Journal of Finance*, *The Review of Financial Studies*, and *The Journal of Financial Economics*, as well as in other well-respected outlets such as *Review of Finance, Innovation Policy and the Economy*, *Journal of Accounting Research*, and *Journal of Public Economics*.

4.    I have developed and taught over a dozen graduate MBA and executive MBA courses in finance and entrepreneurship at five top-ranked U.S. business schools: Cornell University's Johnson School of Management, Northwestern University's Kellogg School of Management, MIT's Sloan School of Management, the University of Chicago's Booth School of Business, and Rice University's Jones Graduate School of Business. These graduate-level courses covered topics in investor assessment of company potential and strategy, evaluation of venture investments, and investor exit. I have been invited as a lecturer on entrepreneurial finance for organizations including the National Bureau of Economic Research Entrepreneurship Research Bootcamp and the Kauffman Foundation. I have also designed and taught courses on healthcare innovation, such as "Healthcare Innovation and Entrepreneurship" at Rice University and "Healthcare Entrepreneurship Lab" at Rice University Jones Graduate School of Business. I

2

have also taught classes on entrepreneurial strategy, including multi-sided platforms, at Rice University Jones Graduate School of Business.

5.    All in all, I have been doing research and teaching in finance for over 20 years. My research has received considerable recognition, as well as a number of prestigious grants totaling millions of dollars. For example, in 2016, I was awarded the Ewing Marion Kauffman Prize Medal for Distinguished Research in Entrepreneurship in recognition of my research in entrepreneurial finance.

6.    I have been invited to speak on my research at numerous universities, institutes, and government bodies in the U.S. and around the world. Since 2002, I have given over 150 seminars, workshops and invited talks on my research on venture capital, private equity and entrepreneurial finance at universities and government agencies and have been invited to present my research or to speak about or critique the research of others at over 100 conferences that make use of peer review to select speakers.

7.    The opinions that I have expressed in this report represent my true professional opinion on the issues addressed in this report. I further confirm that I have no connection with, and I am not aware of any actual or potential conflict of interest with any of the parties to this case.

8.    My complete curriculum vitae, which includes a list of my publications, is attached as **Appendix A** to this report. A list of my prior testimony from the past four years is attached as **Appendix B**.

**B.    Background**

### i.    *Doximity and Its Business Model*

9.    Doximity, Inc. ("Doximity") is a "leading digital platform for U.S. medical professionals, as measured by the number of U.S. physician members."[1] The platform offers tools "enabling [medical professionals] to collaborate with their colleagues, securely coordinate patient care, conduct virtual patient visits, stay up-to-date with the latest medical news and research, and manage their careers."[2] Doximity's common stock is traded on the New York Stock Exchange under the symbol "DOCS."[3]

10.    Doximity's "business model is designed to both respect and support physicians while driving value for our customers."[4] Doximity's platform serves two groups: (1) physicians and other medical professionals, who are Doximity's members,[5] and (2) healthcare organizations, which are Doximity's "revenue-generating customers," including "primarily pharmaceutical manufacturers and healthcare systems."[6]

- Members join for free after "entering a first and last name and verifying real-name identity by National Prescriber Identifier, Social Security Number, Drug Enforcement Administration Registration Number, or medical email account confirmation."[7] After

---

[1] Doximity, "Form S-1/A," June 22, 2021 ("Registration Statement"), p. 2.

[2] Registration Statement, p. 2.

[3] NYSE, "Doximity Inc DOCS," available at https://www.nyse.com/quote/XNYS:DOCS.

[4] Registration Statement, p. 3.

[5] Doximity's network includes "80% of U.S. physicians, over 50% of U.S. nurse practitioners and physician assistants, and over 90% of graduating U.S. medical students as of March 31, 2021." Registration Statement, p. 5. *See also*, Doximity, "Four Things to Know About Doximity," available at https://www.doximity.com/about/company ("Doximity's membership has expanded to include over 80% of physicians and an increasing number of NPs, PAs, and pharmacists.").

[6] Registration Statement, p. 2.

[7] Registration Statement, p. 106.

being verified, members gain access to Doximity's tools for "professional connections" and "patient care."[8] These tools include Doximity's telehealth tools to receive "electronic faxes," "collaborate on patient treatment," and "call patients from [members'] cell phone while displaying [their] office number"[9] and "Newsfeed," where members comment and interact with posts, and receive personalized email updates on "handpicked medical literature and news," and "insights about the business side of medicine," among other topics.[10]

- Customers purchase subscriptions for Doximity's Marketing Solutions, which are supported by a "customer success team" that "works directly with [the] customers" and allow them "to run highly targeted campaigns to specialized audiences of physicians on [Doximity's] platform."[11] Doximity states that its customer demand depends on various factors, including "prices of products and services offered by [Doximity's] competitors, […] marketing spending levels [affected by] macroeconomic or other factors, and the efficacy and cost-effectiveness of [Doximity's] solutions."[12]

---

[8] Registration Statement, pp. 2, 103, 118.

[9] Doximity, "Four Things to Know About Doximity," available at https://www.doximity.com/about/company.

[10] Doximity, "How to Comment on Articles in the Newsfeed," available at https://support.doximity.com/hc/en-us/articles/16528217814291-How-to-Comment-on-Articles-in-the-Newsfeed; Doximity, "How to Manage Your Emails on DoxNews," available at https://support.doximity.com/hc/en-us/articles/16597385947539-How-to-Manage-Your-Emails-on-DoxNews.

[11] Registration Statement, pp. 5, 105, 114.

[12] Registration Statement, p. 22. *See also,* Doximity, "Form 10-Q," August 12, 2021, p. 38; Doximity, "Form 10-Q," November 10, 2021, p. 40; Doximity, "Form 10-Q," February 9, 2022, p. 42; Doximity, "Form 10-K," May 27, 2022, p. 17; Doximity, "Form 10-Q," August 5, 2022, p. 39; Doximity, "Form 10-Q," November 10, 2022, p. 43; Doximity, "Form 10-Q," February 9, 2023, p. 43; Doximity, "Form 10-K," May 26, 2023, p. 17.

Doximity's August 8, 2023 Form 10-Q states that: "[t]here have been no material changes to the risk factors included in our Annual Report on Form 10-K for the fiscal year ended March 31, 2023." *See* Doximity, "Form 10-Q," August 8, 2023, p. 34.

5

11.     Doximity's subscriptions are typically purchased during what the management calls "an annual upfront buying cycle."[13] As Anna Bryson, Doximity's CFO, described, Doximity's "pharmaceutical and health system customers typically engage in an annual upfront buying cycle, a calendar year-end where they purchase a majority of their next year subscription."[14] In addition to revenue from these "upfront" commitments, Doximity further expands business by "upselling" products or services across different brands or service lines.[15] Ms. Bryson stated that "throughout the course of the year, these customers use their remaining budget to purchase upsell and add additional audience members, module or brands to their program."[16]

### ii.     Doximity's FY24 Guidance

12.     Earnings guidance is "information provided by the management of a publicly traded company regarding its expected future results, including estimates of revenues, expenses, margins, and earnings" and "is considered a subjective view on the company's future financial performance, which is exposed to uncertainties and risks."[17] The Securities and Exchange

---

[13] Seeking Alpha, "Doximity, Inc. (DOCS) CEO Jeff Tangney on Q3 2022 Results - Earnings Call Transcript," February 8, 2022, available at https://seekingalpha.com/article/4485325-doximity-inc-docs-ceo-jeff-tangney-on-q3-2022-results-earnings-call-transcript. *See also*, Registration Statement, p. F-9 ("Contractual terms for Marketing Solutions contracts are generally 12 months or less. The contractual term for Hiring Solutions contracts is typically 12 months. Customers are generally billed in advance based on contractual milestones during the subscription term.").

[14] Seeking Alpha, "Doximity, Inc. (DOCS) CEO Jeff Tangney on Q3 2022 Results - Earnings Call Transcript," February 8, 2022, available at https://seekingalpha.com/article/4485325-doximity-inc-docs-ceo-jeff-tangney-on-q3-2022-results-earnings-call-transcript.

[15] Registration Statement, p. 72.

[16] Seeking Alpha, "Doximity, Inc. (DOCS) CEO Jeff Tangney on Q3 2022 Results - Earnings Call Transcript," February 8, 2022, available at https://seekingalpha.com/article/4485325-doximity-inc-docs-ceo-jeff-tangney-on-q3-2022-results-earnings-call-transcript.

[17] Corporate Finance Institute, "What is an Earnings Guidance?," available at https://corporatefinanceinstitute.com/resources/valuation/earnings-guidance/.

Commission ("SEC") classifies guidance as a forward-looking statement.[18] Earnings guidance is inherently uncertain[19] because it depends on a company's estimates of a number of internal and external factors that are beyond its full control.[20] As companies learn updated information, they may withdraw the guidance or revise it with an updated estimate.[21]

13.    Doximity's guidance for its fiscal year 2024 (the "FY24 Guidance") was initially issued on May 16, 2023 (the "initial FY24 Guidance"),[22] which is not alleged to be false or misleading. At that time, Doximity projected revenue between $500 million and $506 million

---

[18] Code of Federal Regulations, "17 CFR 230.175: Liability for Certain Statements by Issuers," available at https://www.ecfr.gov/current/title-17/chapter-II/part-230/section-230.175 ("The term 'forward-looking statement' [is defined in current Rule 175 as] limited to the following: (1) A statement containing a projection of revenues, income (loss), earnings (loss) per share, capital expenditures, dividends, capital structure or other financial items[.]").

[19] Asay, Scott and Jeffrey Hales, "Disclaiming the Future: Investigating the Impact of Cautionary Disclaimers on Investor Judgments Before and After Experiencing Economic Loss," *The Accounting Review*, Vol. 93, No. 4, 2018, pp. 81-99, at pp. 83-84 ("Forward-looking information is, by nature, uncertain and often unverifiable—even when made in good faith. […] Given the uncertainty inherent in forward-looking statements, some degree of caution is likely warranted and investors may naturally discount forward-looking information, particularly when forward-looking statements are positive in nature […].").

[20] Doximity, "Doximity Announces Fourth Quarter and Fiscal Year 2023 Financial Results and New Senior Leadership Hires," May 16, 2023, available at https://investors.doximity.com/news/news-details/2023/Doximity-Announces-Fourth-Quarter-and-Fiscal-Year-2023-Financial-Results-and-New-Senior-Leadership-Hires ("Furthermore, actual results may differ materially from those described in the forward-looking statements and will be affected by a variety of risks and factors including […] (ii) the impact of uncertainty in the current economic environment and macroeconomic uncertainty, including the resurgence or resolution of the COVID-19 pandemic […] (iii) our ability to retain existing members or add new members to our platform and maintain or grow their engagement with our platform; (iv) our ability to attract new customers or retain existing customers […] (vii) our ability to maintain or manage our growth, and other risks and factors that are beyond our control."). Additionally, Doximity notes that it "expect[s] to face increasing competition in the market for our solutions" in the "Risk Factors" section of the Form 10-Q. *See*, Doximity, "Form 10-Q," February 9, 2023, p. 40.

[21] Marshall, Nathan and Ashley Skinner, "Forecast Withdrawals and Reporting Reputation," *The Accounting Review*, Vol 97, No. 7, 2022, pp. 347-377, at p. 347 ("[After material deviations from disclosures,] managers face a decision tree: first, whether to update investors that the initial disclosure is no longer accurate, and second, if updating is chosen, whether to revise the original earnings forecast or to communicate that the initial forecast is no longer valid without revising, which we refer to as a 'withdrawal.'") .

[22] Doximity, "Doximity Announces Fourth Quarter and Fiscal Year 2023 Financial Results and New Senior Leadership Hires," May 16, 2023, available at https://investors.doximity.com/news/news-details/2023/Doximity-Announces-Fourth-Quarter-and-Fiscal-Year-2023-Financial-Results-and-New-Senior-Leadership-Hires.

and EBITDA between $216 million and $222 million for fiscal year 2024.[23] This guidance implied year-over-year revenue growth of at least 19 percent and year-over-year EBITDA growth of at least 17 percent compared to Doximity's actual results for fiscal year 2023.[24]

### iii.    The Alleged Corrective Disclosure

14.    On August 8, 2023, after market close, Doximity revised the FY24 Guidance, decreasing projected revenue to between $452 million and $468 million, and EBITDA to between $193 million and $209 million (the "revised FY24 Guidance").[25] Even with this revised FY24 Guidance, Doximity still projected year-over-year growth in both revenue (at least seven percent) and EBITDA (at least four percent) compared to its actual fiscal year 2023 results.[26]

---

[23] In this report, I use the term "EBITDA" (*i.e.*, Earnings Before Interest, Taxes, Depreciation and Amortization) to refer to the adjusted EBITDA metric reported by Doximity, which is defined as "net income before interest, income taxes, depreciation, and amortization, and as further adjusted for acquisition and other related expenses, stock-based compensation expense, change in fair value of contingent earn-out consideration liability, and other income, net." *See* Doximity, "Doximity Announces Fourth Quarter and Fiscal Year 2023 Financial Results and New Senior Leadership Hires," May 16, 2023, available at https://investors.doximity.com/news/news-details/2023/Doximity-Announces-Fourth-Quarter-and-Fiscal-Year-2023-Financial-Results-and-New-Senior-Leadership-Hires.

[24] Doximity's actual results for fiscal year 2023 were $419 million in revenue and $184 million in EBITDA. Implied growth rates using the lower ends of the initial FY24 Guidance are calculated as 19 percent = $500 million ÷ $419 million − 1 and 17 percent = $216 million ÷ $184 million − 1 for revenue and EBITDA, respectively. *See* Doximity, "Doximity Announces Fourth Quarter and Fiscal Year 2023 Financial Results and New Senior Leadership Hires," May 16, 2023, available at https://investors.doximity.com/news/news-details/2023/Doximity-Announces-Fourth-Quarter-and-Fiscal-Year-2023-Financial-Results-and-New-Senior-Leadership-Hires.

[25] Doximity, "Doximity Announces Fiscal 2024 First Quarter Financial Results," August 8, 2023, available at https://investors.doximity.com/news/news-details/2023/Doximity-Announces-Fiscal-2024-First-Quarter-Financial-Results. *See also*, Business Wire, "Doximity Announces Fiscal 2024 First Quarter Financial Results," August 8, 2023, Factiva.

[26] Implied growth rates using the lower ends of the revised FY24 Guidance are calculated, after rounding down, as seven percent = $452 million ÷ $419 million − 1 and four percent = $193 million ÷ $184 million − 1 for revenue and EBITDA, respectively. *See* Doximity, "Doximity Announces Fiscal 2024 First Quarter Financial Results," August 8, 2023, available at https://investors.doximity.com/news/news-details/2023/Doximity-Announces-Fiscal-2024-First-Quarter-Financial-Results. *See also*, Doximity, "Doximity Announces Fourth Quarter and Fiscal Year 2023 Financial Results and New Senior Leadership Hires," May 16, 2023, available at https://investors.doximity.com/news/news-details/2023/Doximity-Announces-Fourth-Quarter-and-Fiscal-Year-2023-Financial-Results-and-New-Senior-Leadership-Hires.

8

The initial and revised FY24 Guidance are summarized in **Table 1**.[27] In addition, Doximity announced the termination of 10 percent of its workforce.[28] During an earnings call later that day, Doximity also acknowledged a decline in upsell rates (together, "Alleged Corrective Disclosure").[29] Management explained that the downward revision of its FY24 Guidance was driven by new developments in June and July 2023, when its "upsell close rate fell short."[30] Management further explained that this shortfall could not have been anticipated when Doximity issued its initial FY24 Guidance in May 2023,[31] because (1) historically upsell performance had a high correlation with "revenues contracted during the winter annual budget season" (*i.e.*,

---

[27] Doximity would later go on to revise its FY24 Guidance upwards during its earnings releases in November 2023 and February 2024, and the final fiscal year 2024 outcomes for revenue and EBITDA were $475.4 million and $230.5 million, respectively, exceeding all revised guidance. *See* Doximity, "Doximity Announces Fiscal 2024 Second Quarter Financial Results," November 9, 2023, available at https://investors.doximity.com/news/news-details/2023/Doximity-Announces-Fiscal-2024-Second-Quarter-Financial-Results; Doximity, "Doximity Announces Fiscal 2024 Third Quarter Financial Results," February 8, 2024, available at https://investors.doximity.com/news/news-details/2024/Doximity-Announces-Fiscal-2024-Third-Quarter-Financial-Results; Doximity, "Doximity Announces Fourth Quarter and Fiscal Year 2024 Financial Results," May 16, 2024, available at https://investors.doximity.com/news/news-details/2024/Doximity-Announces-Fourth-Quarter-and-Fiscal-Year-2024-Financial-Results.

[28] Consolidated Class Action Complaint, *In re Doximity, Inc. Securities Litigation,* Case No. 5:24-cv-02281-NW, United States District Court for the Northern District of California, San Jose Division, October 4, 2024 ("Complaint"), ¶ 90.

[29] Complaint, ¶¶ 90-91.

[30] Seeking Alpha, "Doximity, Inc. (DOCS) Q1 2024 Earnings Call Transcript," August 8, 2023, available at https://seekingalpha.com/article/4625750-doximity-inc-docs-q1-2024-earnings-call-transcript ("Okay. Turning now to our guidance revision. […] Despite a record upfront this winter, our upsell close rate fell short in June and July. So after growing steadily for a decade, our upsells have now slowed for two years in a row. […] We initially estimated we would see a similar percentage of mid-year upsells as last year, which was about half of our historical rate. However, we have seen a further decline this year. Given these mid-year upsells convert to revenue very quickly, this decline has led to a sizable impact starting in Q2. […] Because of this, we are adjusting our guidance philosophy to give wider ranges and bake in more variability for the portion of revenue we do not have contracted upfront.").

[31] Management noted when making the initial FY24 Guidance that "given the continued macro uncertainty, we are modeling a similar percentage of mid-year upsell to last year, which is about half of our historical rate." *See* Seeking Alpha, "Doximity, Inc. (DOCS) Q4 2023 Earnings Call Transcript," May 16, 2023, available at https://seekingalpha.com/article/4605270-doximity-inc-docs-q4-2023-earnings-call-transcript.

upfront revenue);[32] and (2) in early 2023, those upfront revenues were strong.[33] Management identified "two core reasons" for the lower-than-expected upsells, including a post-COVID slowdown in pharmaceutical companies' digital marketing growth and a client shift toward self-service, automated advertising solutions rather than Doximity's full-service sales model.[34]

**Table 1: Comparison of FY24 Guidance**
*(In Millions)*

| Metric | Initial FY24 Guidance (May 2023) | | Revised FY24 Guidance (August 2023) | |
|---|---|---|---|---|
| | Lower End | Upper End | Lower End | Upper End |
| Revenue | $500 | $506 | $452 | $468 |
| EBITDA | $216 | $222 | $193 | $209 |

15.    Doximity's stock price declined from $32.79 per share on August 8, 2023, to a closing price of $25.30 on August 9, 2023, a decrease of $7.49 per share or 22.8 percent.[35]

### iv.    The Alleged Misrepresentations

16.    I understand that Plaintiffs allege fourteen misrepresentations during the period from June 24, 2021 to August 8, 2023, inclusive (the "Alleged Class Period").[36] The Court's

---

[32] "Seeking Alpha, "Doximity, Inc. (DOCS) Q1 2024 Earnings Call Transcript," August 8, 2023, available at https://seekingalpha.com/article/4625750-doximity-inc-docs-q1-2024-earnings-call-transcript ("Until last year, our upfront and upsell seasonal growth rates were highly correlated. If our upfront grew well, better upsell did too.").

[33] Seeking Alpha, "Doximity, Inc. (DOCS) Q1 2024 Earnings Call Transcript," August 8, 2023, available at https://seekingalpha.com/article/4625750-doximity-inc-docs-q1-2024-earnings-call-transcript ("Despite a record upfront this winter, our upsell close rate fell short in June and July.").

[34] Seeking Alpha, "Doximity, Inc. (DOCS) Q1 2024 Earnings Call Transcript," August 8, 2023, available at https://seekingalpha.com/article/4625750-doximity-inc-docs-q1-2024-earnings-call-transcript ("First, in part, it's the market. Pharma's shift-to-digital has slowed. Post-COVID travel and agency swaps are soaking a budget while budgetary caution rules the day. In all, we estimate digital pharma has grown at half the low teens growth rate that we and e-market predicted last year. Second, and more importantly, it's the friction of our full-service white-gloved sales model. Simply put, during summer upsell season, clients no longer have the time to schedule all of the meetings, legal reviews, reports, and QBRs. Post-COVID, they work from home most of the week, and they'd rather log into a self-service platform, 24x7, to monitor their program and set budgets.").

[35] Complaint, ¶¶ 170, 101.

[36] Complaint, p. 1.

Motion to Dismiss Order ("MTD Order") groups the alleged misrepresentations into two categories.[37] In this report, I refer to these categories as the "Alleged 80% Active Member Misstatements" and the "Alleged Engagement Growth Misstatements."[38]

### a.   The Alleged 80% Active Member Misstatements

17.     According to Plaintiffs, "[t]hroughout the Class Period, Defendants represented to investors that 'over 80%' of U.S. physicians were 'active members' of the Doximity platform."[39] The MTD Order included eight alleged misrepresentations in this category, all of which were oral statements.[40]

- CNBC TechCheck Interview (June 24, 2021): Mr. Tangney stated that "today we have over 80% of all U.S. physicians as active members on the platform." In the same interview, he stated "again, we're over 80% of all U.S. physicians as active members."[41]

- Doximity's Business Overview Video Posted to Investor Webpage (August 10, 2021): In the video, Mr. Tangney represented that "[t]oday, over 80% of all U.S. physicians use our platform." The video remained posted to Doximity's investor page throughout the Alleged Class Period.[42]

---

[37] Order Denying Motion to Dismiss, *In re Doximity, Inc. Securities Litigation*, Case No. 24-cv-02281-NW, United States District Court for the Northern District of California, May 13, 2025 ("MTD Order"), pp. 5-7.

[38] While I use different terminology for clarity in this report, I follow the same classification set forth in the MTD Order.

[39] Complaint, ¶ 38.

[40] MTD Order, pp. 5-6. Some Alleged 80% Active Member Misstatements contain the term "active members," while the others state that "over 80% of all U.S. physicians" "use" the platform without specifying the frequency or intensity of use.

[41] Complaint, ¶ 104. *See also*, CNBC, "TechCheck," June 24, 2021, available at https://www.cnbc.com/video/2021/06/24/doximity-ceo-on-physician-social-network-going-public-our-mission-is-to-help-doctors-be-more-productive.html.

[42] Complaint, ¶ 108. *See also*, Doximity, "Business Overview," available at https://investors.doximity.com/overview/, at 0:22-0:26.

11

- Quarterly Investor Conference (August 10, 2021, after market close): In his opening remarks, Mr. Tangney stated that "today, over 80% of all U.S. physicians use our platform."[43]

- CNBC TechCheck Interview (August 11, 2021): The CNBC interviewer asked Mr. Tangney to "tell us about what's driving" the Company's quarterly results. In response, Mr. Tangney stated that "we have over 80% of all U.S. physicians as active members on our platform."[44]

- CNBC TechCheck Interview (November 10, 2021): Mr. Tangney told investors during an interview with CNBC that "[o]ver 80% of U.S. physicians are active members of our platform."[45]

- CNBC TechCheck Interview (February 9, 2022): Mr. Tangney gave another interview with CNBC where he claimed that "over 80% of all U.S. physicians use us to power millions of digital interactions each day."[46]

- Morgan Stanley Investor Conference (March 10, 2022, after market close): Mr. Tangney told investors that "we have over 80% of all U.S. physicians as active members, and they're doing millions of interactions with us each day." Additionally, in response to an analyst's question, Mr. Tangney stated, "[w]e have over 80% of U.S. physicians today as active members."[47]

- Investor Day Conference (June 6, 2023): In his introductory remarks at the Investor Day Conference, Mr. Tangney set the stage by claiming that "over 80% of all physicians […] use our platform."[48]

---

[43] Complaint, ¶¶ 43, 106. *See also*, Seeking Alpha, "Doximity, Inc. (DOCS) CEO Jeff Tangney on Q1 2022 Results - Earnings Call Transcript," August 10, 2021, available at https://seekingalpha.com/article/4448000-doximity-inc-docs-ceo-jeff-tangney-on-q1-2022-results-earnings-call-transcript.

[44] While the Complaint states that the CNBC TechCheck interview occurred on August 10, 2021, in fact, it happened on August 11, 2021. This difference in dates does not affect my analysis. Complaint, ¶ 110. *See also,* CNBC, "TechCheck," August 11, 2021, available at https://archive.org/details/CNBC_20210811_150000_TechCheck/start/2940/end/3000.

[45] Complaint, ¶¶ 43, 115. *See also*, CNBC, "TechCheck," November 10, 2021, available at https://www.cnbc.com/video/2021/11/10/over-80percent-of-us-physicians-are-active-members-of-our-platform-says-doximity-ceo.html.

[46] Complaint, ¶¶ 43, 117. *See also*, CNBC, "TechCheck," February 9, 2022, available at https://archive.org/details/CNBC_20220209_160000_TechCheck/start/1200/end/1260.

[47] Complaint, ¶¶ 43, 119–120. *See also*, VIQ FD Disclosure, "Doximity Inc at Morgan Stanley Technology, Media, and Telecom Conference (Virtual) - Final," March 10, 2022, Factiva.

[48] Complaint, ¶ 133. *See also,* VIQ FD Disclosure, "Doximity Inc to Host Inaugural Investor Day – Final," June 6, 2023, Factiva.

18.     These Alleged 80% Active Member Misstatements all mentioned "over 80% of U.S. physicians" (the "80% Figure"). The 80% Figure, however, also appears in Doximity's SEC filings, beginning with its Registration Statement and continuing through its most recent Forms 10-K and 10-Q filed in 2025, which contain descriptions of the 80% Figure.[49] For example, Doximity's Registration Statement, available before the Alleged Class Period, states:

- "We are the leading digital platform for U.S. medical professionals, as measured by the number of U.S. physician members, with over 1.8 million medical professional members as of March 31, 2021. Our members include more than 80% of physicians across all 50 states and every medical specialty."[50]

- "Our network has an extensive reach. This includes over 80% of U.S. physicians, over 50% of U.S. nurse practitioners and physician assistants, and over 90% of graduating U.S. medical students as of March 31, 2021."[51]

- "We have the largest digital network of medical professionals. Our network includes 80% of U.S. physicians, over 50% of U.S. nurse practitioners and physician assistants, and over 90% of graduating U.S. medical students."[52]

19.     Similarly, Doximity's Forms 10-Q and 10-K filed during the Alleged Class Period state, for example, that: "[w]e are the leading digital platform for U.S. medical professionals, as measured by the number of U.S. physician members. Our members include more than 80% of

---

[49] *See, e.g.*, Doximity, "Form 10-Q," August 12, 2021, p. 23; Doximity, "Form 10-Q," November 10, 2021, p. 24; Doximity, "Form 10-Q," February 9, 2022, p. 26; Doximity, "Form 10-K," May 27, 2022, p. 3; Doximity, "Form 10-Q," August 5, 2022, p. 24; Doximity, "Form 10-Q," November 10, 2022, p. 27; Doximity, "Form 10-Q," February 9, 2023, p. 27; Doximity, "Form 10-K," May 26, 2023, p. 3; Doximity, "Form 10-Q," August 8, 2023, p. 24; Doximity, "Form 10-Q," November 9, 2023, p. 27; Doximity, "Form 10-Q," February 8, 2024, p. 27; Doximity, "Form 10-K," May 23, 2024, p. 3; Doximity, "Form 10-Q," August 8, 2024, p. 22; Doximity, "Form 10-Q," November 7, 2024, p. 24; Doximity, "Form 10-Q," February 6, 2025, p. 24; Doximity, "Form 10-K," May 20, 2025, p. 3; Doximity, "Form 10-Q," August 7, 2025, p. 23.

[50] Registration Statement, pp. 2, 68, 99. Similar language shows up in the earlier versions. *See* Doximity, "Form DSR/A," May 7, 2021, pp. 1, 63, 91; Doximity, "Form S-1," May 28, 2021, pp. 2, 66, 96; Doximity, "Form S-1/A," June 15, 2021, pp. 2, 68, 98.

[51] Registration Statement, pp. 5, 104. Similar language shows up in the earlier versions. *See* Doximity, "Form DRS/A," May 7, 2021, pp. 4, 96; Doximity, "Form S-1," May 28, 2021, pp. 5, 101; Doximity, "Form S-1/A," June 15, 2021, pp. 5, 103.

[52] Registration Statement, p. 118. Similar language shows up in the earlier versions. *See* Doximity, "Form DRS/A," May 7, 2021, p. 110; Doximity, "Form S-1," May 28, 2021, p. 115; Doximity, "Form S-1/A," June 15, 2021, p. 117.

physicians across all 50 states and every medical specialty."[53]  The SEC filings describe the 80%

Figure as referring to the number of Doximity's "members." I refer to this description as the SEC

80% Member Statement. Plaintiffs do not allege that the SEC 80% Member Statement is false or

misleading.

20.    Plaintiffs allege that "[t]hroughout the Class Period, Defendants represented to

investors that 'over 80%' of U.S. physicians were 'active members' of the Doximity platform."[54]

Plaintiffs further assert that "active members" means those who "used Doximity at least

quarterly."[55] Plaintiffs, however, do not distinguish among the eight Alleged 80% Active

Member Misstatements, of which only four explicitly use the phrase "active member," while the

other four state that "over 80% of U.S. physicians" "use" the platform without specifying the

frequency or intensity of use. None of the Alleged 80% Active Member Misstatements refer to

"quarterly" users and Doximity has never defined "active members" in any of its SEC filings.[56]

### b.  The Alleged Engagement Growth Misstatements

21.    Plaintiffs allege that Doximity misrepresented that its engagement was increasing

during the Alleged Class Period, claiming that the company "falsely represented that engagement

---

[53] Doximity, "Form 10-Q," August 12, 2021, p. 23. *See also,* Doximity, "Form 10-Q," November 10, 2021, p. 24; Doximity, "Form 10-Q," February 9, 2022, p. 26; Doximity, "Form 10-K," May 27, 2022, p. 3; Doximity, "Form 10-Q," August 5, 2022, p. 24; Doximity, "Form 10-Q," November 10, 2022, p. 27; Doximity, "Form 10-Q," February 9, 2023, p. 27; Doximity, "Form 10-K," May 26, 2023, p. 3. As I discuss in Section IV.A.ii, Doximity's SEC filings after the Alleged Class Period continued to use the same language.

[54] Complaint, ¶ 38.

[55] Notice of Motion and Motion for Class Certification and Appointment of Class Representatives and Class Counsel; Lead Plaintiff's Memorandum of Points and Authorities in Support Thereof, *In Re Doximity, Inc. Securities Litigation*, Case No. 5:24-cv-02281-NW, United States District Court for the Northern District of California, San Jose Division, August 12, 2025 ("Plaintiffs Class Certification Motion"), p. 4.

[56] The only description in Doximity's SEC filings involving "active" is "[w]e had over 300,000 unique active providers (which we define as physicians, doctors of osteopathy, physician assistants, nurse practitioners, and medical students) use our telehealth tools in the quarter ended March 31, 2021." This description, however, does not specify the frequency or intensity of use. *See* Registration Statement, p. 68.

was increasing when […] it was decreasing across the platform, including on Newsfeed."[57] The

MTD Order included six alleged misrepresentations in this category.[58] Following instructions

from Counsel, I do not address the six Alleged Engagement Growth Misstatements in this report.

I note that some of the Alleged Engagement Growth Misstatements referenced "quarterly active

users."[59] These statements, however, are categorically different from the Alleged 80% Active

Member Misstatements because they described user engagement trends or the growth of

quarterly active users relative to prior periods (for example, "our quarterly active users among

physicians …hit an all-time high last quarter across our entire platform").[60] None of the Alleged

Engagement Growth Misstatements referenced the 80% Figure, which Doximity consistently

reported before, during, and after the Alleged Class Period, nor did they make claims about the

absolute number of Doximity's active users or the share of U.S. physicians.[61]

---

[57] Complaint, ¶ 55.

[58] MTD Order, p. 7. The six alleged misrepresentations are stated in the MTD Order as: (1) "[d]uring a November 2021 quarterly investor conference, Defendant Tangney stated that 'our engagement with our Newsfeed has never been higher' and 'I could just hit that head on and say our users and usage is the way I mean, mid-double digit percentages up from our pre-pandemic levels and any third-party data that suggests otherwise is just wrong;'" (2) "[d]uring a May 2022 quarterly investor conference, Defendant Tangney stated '[o]ur usage also hit fresh highs;'" (3) "[d]uring an August 2022 quarterly investor conference call, Defendant Tangney represented 'our physician engagement also hit new record highs.' Additionally, in response to an analyst's question, Tangney stated, 'So, hey listen, our engagement has never been higher as I said, hundreds of thousands of doctors every week in our app. Five times what it was four years ago;'" (4) "[d]uring a November 2022 quarterly investor conference call, Defendant Tangney represented 'that engagement on the Doximity platform achieved 'fresh highs in Q2;''" (5) "[d]uring a February 2023 quarterly investor conference call, Defendant Tangney stated that 'our quarterly active users among physicians . . . hit an all-time high last quarter across our entire platform' and that Doximity had 'all time high network usage in Q3;'" and (6) "[d]uring a May 2022 quarterly investor conference call, Defendant Tangney represented that '[o]ur usage hit fresh high[s] in Q4. Across our entire platform, we achieved a record number of quarterly active users.'"

[59] MTD Order, p. 7. *See, e.g.*, Seeking Alpha, "Doximity, Inc. (DOCS) Q3 2023 Earnings Call Transcript," February 9, 2023, available at https://seekingalpha.com/article/4577100-doximity-inc-docs-q3-2023-earnings-call-transcript ("Our quarterly active users, among physicians, NPs, PAs and medical students, hit an all-time high last quarter across our entire platform.").

[60] Complaint, ¶ 129.

[61] The Alleged Engagement Growth Misstatements do not refer to the 80% Figure nor the number of active users, the two elements of the Alleged 80% Active Member Misstatements. Consistently, the MTD Order classifies them separately. MTD Order, pp. 5-7.

### C.    Assignment

22.    I have been retained by Simpson Thacher & Bartlett LLP, counsel for Defendants ("Counsel"). On August 12, 2025, Dr. Matthew D. Cain submitted an expert report on behalf of Plaintiffs concluding that: (1) "[t]he market for Doximity's Common Stock was efficient throughout the Class Period,"[62] and (2) "the out-of-pocket damages methodology […] is reasonable and applicable given Plaintiff's theory of liability," which "can be calculated on a class-wide basis."[63]

23.    I have been asked by Counsel to evaluate whether the Alleged 80% Active Member Misstatements identified by Plaintiffs had a price impact on Doximity's common stock, either when made ("front-end" price impact) or when allegedly corrected ("back-end" price impact). As part of this evaluation, I have been asked to examine whether the Alleged 80% Active Member Misstatements are plausibly connected to the stock price decline after the Alleged Corrective Disclosure. As mentioned above, I have not been asked to address the Alleged Engagement Growth Misstatements at this time.

24.    The materials that I have considered in completing this assignment are listed in **Appendix C** of this report.

### D.    Compensation

25.    I am being compensated for my time in this matter at my standard billing rate of $1,350 per hour. Employees of Analysis Group, Inc. ("Analysis Group") working under my direction have assisted me in preparing this report. I also receive a portion of the fees received by

---

[62] Expert Report of Matthew D. Cain, Ph.D., August 12, 2025 ("Cain Report"), p. 2.

[63] Cain Report, p. 3.

Analysis Group for work performed in conjunction with my assignment in this matter. My fees and Analysis Group's fees do not depend upon the opinions I form or upon the outcome of this litigation.

## II.  SUMMARY OF OPINIONS

26.  Based on my review and analysis, I have reached the following conclusions:

- I find no evidence that the Alleged 80% Active Member Misstatements inflated Doximity's stock price during the Alleged Class Period, and thus that there is no "front-end" price impact, for the following reasons:

  o  No market commentary connected the 80% Figure to Doximity's quarterly active users, as Plaintiffs allege. To the contrary, analyst reports issued during the Alleged Class Period noted that Doximity did not disclose active user metrics, and some relied on third-party data or independent research to estimate them.

  o  Nearly all analyst reports during the Alleged Class Period and all news articles following the Alleged 80% Active Member Misstatements made no mention of "active members" or similar terms at all in the context of the 80% Figure, let alone quarterly active users. Some commentary described the 80% Figure as physicians "using" the platform even before the first Alleged 80% Active Member Misstatement, and similar commentary afterward lacks sufficient detail to distinguish whether it reflected the SEC 80% Member Statement, which is not alleged to be false or misleading, or the Alleged 80% Active Member Misstatements, and thus cannot be used to infer price impact. Market commentators alternated between physicians "using" the platform and "members"

17

when describing the 80% Figure before, throughout, and after the Alleged Class Period.

o Only 0.56 percent of all analyst reports (*i.e.*, two out of 356) issued during the Alleged Class Period contained terms that resemble "active members" in the context of the 80% Figure: one connected the 80% Figure to "active members," and another wrote that "nearly all" of the 80% Figure represents those that "use [Doximity] daily," despite no mention of "daily" users in any of the Alleged 80% Active Member Misstatements. Both reports referred to the 80% Figure elsewhere without using "active members" or similar terms (*i.e.*, describing the 80% Figure as the percentage of physician members on the Doximity platform). Moreover, these analysts only referred to "active members" or "used daily" in the context of the 80% Figure once each in July 2021 and never repeated those terms in subsequent coverage during the remaining two years in the Alleged Class Period. None of the news articles published following the Alleged 80% Active Member Misstatements that I review connected the 80% Figure to "active members" or similar terms. The lack of mentions of "active members" or similar terms in all news articles and 99.4 percent of analyst reports, and the absence of persistence of the few mentions that did occur, demonstrate that market participants did not connect the 80% Figure to "active members" or similar terms. Thus, these two references from a total of 356 analyst reports and 115 news articles do not support price impact throughout the Alleged Class Period.

18

- o Quantitative analysis shows no statistically significantly positive abnormal returns[64] on four of the seven days when the Alleged 80% Active Member Misstatements were made. On the three remaining days, the statistically significantly positive abnormal returns are explained by confounding news or events that are unrelated to the Alleged 80% Active Member Misstatements, further demonstrating the lack of price impact.

- I find no evidence that the Alleged Corrective Disclosure removed any purported price inflation related to the Alleged 80% Active Member Misstatements from Doximity's stock price, and thus that there is no "back-end" price impact, for the following reasons:

  - o The Alleged Corrective Disclosure did not mention the Alleged 80% Active Member Misstatements or the 80% Figure at all, or provide any new information about the level of Doximity's active users. Market commentary after the Alleged Corrective Disclosure did not connect it to the Alleged 80% Active Member Misstatements or the 80% Figure at all.

  - o Market commentary instead connected the Alleged Corrective Disclosure, in which Doximity reduced its FY24 Guidance, to factors unrelated to the Alleged 80% Active Member Misstatements, such as slower growth in digital pharma spending and competition from programmatic banner ads. Companies in related industries also reduced guidance for similar reasons and experienced layoffs after the Alleged Corrective Disclosure.

---

[64] The "abnormal" return refers to the stock price return after controlling for market and industry factors, as explained further in Section III.D.

19

o   Analysts and news outlets continued to describe the 80% Figure in the same way as before, even long after the Alleged Corrective Disclosure, including that the 80% Figure reflected physicians "using" the platform and members who "engage frequently" with the platform.

o   Evidence cited by Plaintiffs and Dr. Cain, including selected analyst reports, a short-seller report published eight months after the Alleged Corrective Disclosure, and social media posts on X consisting of only anecdotal comments, did not connect the Alleged Corrective Disclosure to the Alleged 80% Active Member Misstatements.

27.    In sum, I find no evidence that the Alleged 80% Active Member Misstatements inflated Doximity's stock price, or that the Alleged Corrective Disclosure corrected those misstatements or removed any related price inflation. Thus, there is no price impact from the Alleged 80% Active Member Misstatements.

28.    My work on this matter is ongoing, and I may review additional materials or conduct further analysis. To the extent that additional information comes to my attention, I reserve the right to update, refine, and/or revise my opinions.

## III.    THERE IS NO EVIDENCE THAT THE ALLEGED 80% ACTIVE MEMBER MISSTATEMENTS CAUSED FRONT-END PRICE IMPACT

29.    In this section, I describe my analysis to evaluate whether the Alleged 80% Active Member Misstatements inflated Doximity's stock price. I first define the overall scope of market commentary that I review and then turn to my findings that, while Plaintiffs assert that "active

20

members" meant quarterly active users,[65] no market commentary connected the 80% Figure to that metric. In fact, analysts noted Doximity did not disclose any active user metrics and some relied on third-party research to estimate Doximity's active user metrics.

30.    My review further indicates that nearly all market commentary (*i.e.*, 99.4 percent of analyst reports (= 354 / 356) and all of the news articles that I review) never mentioned "active members" or similar terms at all, whether quarterly or not, in the context of the 80% Figure. Some commentary described the 80% Figure as physicians "using" the platform, but such commentary began before the first Alleged 80% Active Member Misstatement. Similar commentary which continued throughout the Alleged Class Period lacks sufficient detail to distinguish whether it reflected the SEC 80% Member Statement (which is not alleged to be false or misleading), or whether it reflected the Alleged 80% Active Member Misstatements, and thus is not evidence of price impact. Only two analyst reports (both issued on July 19, 2021) out of the 356 analyst reports throughout the Alleged Class Period used terms like "active," "engaged," or "used daily" in connection with the 80% Figure, but these were never repeated in subsequent coverage by these same groups over the remaining two years of the Alleged Class Period. The lack of reference to "active" members when discussing the 80% Figure in market commentary, combined with the analysts' use of third-party research to obtain active user data, indicates that

---

[65] Plaintiffs Class Certification Motion, p. 4. While Plaintiffs claim that Doximity defined "active members," the cited source is a blog post on Doximity's Talent Finder support website, which provides information for recruiters specializing in hiring physicians. The blog post cited by Plaintiffs defines various terms related to social media and recruiting, including "active members." It does not tie the definition of "active members" to Doximity or claim that Doximity uses this definition. Thus, there is no evidence that this blog definition reflects how Doximity used the term "active members" in a business or investor-facing context. *See* Complaint, ¶ 38 ("Doximity defined 'active members'… as follows: '[a]lso known as active users, members of a social media network that log in and click on internal links on a regular basis,' either 'weekly,' 'monthly' or, at minimum, 'quarterly.'") *See also*, Doximity, "44 Social Recruiting Terms Every Physician Recruiter Should Know," available at https://tf-support.doximity.com/hc/en-us/articles/360039773833-44-Social-Recruiting-Terms-Every-Physician-Recruiter-Should-Know.

market participants did not consider the Alleged 80% Active Member Misstatements to be informative about the number of active users.

31.     Further, I estimate whether there were statistically significant increases in Doximity's stock price following the Alleged 80% Active Member Misstatements. I find that on four of the seven days when the Alleged 80% Active Member Misstatements were made,[66] the abnormal stock price return was not statistically significantly positive.[67] For the remaining three days, I show that the price increases are explained by factors distinct from the Alleged 80% Active Member Misstatements.

32.     To conclude, I find no evidence that the Alleged 80% Active Member Misstatements had "front-end" price impact on Doximity's stock price during the Alleged Class Period.

### A.     Overall Scope of Market Commentary

33.     I review two sources of market commentary: analyst reports and news articles.

34.     Analysts are financial professionals who closely follow a company or industry, conduct analyses, and are paid to provide guidance and opinions to investors. Typically, analysts publish reports to provide commentary and interpretation on new, important information such as earnings releases that would affect their assessment of the future prospects and valuation of the subject company.[68] As Dr. Cain describes, "[a]nalysts typically publish reports in which they

---

[66] While there are eight Alleged 80% Active Member Misstatements, two have the same effective date, as shown in **Table 4**.

[67] The "abnormal" return refers to the stock price return after controlling for market and industry factors, as explained further below.

[68] Corporate Finance Institute, "Equity Research Report: A Recommendation to Buy, Sell, or Hold Shares of a Public Company," available at https://corporatefinanceinstitute.com/resources/valuation/equity-research-report/.

assess recent company business developments, review historical financial performance and provide forecasts of future operating performance, or make investment recommendations, such as whether investors should buy, sell, or hold the company's stock."[69]

35.    I obtain analyst reports from two databases, S&P Capital IQ and Refinitiv,[70] which include all analyst reports produced by Dr. Cain.[71] For my review of market commentary in connection with the Alleged 80% Active Member Misstatements, I review 356 Doximity-specific analyst reports published by 32 different analysts during the Alleged Class Period.[72]

36.    For news articles, I rely on the Factiva database (which is the same database Dr. Cain relies on),[73] as well as Seeking Alpha and CNBC, which are additional sources of market commentary cited by Dr. Cain but are not available on Factiva.[74] In reviewing market reactions

---

[69] Cain Report, ¶ 36.

[70] For analyst reports in the S&P Capital IQ and Refinitiv databases, I filter for the analyst reports where Doximity was designated as the "primary ticker." I exclude: (1) transcripts of earnings calls, presentations, and Q&As for investor conferences and Doximity's Investor Day; (2) duplicate reports published by CGS International and Raymond James & Associates, which are determined based on the same date, title, and content; and (3) two reports about other companies that were incorrectly labeled as Doximity. One analyst report by Hyundai Motor Securities Co. is in Korean, so I rely on staff from Analysis Group who are familiar with that language to review.

[71] Dr. Cain provides counts of analyst reports during the Alleged Class Period in his Exhibit 3 but does not produce the underlying reports or disclose his search criteria or any identifying information for those reports. I have not been able to fully replicate his counts using the databases available to me. To the extent Dr. Cain produces additional analyst reports to which I do not have access, I reserve the right to update my opinion.

[72] This analyst report count excludes 11 reports published on August 8, 2023, after the Alleged Corrective Disclosure.

[73] I exclude event transcripts and six search results classified by Factiva as using "Securities and Exchange Commission (SEC) Filings (U.S.)" as the source from my news review because they are not articles. Specifically, event transcripts include four search results provided by VIQ FD Disclosure and three search results provided by Dow Jones Newswires with "Earnings Call Transcript" in the title. According to Factiva, VIQ FD Disclosure provides "earnings call transcripts from thousands of publicly listed companies." *See* Factiva, "Earnings Call Transcripts," available at https://dj.factiva.com/source?code=FNDW.

[74] Cain Report, ¶ 40. *See also*, Cain Report, ¶ 96 ("For example, I reviewed five reports available via Seeking Alpha, published on June 18, June 25, June 27, July 2, and July 13. These reports provided analyses and discussions about Doximity's business, and offered various viewpoints for investors to consider."); Cain Report, ¶ 101 ("The second information event I considered was the statement made on CNBC by Defendant Tangney, Doximity's CEO, that 'today, we have over 80% of all U.S. physicians as active members on the platform.'").

23

to the Alleged 80% Active Member Misstatements, I focus on 115 news articles published within two trading days following each alleged misstatement,[75] because news outlets typically respond to recent disclosures or events.[76]

37.    In the next two subsections, I examine whether market commentary connected the 80% Figure to Doximity's quarterly active users as asserted by Plaintiffs. I also review whether market participants made references to the Alleged 80% Active Member Misstatements or similar phrasing, if at all, to determine whether market participants considered the Alleged 80% Active Member Misstatements to be value relevant. My review indicates that the answer to both questions is no.

**B.    Market Participants Did Not Connect the 80% Figure to Quarterly Active Users, and Analysts Relied on Independent or Third-Party Data for Active User Estimates**

38.    In this section I examine whether the Alleged 80% Active Member Misstatements caused confusion in the market as to what the 80% Figure represented (*i.e.*, if it referred to members, "active members," or quarterly active users), particularly given the availability and repetition of the SEC 80% Member Statement that is not alleged to be false or misleading.[77]

---

[75] This includes 99 news articles from Factiva with "Doximity" as the associated company and 16 articles from Seeking Alpha and CNBC.

[76] I use a two-trading-day window because news outlets primarily focus on timely and immediate reporting of facts and developments, so reviewing a shorter timeframe is reasonable. Consistent with how Factiva applies date filters, the cut-off timestamp for my two-trading-day window is based on GMT. For the IPO date, unlike analysts, news outlets are not subject to the 25-day "Quiet Period" rule following an IPO. *See* Cain Report, Note 97 ("a 25-day research quiet period is still typically imposed on members of the underwriting syndicate [which] begins at the time an underwriter becomes a member of the syndicate.").

[77] As discussed in Section I.B.iv.a, Doximity's SEC filings consistently described the 80% Figure as the percentage of physicians who were members of the platform, not active users.

39.    While Plaintiffs assert that the term "active member" in the Alleged 80% Active Member Misstatements meant those who "used Doximity at least quarterly,"[78] my review shows that no commentary connected the 80% Figure to quarterly active users and, in fact, as I discuss in Section III.C, most market commentary did not mention even "active members" when discussing the 80% Figure.

40.    It is clear from my review that analysts did not connect the 80% Figure to a measure of active users: analysts (1) recognized that Doximity did not disclose active user data; and (2) used third parties and independent research, not the Alleged 80% Active Member Misstatements, to obtain data on Doximity's active users.

41.    First, analysts explicitly acknowledged that Doximity did not provide the user metrics often disclosed by social media or digital platforms and recognized that not all members would be actively using the platform. For example:

- SVB Leerink (July 19, 2021): "DOCS will not be providing industry-specific metrics seen across its social media/internet peers, such as daily or monthly active users and time engaged on the platform."[79]

- Raymond James & Associates (July 19, 2021): "[…] Doximity ha[s] 1.8+ million physicians on its network exiting C1Q21. While time spent on the platform likely varies by the individual physician, we believe this network of targeted physicians will be quite difficult for others to replicate, which we view as a sustainable competitive advantage."[80]

- Piper Sandler Companies (July 19, 2021): Exhibit 5 reporting quarterly active users separately from the number of platform members.[81]

---

[78] Plaintiffs Class Certification Motion, p. 4.

[79] SVB Leerink, "The Attention Economy Comes to Healthcare; Initiate with OP, $65 PT," July 19, 2021, p. 7.

[80] Raymond James & Associates, "DOCS | A Doctor a Day Keeps the Bears Away; Initiating at Outperform," July 19, 2021, p. 1.

[81] Piper Sandler Companies, "Monetizing The Largest Clinical Network in Existence; Initiating OW, $68 PT," July 19, 2021, Exhibit 5.

- J.P. Morgan (November 10, 2021): "It was clear the company did not care for our attempt last month at sourcing Apptopia data to see what the membership usage and engagement has looked like the last couple years. Not wholly unsurprising, given the data we collected did not cast engagement in a positive light, but that is the data we have access to."[82]

- William Blair (July 12, 2022): "That stated, we believe that investors have placed increasing levels of focus on the growth outlook in the post-pandemic world […], along with concerns about the company's levers to drive growth given its already high levels of penetration with the U.S. physician marketplace (Doximity currently has more than 80% of physicians on the platform). Some bears also question how actively providers actually use the platform on a daily basis, although we view that as a bit of a red herring, as it is more critical to engage specific provider cohorts for targeted marketing efforts (which drives the high ROI for pharma and thus continued sales) versus ensuring they are active on the platform every day."[83]

- Evercore (October 23, 2022): "DOCS userbase may not be very active daily if they are merely registering to vote [in the U.S. News & World Report survey] …annually."[84]

42.    These statements indicate that analysts did not rely on the Alleged 80% Active Member Misstatements for information about active users; instead, they treated active user levels as undisclosed and uncertain.

43.    Second, because Doximity did not disclose active user statistics, some analysts supplemented their analysis with third-party datasets and independent research (see **Table 2**). My review of analyst reports indicates that analysts used alternative data throughout the entire Alleged Class Period, beginning as early as July 2021 and continuing through May 2023. Analysts updated these third-party metrics over time, and some even conducted their own surveys, including Berenberg and Evercore. These efforts show that when analysts sought

---

[82] J.P. Morgan, "Doximity: 2Q22: Net Retention Shines," November 10, 2021, p. 3.

[83] William Blair, "Quarterly Bull/Bear Report: Triple D – Doximity Deep Dive," July 12, 2022, p. 3.

[84] Evercore, "Room for Growth, but Transient Headwinds on the Horizon; Initiating with In-Line Rating & $28 PT," October 23, 2022, p. 32.

information about Doximity's active users, they relied on independent sources rather than the

Alleged 80% Active Member Misstatements.

**Table 2: The Use of Third-Party Data or Independent Research on Doximity's Active User Metrics[85]**

| Analyst | Report Date(s) | Metric(s) | Data Source(s) |
|---|---|---|---|
| Piper Sandler Companies | 7/19/2021 | • Quarterly Active Users | • PSC Equity Research<br>• Doximity Filings<br>• CMS |
| J.P. Morgan | 10/14/2021 | • Daily Active Users<br>• Monthly Active Users | • Apptopia |
| Jefferies | 1/18/2022, 4/20/2022, 7/20/2022, 10/26/2022, 1/23/2023 | • Mobile App Monthly Active Users<br>• Website Traffic (Quarterly and Monthly) | • Sensor Tower<br>• SimilarWeb |
| Bank of America | 4/4/2022, 7/26/2022, 2/10/2023, 5/17/2023 | • Monthly Active Users | • Sensor Tower |
| Berenberg | 7/28/2022, 10/5/2022 | • iOS Monthly Active Users<br>• Share of Physicians Using Doximity<br>• Share of Daily, Weekly, and Monthly Users Among Survey Respondents Who Used the Platform | • SimilarWeb<br>• InCrowd<br>• Survey Conducted by Berenberg |
| Evercore | 10/23/2022, 4/4/2023 | • Monthly Active Users<br>• Share of Daily, Weekly, and Monthly Users Among 350 Survey Respondents<br>• Usage Percentage (Unspecified)<br>• Share of Users Reading Content Monthly | • SimilarWeb<br>• Survey Conducted by Evercore<br>• Evercore Independent Research |

44.     To summarize, these two types of evidence—namely (1) the explicit recognition

that Doximity did not disclose active user metrics, and (2) the use of third-party data or

---

[85] Each report listed in the "Report Date(s)" column of **Table 2** contains information on at least one of the metrics identified in the "Metric(s)" column. *See*, *e.g.*, Bank of America, "Doximity Inc: Well Positioned (And Priced) for Sustainable Growth," April 4, 2022, Exhibits 10, 11. Jefferies, "Key Engagement Trends Should Continue to Help Drive ROI & Above Average Revenue," January 18, 2022, Exhibits 3, 6; Berenberg, "Doximity (DOCS US) - Much More Than Just a 'Linkedin for Doctors,'" July 28, 2022, p. 12 ("In our survey of 50 U.S. physicians, out of the population that utilized Doximity, more than 25% use Doximity daily, more than 65% use Doximity at least weekly, and more than 86% use Doximity at least once a month. Further, an InCrowd market survey from 2020 noted that 63% of physicians use Doximity as a professional networking app."). J.P. Morgan, "Doximity: Telehealth-Driven Engagement Spike Fading Back to Pre-Pandemic Levels," October 14, 2021, Figure 1.

Evercore reports Monthly Active Users for multiple companies in a single Exhibit and lists all sources without specifying them for each company separately. *See* Evercore, "Room for Growth, but Transient Headwinds on the Horizon; Initiating with In-Line Rating & $28 PT," October 23, 2022, pp. 33–34. Evercore conducted another survey in 2023. *See* Evercore, "EVRISI Physician & Telehealth Survey on Revenues (Still Down but Improving), Telehealth, Doximity, Equipment Purchasing, and Pricing," April 4, 2023, p. 1. ("This morning, the Evercore ISI Survey team released its second Physician & Telehealth Survey Results.").

Piper Sandler Companies reports multiple metrics in a single Exhibit and lists all sources without specifying them for each metric separately. *See* Piper Sandler Companies, "Monetizing The Largest Clinical Network in Existence; Initiating OW, $68 PT," July 19, 2021, Exhibit 5.

independent research on Doximity's active users—indicate that analysts did not believe such information had been disclosed by Doximity, as part of the Alleged 80% Active Member Misstatements, the SEC 80% Member Statement, or otherwise. As a result, the Alleged 80% Active Member Misstatements were unlikely to have misled the market by containing new or value-relevant information about Doximity's active user levels.

**C.      Market Commentary Did Not Find the Alleged 80% Active Member Misstatements Value Relevant to Doximity's Stock Price**

*i.      Market Commentary That Described the 80% Figure as Physicians "Using" the Platform Lacks Sufficient Detail to Distinguish Whether It Reflected the SEC 80% Member Statement or the Alleged 80% Active Member Misstatements*

45.      The 356 analyst reports published during the Alleged Class Period and 115 news articles issued after the Alleged 80% Active Member Misstatements that I review suggest that market participants did not find the Alleged 80% Active Member Misstatements to be informative about Doximity's active users. In this and the next subsections, I show that market commentary contained only sparse references to "active members" or similar terms in the context of the 80% Figure, indicating a lack of price impact throughout the Alleged Class Period.

46.      Some market commentary contains language describing "over 80% of U.S. physicians" as "using" Doximity's platform."[86] My review, however, indicates that this market commentary, which does not reference "active" members, lacks sufficient detail to distinguish whether it reflected the Alleged 80% Active Member Misstatements or the SEC 80% Member Statement, which is not alleged to be false or misleading. In fact, market commentary before the

---

[86] *See*, *e.g.*, J.P. Morgan, "Doximity: Dominating and Disrupting Healthcare Digital Marketing – Initiating at OW," July 19, 2021, p. 13 ("This approach has led to over 80% of U.S. physicians using the platform, which we see as a significant moat against new entrants.").

first Alleged 80% Active Member Misstatement, when the only available information on the 80% Figure was Doximity's SEC filings,[87] describes the 80% Figure as referring to both Doximity's "members" as well as those that "used" the platform. For example, Seeking Alpha, a market commentator cited by Dr. Cain as evidence that "research reports were published before and during the IPO date and Quiet Period,"[88] started to describe the 80% Figure as "physicians [who] used the platform" as early as June 15, 2021.[89] The same articles also explicitly referenced Doximity's SEC Form S-1 filing.[90] As another example from before the Alleged Class Period, Dow Jones Newswires stated on June 23, 2021 that Doximity's "network members include over 80% of U.S. physicians across all specialties and practice areas."[91]

47.    Throughout the Alleged Class Period, even as more of the Alleged 80% Active Member Misstatements were made, market commentators continued to alternate between physicians "using" the platform and "members" when referring to the 80% Figure, indicating that the phrasing in market commentary was unaffected by those alleged misstatements. This further corroborates that such commentary lacks the detail necessary to distinguish whether it

---

[87] *See*, *e.g.*, Registration Statement, p. 2.

[88] Cain Report, ¶ 96.

[89] *See* Seeking Alpha, "Medical-Networking App Doximity Sets $20-$23/Share IPO Price, Valuing Firm at Some $4B," June 15, 2021, available at https://seekingalpha.com/news/3706551-medical-networking-app-doximity-sets-stock-ipo-terms. *See also*, Seeking Alpha, "Medical-Networking App Doximity Prices IPO Above Range," June 23, 2021, available at https://seekingalpha.com/news/3709406-medical-networking-app-doximity-prices-ipo-above-range.

[90] *See* Seeking Alpha, "Medical-Networking App Doximity Sets $20-$23/Share IPO Price, Valuing Firm at Some $4B," June 15, 2021, available at https://seekingalpha.com/news/3706551-medical-networking-app-doximity-sets-stock-ipo-terms ("The company wrote in its S-1 that more than 80% of U.S. physicians used the platform as of March 31."). *See also*, Seeking Alpha, "Medical-Networking App Doximity Prices IPO Above Range," June 23, 2021, available at https://seekingalpha.com/news/3709406-medical-networking-app-doximity-prices-ipo-above-range ("The company wrote in its S-1 that more than 80% of U.S. physicians used the platform as of March 31").

[91] Dow Jones Newswires, "Press Release: Doximity Announces Pricing of Initial Public Offering," June 23, 2021, Factiva.

29

was based on the SEC 80% Member Statement or the Alleged 80% Active Member

Misstatements. For example:

- CNBC (June 24, 2021): "With 1.8 million medical professionals in the U.S. on the site, including more than 80% of physicians, Doximity has bolstered revenue by allowing pharmaceutical companies to promote drugs and treatments and by giving medical recruiters a central place to find prospects."[92]

- CNBC (June 24, 2021): "Jeff Tangney, Doximity's co-founder and CEO, said in an interview that even though more than 80% of physicians are on the network, the company has at least a decade of 'what we consider high growth' ahead because of the value it can bring to the health-care system."[93]

- CNBC (June 24, 2021): "Doximity's network is now used by 1.8 million medical professionals in the U.S., including over 80% of physicians."[94]

- Canaccord Genuity ("Canaccord") (July 19, 2021): "Now the network has 1.8 million members and 80% of U.S. physicians."[95]

- Canaccord (July 19, 2021): "This is evidenced by the 1.8 million active medical professional members who utilize the platform, including more than 80% of U.S. physicians as of March 31, 2021."[96]

- Canaccord (March 30, 2023): "We see Doximity uniquely positioned to introduce AI workflow tools […] considering that 80% of US physicians are members on its network."[97]

---

[92] CNBC, "Doximity More Than Doubles in NYSE Debut, Giving Health-Tech Company $9.4 Billion Market Cap," June 24, 2021, available at https://www.cnbc.com/2021/06/24/doximity-surges-69percent-in-debut-after-ipo-values-company-at-4point6-billion.html.

[93] CNBC, "Doximity More Than Doubles in NYSE Debut, Giving Health-Tech Company $9.4 Billion Market Cap," June 24, 2021, available at https://www.cnbc.com/2021/06/24/doximity-surges-69percent-in-debut-after-ipo-values-company-at-4point6-billion.html.

[94] CNBC, "Four Silicon Valley VC Firms Notched Billion-Dollar IPO Wins on Thursday," June 24, 2021, available at https://www.cnbc.com/2021/06/24/four-vc-firms-notched-billion-dollar-ipo-gains-on-thursday.html.

[95] Canaccord, "Keeping True to the Physician-First Mission While Riding Digital Marketing Tailwinds," July 19, 2021 (the "Canaccord Initiation Report"), p. 1.

[96] Canaccord Initiation Report, p. 2.

[97] Canaccord, "Updated Thoughts And Fine-Tuning Estimates," March 30, 2023, p. 2.

- Piper Sandler Companies (July 19, 2021): "Doximity users include 80%+ of all practicing U.S. physicians, 90%+ of all graduating U.S. medical students, and 50%+ of all Advanced Practice Professionals."[98]

- Piper Sandler Companies (July 19, 2021): "1.8M healthcare providers, including 80%+ of U.S. physicians, are Doximity members today."[99]

- Piper Sandler Companies (March 9, 2023): "80% of docs are verified members as well as 50% of all NPs and physician assistants."[100]

- Jefferies (December 1, 2021): "We believe Doximity's scale with US physicians (~80% on the platform) uniquely positions the company to capitalize on the trend towards digital advertising in healthcare."[101]

- Jefferies (December 1, 2021): "Doximity network members include more than 80% of physicians across all 50 states and every medical specialty."[102]

- Jefferies (December 1, 2021): "Doximity has significant penetration within the medical community, with more than 80% of physicians already using the network."[103]

- William Blair (July 12, 2022): "The Doximity platform is used by roughly 80% of all U.S. physicians and 90% of all U.S. medical residents."[104]

- William Blair (July 12, 2022): "That stated, we believe that investors have placed increasing levels of focus on the growth outlook in the post-pandemic world […], along with concerns about the company's levers to drive growth given its already high levels of penetration with the U.S. physician marketplace (Doximity currently has more than 80% of physicians on the platform)."[105]

---

[98] Piper Sandler Companies, "Monetizing The Largest Clinical Network in Existence; Initiating OW, $68 PT," July 19, 2021, p. 2.

[99] Piper Sandler Companies, "Monetizing The Largest Clinical Network in Existence; Initiating OW, $68 PT," July 19, 2021, p. 32.

[100] Piper Sandler Companies, "On The Road With CEO & CSO; Point-of-Care Could Be a $400M Category Over Time," March 9, 2023, p. 2.

[101] Jefferies, "DOCS - Strength of the Medical Network Offers Significant Oppty; Init at Buy," December 1, 2021, p. 1.

[102] Jefferies, "DOCS - Strength of the Medical Network Offers Significant Oppty; Init at Buy," December 1, 2021, p. 3.

[103] Jefferies, "DOCS - Strength of the Medical Network Offers Significant Oppty; Init at Buy," December 1, 2021, p. 4.

[104] William Blair, "Quarterly Bull/Bear Report: Triple D – Doximity Deep Dive," July 12, 2022, p. 1.

[105] William Blair, "Quarterly Bull/Bear Report: Triple D – Doximity Deep Dive," July 12, 2022, p. 3.

- William Blair (July 12, 2022): "More specific, the company connects physicians around the country—with more than 80% of all U.S. physicians signed up on Doximity, more than 90% of all U.S. residents, 90% of all graduating medical students, and roughly 50% of all nurse practitioners and physician assistants […]"[106]

- Truist Securities (June 6, 2023): "Given >80% of physicians use DOCS, the company believes it can leverage emerging AI technologies to achieve an impact that others cannot due to its network effects, proprietary data, and unique touch points."[107]

- Truist Securities (June 6, 2023): "Doximity Inc (DOCS) operates a leading US medical professional network with over 2 mln verified members, including 80% of US doctors, 50% of all nurse practitioners (NPs) and physician assistants (PAs), and over 90% of graduating US medical students."[108]

48.    As the above quotes demonstrate, references in market commentary to the 80% Figure without "active members" or similar terms lack sufficient detail to distinguish whether they reflected the Alleged 80% Active Member Misstatements or the SEC 80% Member Statement, and thus cannot be used to infer price impact during the Alleged Class Period. In addition, as I will show in Section IV.A.ii, market participants continue to use the same phrasing (*i.e.*, references to the 80% Figure without mentioning "active members" or similar terms) after the Alleged Corrective Disclosure.

### ii.    *References to "Active Members" or Similar Terms in the Context of the 80% Figure Did Not Persist and Do Not Establish Price Impact Throughout the Alleged Class Period*

49.    In the previous subsection I concluded that the market commentary that described the 80% Figure as physicians "using" the platform lacks sufficient detail to distinguish whether it reflected the SEC 80% Member Statement or the Alleged 80% Active Member Misstatements. In

---

[106] William Blair, "Quarterly Bull/Bear Report: Triple D – Doximity Deep Dive," July 12, 2022, p. 9.

[107] Truist Securities, "The Value of an Idea Lies in the Using of It; Investor Day Recap," June 6, 2023, p. 5.

[108] Truist Securities, "The Value of an Idea Lies in the Using of It; Investor Day Recap," June 6, 2023, p. 12.

this section, I examine the few examples of market commentary that used the term "active members" or similar phrasing in the context of the 80% Figure during the Alleged Class Period.

50.     Nearly all market commentary that I review did not refer to "active members" or similar terms in the context of the 80% Figure. None of the 115 news articles published within two trading days following each Alleged 80% Active Member Misstatement used "active members" or similar terms in the context of the 80% Figure.[109] Out of the 356 analyst reports issued during the Alleged Class Period, only one report used the term "active members" in the context of the 80% Figure. That report was published by Canaccord on July 19, 2021 (the "Canaccord Initiation Report"),[110] right after the expiration of the "Quiet Period."[111] Canaccord also referred to "engaged members" in the same report,[112] despite no mention of "engaged" in any of the Alleged 80% Active Member Misstatements.[113] This sole report's reference to the terms "active" or "engaged" members in the context of the 80% Figure falls short of demonstrating that the Alleged 80% Active Member Misstatements were value relevant when nearly all of market commentary did not use such terms in the context of the 80% Figure.

51.     Additionally, on the same day, William Blair, in a supplemental information deck when it initiated coverage of Doximity (the "William Blair Supplemental Deck"), made reference that "nearly all of" Doximity members "used [the platform] daily" even though no

---

[109] I reviewed 36 news articles issued between June 24 and June 28, 2021, 27 news articles between August 10 and August 13, 2021, 17 news articles between November 10 and November 12, 2021, 20 news articles between February 9 and February 11, 2022, one news article between March 10 and March 15, 2022, and 14 news articles between June 6 and June 8, 2023.

[110] In this report, Canaccord initiated its coverage of Doximity. Canaccord Initiation Report, p. 20.

[111] As I describe in Section III.D.ii.a, the underwriters in Doximity's IPO refrained from publishing reports on Doximity until July 19, 2021.

[112] Canaccord Initiation Report, pp. 1, 3, 11.

[113] *See, e.g.,* MTD Order, pp. 5-6.

Alleged 80% Active Member Misstatements mentioned "daily" users.[114] In fact, on the same day as the Supplemental Deck, William Blair also released a report initiating coverage of Doximity's stock ("William Blair Initiation Report"),[115] which the Supplemental Deck was prepared to accompany. The William Blair Initiation Report referred only to "many" members using Doximity daily,[116] not the stronger phrasing in the Supplemental Deck that "nearly all" members did so. The difference between "many" and "nearly all" illustrates that even within William Blair's own reports, language describing the 80% Figure was imprecise and inconsistently applied. No other analyst reports during the Alleged Class Period referred to anything resembling "active" members when discussing the 80% Figure, let alone quarterly active users.

52.    The references to "active members" or similar terms in the Canaccord Initiation Report and the William Blair Supplemental Deck in July 2021 do not indicate that the market considered the Alleged 80% Active Member Misstatements as value relevant throughout the Alleged Class Period. The terms "active members," "engaged members," "used daily," or any similar terms were never repeated in the context of the 80% Figure in any of the subsequent 17 analyst reports published by Canaccord[117] or the subsequent 17 analyst reports published by

---

[114] William Blair, "A Powerful Physician Platform and Compelling Provider and Pharma Partner; Initiating Coverage with Outperform Rating, Supplemental Information Deck," July 19, 2021 (the "William Blair Supplemental Deck"), p. 6.

[115] William Blair, "A Powerful Physician Platform and Compelling Provider and Pharma Partner; Initiating Coverage with Outperform Rating," July 19, 2021, ("William Blair Initiation Report").

[116] William Blair Initiation Report, p. 3.

[117] Among the 17 subsequent Canaccord reports published during the Alleged Class Period, only two repeated the 80% Figure at all without referencing "active members" or similar terms. Canaccord, "Updated Thoughts And Fine-Tuning Estimates," March 30, 2023, p. 2 ("We see Doximity uniquely positioned to introduce AI workflow tools considering the strong adoption of its Enterprise Doximity Dialer offering by health systems and considering that 80% of US physicians are members on its network."); Canaccord, "Investor Day Takeaways: Making Physicians' Lives Easier While Delivering ROI to Clients And Investors," June 6, 2023, pp. 2-3 ("With over 80% of US physician credentials already on the Doximity platform, the company is uniquely positioned to deliver such a service. […] By 2022, pharma reps had access to only ~50% of US physicians. In comparison, Doximity provides access to over 80% of US physicians through their platform.").

William Blair[118] during the remaining two years of the Alleged Class Period. In the July 2021 reports, Canaccord and William Blair also described the 80% Figure without using "active members" or similar terms,[119] which is consistent with the description of the 80% Figure in the vast majority of the market commentary that I review.[120]

53.    These isolated and early mentions do not indicate that the Alleged 80% Active Member Misstatements impacted Doximity's stock price throughout the Alleged Class Period. Rather, the lack of mentions of "active members" or similar terms in the context of the 80% Figure in the vast majority of market commentary and the absence of persistence of the few mentions that were made early in the Alleged Class Period supports the conclusion that market participants did not connect the 80% Figure to "active members" or similar terms. To the extent Canaccord, William Blair, or any other market participants were confused regarding whether the 80% Figure was referring to members or "active" members, the lack of continued references to "active" members in the context of the 80% Figure over the subsequent two years indicates that such confusion was resolved well before the Alleged Corrective Disclosure. In addition, as I discuss in Section IV.A.ii below, no analyst reports, including those published by Canaccord and

---

[118] *See*, *e.g.*, William Blair, "Another Strong Quarter with Top- and Bottom-Line Upside; Growth Momentum Remains Stellar and Guidance Increased Markedly," November 9, 2021; William Blair, "Solid Fourth-Quarter Results, Increased Forward Outlook Driven by Strong Demand for Digital Marketing Solutions," May 18, 2022; William Blair, "Is ChatGPT the Workflow Tool That Providers Have Been Waiting For? Perhaps, and Doximity Is an Early Adopter Via docsGPT," February 13, 2023.

[119] *See*, *e.g.,* Canaccord Initiation Report, p. 1 ("Now the network has 1.8 million members and 80% of U.S. physicians."); William Blair Supplemental Deck, p. 3 ("At present, Doximity network consists of roughly 80% of all U.S. physicians (again, the largest network in U.S.); as a proxy, the American Medical Association (AMA) has a network of approximately 20% of all U.S. physicians.").

[120] *See*, *e.g.,* Piper Sandler Companies, "Monetizing The Largest Clinical Network in Existence; Initiating OW, $68 PT," July 19, 2021, p. 32 ("1.8M healthcare providers, including 80%+ of U.S. physicians, are Doximity members today."); SVB Leerink, "The Attention Economy Comes to Healthcare; Initiate with OP, $65 PT," July 19, 2021, p. 1 ("DOCS operates the largest medical social network in the US with 80%+ of physicians and 90%+ of med students on its platform").

35

William Blair, establish any connection between the Alleged 80% Active Member Misstatements and the Alleged Corrective Disclosure.

54.     Thus, the two analyst reports that reference "active members," "engaged members," or "used daily" in the context of the 80% Figure do not provide evidence of front-end price impact that continued through the Alleged Class Period.

### D.     The Alleged 80% Active Member Misstatements Did Not Increase Doximity's Stock Price

55.     In the previous sections I discussed the market commentary mentioning "active members" or similar terms in the context of the 80% Figure, or that described the 80% Figure as physicians "using" the platform. My review indicates that these references cannot be used to infer that the Alleged 80% Active Member Misstatements had any front-end price impact. In this section I supplement that analysis with a quantitative examination of Doximity's stock price returns after the Alleged 80% Active Member Misstatements.

56.     Plaintiffs' expert Dr. Cain concludes that Doximity's stock traded in an efficient market during the Alleged Class Period.[121] In an informationally efficient market, a security's price quickly reflects all value-relevant public information.[122] Therefore, based on the efficient market hypothesis and Dr. Cain's conclusion, if the Alleged 80% Active Member Misstatements had conveyed new and value-relevant information to the market, one would expect Doximity's

---

[121] Cain Report, ¶ 3.

[122] *See*, *e.g.*, Brealey, Richard, *et al.*, *Principles of Corporate Finance,* McGraw-Hill, 2023, 14th Ed, pp. 330, 333. Dr. Cain similarly states: "A market is considered informationally efficient when the market price of securities begins to respond quickly to publicly available information." *See* Cain Report, ¶ 22.

stock price to have a statistically significant positive abnormal return on the days those statements were made.[123]

57.    To estimate the abnormal returns of Doximity's common stock, Dr. Cain "performed an event study […] to observe the typical relationship between the price of the relevant security and market and industry indices" (the "Cain Event Study").[124] As Dr. Cain describes:

> Through this regression model, an economist can model the predicted daily return of the relevant security, based on market and industry returns. By subtracting the predicted return from the actual return, an economist can calculate the "abnormal" return in the company's daily stock price movement, which represents the component of the daily stock price return that is not attributable to market-wide or industry-wide movements, but rather, is attributable to company-specific news. Finally, as part of an event study analysis, an economist tests whether the deviation from expected price movements (i.e., the "abnormal return") is "statistically significant," i.e., sufficiently large compared to the usual volatility in the company's stock price return such that simple random movement can be rejected as the cause.[125]

58.    Thus, the absence of statistically significant positive abnormal returns on the dates of the Alleged 80% Active Member Misstatements indicates that the market did not interpret these statements as providing new or value-relevant information about Doximity. Importantly, however, the mere existence of a statistically significant positive abnormal return does not necessarily imply that the Alleged 80% Active Member Misstatement conveyed new information. Price increases may be explained by positive confounding company-specific news, such as higher-than-expected earnings or other company developments disclosed concurrently.

---

[123] Below I discuss reasons why there is some doubt that the market for Doximity's stock was efficient on the first day of the Alleged Class Period. I understand that Plaintiffs in their class certification motion excluded "purchases in the primary market (i.e., prior to Doximity becoming publicly traded at the start of the Class Period)" from the Class. Plaintiffs Class Certification Motion, Note 3.

[124] Cain Report, ¶ 58. See details in **Table 3** below.

[125] Cain Report, ¶ 59.

As I discuss in Section III.D.ii, when such confounding events are present, I review market commentary to assess whether the observed price movements could be attributed to the Alleged 80% Active Member Misstatements.

59.    As I discuss below, I assess whether Doximity's stock price experienced a positive abnormal return (*i.e.*, the difference between the actual stock price return and the predicted return based on the market and industry movements) that is statistically significantly different from zero on the day each Alleged 80% Active Member Misstatement was made.[126] To do this, I rely on two event studies. First, I use the results from the Cain Event Study. Second, I conduct my own event study using an alternative model specification (the "Hochberg Event Study"), in order to test whether the results from the Cain Event Study are robust to alternative model specifications. The differences between the Cain Event Study and Hochberg Event Study are summarized in **Table 3**.

---

[126] For information released before or during trading hours on a trading day, the effective date would be the same trading day. For information released after the close of U.S. stock markets at 4:00 PM ET or during a weekend or holiday, the effective date would be the next trading day.

**Table 3: The Cain Event Study and the Hochberg Event Study[127]**

| Model Specification | Cain Event Study | Hochberg Event Study |
|---|---|---|
| Market Index | S&P 500 Index | |
| Industry Index | S&P 500 Information Technology Index | |
| Estimation Window | Fixed to the first 120 trading days in the Alleged Class Period for any events occurring in the first 120 trading days, and rolling periods of 120 trading days prior to the event date thereafter | Fixed 1-year period from July 24, 2021 through July 24, 2022 |
| Days Excluded in the Estimation | The Alleged Corrective Disclosure (August 8, 2023), and the earnings announcement dates specified in Cain Exhibit 6 | The earnings announcement dates specified in Cain Exhibit 6 that fall within the Hochberg Event Study estimation window: August 11, 2021, November 10, 2021, February 9, 2022, and May 18, 2022 |

60.     Using either event study, I reach the same conclusions: only a subset of Alleged 80% Active Member Misstatement dates have positive abnormal returns that are statistically significantly different from zero. In Section III.C.ii, I showed that only one analyst report during the entire Alleged Class Period referred to "active" members in the context of the 80% Figure. In this section, I further review analyst reports and news articles published on and immediately after the dates with statistically significant positive abnormal returns to determine whether other news disclosed concurrently can explain the observed price increases.

---

[127] Cain Report, ¶¶ 61-62, Footnote 66, Exhibit 6. Literature has shown that event study results can be affected by the length of the estimation window. Dr. Cain uses a relatively shorter estimation window of 120 trading days, so I use a longer one-year estimation window to test the robustness of the results. *See*, *e.g.*, Kothari, S.P. and Jerold Warner, "Econometrics of Event Studies," *Handbook of Corporate Finance*, Vol. 1, 2007, Chapter 1, p. 14 ("From Table 2, horizon length has a big impact on event study test properties. […] Short (<12 months) […] Long (12 months or more)").

> ### i.   On Four out of Seven Days When the Alleged 80% Active Member Misstatements Were Made, the Abnormal Stock Price Change Was Not Statistically Significantly Positive

61.     Based on both the Cain Event Study and the Hochberg Event Study, Doximity's stock price did not experience a statistically significant abnormal increase on four out of the seven days when the Alleged 80% Active Member Misstatements were made (*see* **Table 4** below). The effective dates for these Alleged 80% Active Member Misstatements are August 10, 2021, November 10, 2021, March 11, 2022, and June 6, 2023.[128] In fact, on some of those days, the abnormal return is negative (though not statistically significant).[129]

**Table 4: Event Study Results for the Seven Days When the Alleged 80% Active Member Misstatements Were Made[130]**

| Date | Effective Date | Abnormal Price Change | |
|---|---|---|---|
| | | Cain | Hochberg |
| 6/24/2021 | 6/24/2021 | $26.90*** | $26.82*** |
| 8/10/2021 | 8/10/2021 | $0.19 | $0.05 |
| 8/10/2021 8/11/2021 | 8/11/2021 | $17.69*** | $17.56*** |
| 11/10/2021 | 11/10/2021 | -$2.63 | -$2.64 |
| 2/9/2022 | 2/9/2022 | $10.68*** | $10.48*** |
| 3/10/2022 | 3/11/2022 | -$2.31 | -$2.30 |
| 6/6/2023 | 6/6/2023 | -$0.01 | $0.23 |

---

[128] Based on my review of market commentary, there was no negative news on these four days that could offset a potential positive reaction to the Alleged 80% Active Member Misstatements.

[129] Based on the Cain Event Study and Hochberg Event Study, there are three and two days with negative abnormal returns, respectively, as shown in **Table 4**.

[130] *** = Statistically significant at the 1% level ($p < 0.01$); ** = Statistically significant at 5% level ($p < 0.05$). See **Table 3** for the description of the event study methodology.

### ii.    On the Three Remaining Days with Statistically Significant Positive Abnormal Price Change, the Movement Is Explained by Confounding News Or Events Unrelated to the Alleged Misstatements

62.    Both event study analyses indicate that on the three remaining days when the Alleged 80% Active Member Misstatements were made (June 24, 2021, August 11, 2021, and February 9, 2022), Doximity's stock price had a positive abnormal return that was statistically significantly different from zero (*see* **Table 4**). The presence of a statistically significant positive abnormal return, however, does not in itself demonstrate that the Alleged 80% Active Member Misstatements caused the stock price movement. To assess whether these abnormal returns can be attributed to the Alleged 80% Active Member Misstatements, I examine other information disclosed on the same dates and review analyst reports and news articles published on and immediately after these three dates.[131]

### a.    June 24, 2021

63.    The first of the dates that demonstrates a statistically significant positive abnormal return was June 24, 2021, the day of Doximity's IPO. The first Alleged 80% Active Member Misstatement was made during a CNBC interview before Doximity's stock started trading.[132] Mr. Tangney stated that "today we have over 80% of all U.S. physicians as active members on the platform," and "again, we're over 80% of all U.S. physicians as active members."[133]

---

[131] For this review, I consider analyst reports published within one month of each of the three Alleged 80% Active Member Misstatement dates with statistically significant positive abnormal returns, and news articles published within two trading days of those dates.

[132] Doximity stock started trading after 1:00 pm ET, while the recording of Mr. Tangney's interview was posted on the CNBC website at 12:06 pm ET. Cain Report, pp. 37-38 ("Moreover, the commencement of secondary trading occurred shortly after 1:00pm ET."). *See also*, CNBC, "TechCheck," June 24, 2021, available at https://www.cnbc.com/video/2021/06/24/doximity-ceo-on-physician-social-network-going-public-our-mission-is-to-help-doctors-be-more-productive.html.

[133] Complaint, ¶¶ 104, 145.

64.    A large positive abnormal return on the day of the IPO is not surprising and cannot be tied to any price impact from the Alleged 80% Active Member Misstatement made that day. Market commentary did not discuss any company news beyond the IPO itself. As Dr. Cain notes in his report, "underwriters tend to underprice initial public offerings as an equilibrium response to asymmetric information, as compensation for underwriters and investors who participate in the bookbuilding process, and for other economic and behavioral reasons."[134] Consistent with Dr. Cain's opinion, Mr. Tangney himself acknowledged the possibility of an "IPO pop" in the same CNBC interview.[135]

65.    Additionally, post-IPO lockup restrictions, which were present for Doximity, prevent pre-IPO shareholders from selling their shares.[136] After the IPO, Doximity had more than 181.7 million shares outstanding.[137] Of these 181.7 million shares, only approximately 29.4 million shares (26.8 million shares issued in the IPO itself plus an additional 2.6 million shares[138])—which collectively represent 16 percent of the outstanding shares of the firm—were

---

[134] Cain Report, ¶ 98.

[135] CNBC, "TechCheck," June 24, 2021, available at https://www.cnbc.com/video/2021/06/24/doximity-ceo-on-physician-social-network-going-public-our-mission-is-to-help-doctors-be-more-productive.html, at 11:34 ("We'd rather the shares go to [doctors] if there is a [IPO] pop […]").

[136] Registration Statement, p. 158 ("We, our executive officers, directors, and substantially all of our security holders, have agreed or will agree that, subject to certain exceptions, for a period of 180 days from the date of this prospectus, subject to earlier termination as described below, we and they will not, […] dispose of or hedge any shares or any securities convertible into or exchangeable for shares of our capital stock.").

[137] The number of shares outstanding includes 3.5 million shares of underwriters' over-allotment option. *See* Doximity, "Form 424B4," June 23, 2021, p. 9. *See also*, Doximity, "Form 10-Q," August 12, 2021, p. 66 ("On June 28, 2021, we closed our IPO of 22,505,750 shares of our Class A common stock sold by us, including 3,495,000 shares pursuant to the exercise of the underwriters' option to purchase additional shares of our Class A common stock, and 4,289,250 shares of Class A common stock sold by an existing stockholder.").

[138] The "Earliest Date Available for Sale in the Public Market" for "[u]p to 2,596,694 shares" was "[t]he first trading day on which our common stock is traded on the New York Stock Exchange." *See* Doximity, "Form 424B4," June 23, 2021, p. 155.

not subject to lockup restrictions.[139] These restrictions not only contribute to overvaluation in post-IPO markets until they expire, but also limit the amount of shares available for short selling.[140] Short selling is the act of borrowing stock from a lender at the current price and immediately selling it ("selling short").[141] The short seller makes a profit when the price of the stock declines by the time the short seller needs to purchase back the stock and return it to the lender.[142] Without short selling, the price reflects only the view of the most optimistic investors, as pessimists have no mechanism to affect the price.[143] Therefore, these frictions can prevent

---

[139] Doximity, "Form 10-Q," August 12, 2021, p. 66 ("On June 28, 2021, we closed our IPO of 22,505,750 shares of our Class A common stock sold by us, including 3,495,000 shares pursuant to the exercise of the underwriters' option to purchase additional shares of our Class A common stock, and 4,289,250 shares of Class A common stock sold by an existing stockholder.").

[140] *See*, *e.g.*, Field, Laura and Gordon Hanka, "The Expiration of IPO Share Lockups," *The Journal of Finance*, Vol. 56, No. 2, 2001, pp. 471-500; Andreessen Horowitz, "In Defense of the IPO, and How to Improve It," available at https://a16z.com/in-defense-of-the-ipo-and-how-to-improve-it/ ("While the public markets conceptually represent a deep pool of buyers and sellers, sometimes that pool is shallower than meets the eye. For example, the quoted 'price' of Apple stock represents the price at which the last trade was conducted, regardless of the number of shares that transacted […] And although a company may have, say, 100 million shares outstanding, many of those shares might be 'out of circulation' so to speak — held by insiders (employees, founders, investors) who don't want to sell or are unable to sell. The freely trading shares are called the 'free float' and sometimes represent a miniscule percentage of the total shares of the company."); Duffie, Darrell, *et al.*, "Securities Lending, Shorting, and Pricing," *Journal of Financial Economics*, Vol. 66, No. 2-3, 2002, pp. 307-339, at p. 1 ("If lendable securities are difficult to locate, then the price of the security is initially elevated, and expected to decline. This price decline is to be anticipated, for example, after an initial public offering […]"); Ofek, Eli, *et al.*, "Limited Arbitrage and Short Sales Restrictions: Evidence From the Options Markets," *Journal of Financial Economics*, Vol. 74, No. 2, 2004, pp. 305-342, at p. 310 ("[T]here are both theoretical reasons and supporting empirical evidence that suggests it is difficult to short stocks on a large scale. First, in order to short a stock, the investor must be able to borrow it. In general, there are only a limited number of shares available for trading (i.e., a stock's float is finite), and someone (i.e., an institution or individual) would have to be willing to lend the shares. For example, insiders may be reluctant to sell or be prevented from selling, and, in the extreme case, for six months after an IPO, most of the shares have lockup restrictions."); Patatoukas, Panos, *et al.*, "Valuation Uncertainty and Short-Sales Constraints: Evidence from the IPO Aftermarket," *Management Science*, Vol. 68, No. 1, 2022, pp. 608-634, at pp. 609-610 ("[O]ur results show that short selling is constrained—as indicated by the high stock loan fees, high active supply utilization and high fails-to-deliver—especially for new issuers that ex ante more likely to become overpriced. Our evidence suggests that, although short sellers attempt to actively arbitrage overpricing in the IPO aftermarket, short-sales constraints limit their ability to eliminate mispricing.").

[141] Bodie, Zvi, *et al.*, *Investments,* McGraw-Hill, 2014, 10th Ed., p. 80 ("[In a short sale, a]n investor borrows a share of stock from a broker and sells it. Later, the short-seller must purchase a share of the same stock in order to replace the share that was borrowed.").

[142] Bodie, Zvi, *et al.*, *Investments,* McGraw-Hill, 2014, 10th Ed., p. 80 ("A short sale allows investors to profit from a decline in a security's price.").

[143] A long line of empirical studies from recent decades have shown that short sale constraints increase prices above intrinsic value, especially when investor disagreement is high. *See*, *e.g.*, Ofek, Eli, *et al.*, "Limited Arbitrage and

markets from timely incorporating value-relevant negative information in the prices, hindering market efficiency and contributing to the "IPO pop."

66.    Additionally, as Dr. Cain points out, there was a "25-day 'Quiet Period' following [Doximity's] IPO, from June 24, 2021 to July 19, 2021," during which, "members of the IPO underwriting syndicate… refrain[ed] from publishing analyst reports on the IPO target."[144] In fact, as Dr. Cain admits, all of the analysts reported in his Exhibit 3 "did not publicly publish their reports until the end of the Quiet Period."[145] There were, as Dr. Cain points out, reports by Seeking Alpha and some coverage in news outlets, but prior to the initiation of analyst coverage, the market operated without the benefit of comprehensive assessments from those analysts, which are important for the incorporation of publicly available information into stock prices.

### b.    August 11, 2021

67.    The second date with a statistically significant positive abnormal return was August 11, 2021. This was the effective date for two Alleged 80% Active Member Misstatements: (1) on August 10, 2021, after market hours during Doximity's quarterly earnings call, Mr. Tangney stated that "today, over 80% of all U.S. physicians use our platform;"[146] and (2) on August 11, 2021, in a CNBC TechCheck Interview, Mr. Tangney stated that "we have

---

Short Sales Restrictions: Evidence From the Options Markets," *Journal of Financial Economics*, Vol. 74, No. 2, 2004, pp. 305-342, at p. 328 ("A number of papers [...] show that when investors with diverse beliefs face short sales constraints, prices can drift from fundamental values. Suppose there exist periods in which there are both overly optimistic investors and rational investors. The overly optimistic investors bid the prices of stocks up, but, due to short sales constraints, the rational investors do not simultaneously bid the shares back down. Thus, the stock price tends to drift above the value associated with aggregate beliefs."); Grullon, Gustavo, *et al.*, "The Real Effects of Short-Selling Constraints," *The Review of Financial Studies*, Vol. 28, No. 6, 2015, pp. 1737-1767; Boehme, Rodney, *et al.*, "Short-Sale Constraints, Differences of Opinion, and Overvaluation," *Journal of Financial and Quantitative Analysis*, Vol. 41, No. 2, 2006, pp. 455-487.

[144] Cain Report, ¶ 91.

[145] Cain Report, ¶ 96.

[146] Complaint, ¶¶ 43, 106.

over 80% of all U.S. physicians as active members on our platform."[147] Also in the earnings call, among other results, Doximity announced that its quarterly revenue grew "100% over the same quarter last year," the "bottom line was equally strong [...] with an adjusted EBITDA margin of 43%," and it was expecting the fiscal quarter and fiscal year revenue to grow by 63 percent and 44 percent, respectively.[148] None of this information was related to the Alleged 80% Active Member Misstatements. Analysts participating in the call viewed these results as "great," "very strong," and "crazy good."[149]

68.     I review 27 news articles published between August 10 and August 13, 2021, and 13 analyst reports issued within a month after August 10, 2021.[150] None of the market commentary I reviewed mentioned "active members" or similar terms in the context of the 80% Figure. My review indicates that market commentary discussed Doximity's higher-than-expected earnings results and guidance, and growth potential. For example:

- SVB Leerink (August 10, 2021): "Expected stock price reaction: positive. While expectations were set high given outperformance in DOCS's brief trading history (shares are up 104% since pricing), the significant beats in F1Q headlines and F2Q/FY22 guidance should be more than enough to clear the high bar."[151]

---

[147] As mentioned, while the Complaint states that the CNBC TechCheck interview occurred on August 10, 2021, in fact, it happened on August 11, 2021. This difference in dates does not affect my analysis. Complaint, ¶ 110. *See also*, CNBC, "TechCheck," August 11, 2021, available at https://archive.org/details/CNBC_20210811_150000_TechCheck/start/2940/end/3000.

[148] Seeking Alpha, "Doximity, Inc. (DOCS) CEO Jeff Tangney on Q1 2022 Results - Earnings Call Transcript," August 10, 2021, available at https://seekingalpha.com/article/4448000-doximity-inc-docs-ceo-jeff-tangney-on-q1-2022-results-earnings-call-transcript.

[149] Stephanie Davis (SVB Leerink): "Congratulations on a very strong quarter coming out of the gate." Ryan Daniels (William Blair): "[...] congratulations on the very strong start to life as a public company." Scott Berg (Needham & Company): "Echoing the congrats on the great quarter... [R]ecord EBITDA margins, I should say, at 43%, which are crazy good." *See* Seeking Alpha, "Doximity, Inc. (DOCS) CEO Jeff Tangney on Q1 2022 Results - Earnings Call Transcript," August 10, 2021, available at https://seekingalpha.com/article/4448000-doximity-inc-docs-ceo-jeff-tangney-on-q1-2022-results-earnings-call-transcript.

[150] The 27 news articles I reviewed between August 10, 2021 and August 13, 2021 include 23 Factiva articles, one CNBC article, and three Seeking Alpha articles.

[151] SVB Leerink, "F1Q22 First Look: Hurdling the High Bar – Meaningful Beat and Raise," August 10, 2021, p. 1.

45

- Raymond James & Associates (August 10, 2021): "The triple digit growth marked a 16 point acceleration from F4Q levels despite more difficult comparisons […] With the FY22 outlook also well above street projections (and reflecting an industry-leading balance of growth/profitability), we understand why investors are bidding shares up ~10% in after hours."[152]

- Canaccord (August 10, 2021): "We reiterate our BUY rating and raise our PT to $70 following a blow-out quarter… The guidance was also strong, with 2QFY'22 and annual targets well ahead of our previous forecasts."[153]

- SVB Leerink (August 11, 2021): "DOCS shares were up 4% after market on a clean beat and raise quarter out of the gate, with meaningful upside on 1Q headline/metrics and raised F2Q/FY22 guidance."[154]

- The Fly (August 11, 2021): "Shares of Doximity (DOCS) are on the rise on Wednesday after the company reported better than expected earnings per share and revenue in its first report since the company's market debut back in June."[155]

- Seeking Alpha (August 12, 2021): "Doximity (DOCS +13.8%) has added double-digit percentage gains for the second straight session after the company posted better than expected financials for the first quarter of fiscal 2022."[156]

69.     The market commentary indicates that the price increase was driven by

Doximity's strong financial results, not the Alleged 80% Active Member Misstatements.

Consistent with this, Dr. Cain includes August 11, 2021 as one of the "Earnings Announcement

Days" in his event study as evidence that Doximity's price reacted to positive earnings results.[157]

This further reinforces that the statistically significant stock price increase on August 11, 2021

---

[152] Raymond James & Associates, "DOCS | F1Q22 Quick Take - Triple Digit Growth Shows Why DOCS is an Elite Asset," August 10, 2021, p. 1.

[153] Canaccord, "Strong Beat With Guidance Well Above Our Estimates," August 10, 2021, p. 1.

[154] SVB Leerink, "F1Q22 Recap: Everything We Were Looking For and More; Reit OP and $65 PT," August 11, 2021, p. 1.

[155] The Fly, "11:45 EDT Doximity Jumps After First Report Since Going Public as Revenue...," August 11, 2021, Factiva.

[156] Seeking Alpha, "Doximity Extends Post-Earnings Rally Amid Bullish Views From Analysts," August 12, 2021, available at https://seekingalpha.com/news/3729708-doximity-extends-post-earnings-rally-amid-bullish-views-from-analysts.

[157] Cain Report, Exhibit 6.

was attributable to Doximity's strong financial results and favorable outlook, not the Alleged 80% Active Member Misstatements.

### c.    February 9, 2022

70.    The third and final date with a positive significant abnormal return was February 9, 2022. On this date, Mr. Tangney gave an interview with CNBC TechCheck in which he stated that "over 80% of all U.S. physicians use [Doximity] to power millions of digital interactions each day."[158] Doximity's stock price closed on February 9, 2022 at $61.78, up $11.97 (24 percent) from the prior day's closing price of $49.81.[159] As I show in **Figure 1**, the Alleged 80% Active Member Misstatement was made at approximately 11:20 AM ET. The side panel displayed in the broadcast showed that, right before the Alleged 80% Active Member Misstatement was made, Doximity's real-time stock price already reached $63.06. This timing indicates that the stock price increase had already occurred before the Alleged 80% Active Member Misstatement was made.

---

[158] Complaint, ¶ 117.

[159] See the "HISTORIC PRICES" table by setting frequency to "Daily" and date range to "2/7/2022–2/9/2022." NYSE, "Doximity Inc DOCS," available at https://www.nyse.com/quote/XNYS:DOCS.

47

**Figure 1: A Screenshot of the CNBC TechCheck Interview Before the Alleged 80% Active Member Misstatement Was Made[160]**



71.     Moreover, Doximity's closing price that day was $61.78, lower than the $63.06 price before the Alleged 80% Active Member Misstatement was made.[161] If the Alleged 80% Active Member Misstatement had contributed to the stock price increase, one would expect the stock price to continue to increase after the statement. The timing and Doximity's intraday price movement are inconsistent with the theory that the Alleged 80% Active Member Misstatements caused the price increase.

72.     Similar to August 11, 2021, the stock price increase on February 9, 2022 followed Doximity's announcement of strong financial results. On February 8, 2022, after market closed,

---

[160] This screenshot was taken after reviewing the full playback of the CNBC TechCheck interview on February 9, 2022. It captures the broadcast display one second before Mr. Tangney made the Alleged 80% Active Member Misstatement. CNBC, "TechCheck," February 9, 2022, available at https://archive.org/details/CNBC_20220209_160000_TechCheck/start/1200/end/1260, at 00:50.

[161] See the "HISTORIC PRICES" table by setting frequency to "Daily" and date range to "2/8/2022–2/9/2022." NYSE, "Doximity Inc DOCS," available at https://www.nyse.com/quote/XNYS:DOCS.

Doximity issued an earnings announcement and held an earnings call.[162] In the earnings announcement, Doximity disclosed strong quarterly earnings results, highlighting a 67 percent increase in year-over-year revenue for the quarter from $58.7 million to $97.9 million.[163] Analysts participating in the earnings call viewed these results as "great," "strong," and "blowout."[164] Doximity also announced the acquisition of the healthcare scheduling platform Amion which "power[ed] nearly 200,000 physician schedules," helping Doximity "build the physician cloud."[165] These announcements were made after the market closed, and hence they affected Doximity's stock price on the following date – February 9, 2022.

73.    I review 20 news articles published between February 9, 2022, and February 11, 2022, and 12 analyst reports issued within a month after February 9, 2022.[166] My review of market commentary indicates that the market discussed Doximity's better-than-expected financial results and guidance, and the Amion acquisition. For example:

---

[162] Doximity, "Doximity Announces Fiscal 2022 Third Quarter Financial Results," February 8, 2022, available at https://investors.doximity.com/news/news-details/2022/Doximity-Announces-Fiscal-2022-Third-Quarter-Financial-Results; Doximity, "Doximity Q3 2022 Earnings Call," February 8, 2022, available at https://investors.doximity.com/news/events/event-details/2022/Doximity-Q3-2022-Earnings-Call. *See also*, PR Newswire, "Doximity Announces Fiscal 2022 Third Quarter Financial Results," February 8, 2022, available at https://www.prnewswire.com/news-releases/doximity-announces-fiscal-2022-third-quarter-financial-results-301477814.html.

[163] Doximity, "Doximity Announces Fiscal 2022 Third Quarter Financial Results," February 8, 2022, available at https://investors.doximity.com/news/news-details/2022/Doximity-Announces-Fiscal-2022-Third-Quarter-Financial-Results.

[164] Stephanie Davis (SVB Leerink): "[C]ongrats guys on a blowout quarter, that was a - that was wow." Scott Berg (Needham & Company): "Congrats on the great quarter." Brian Peterson (Raymond James & Associates): "I'll offer my congrats on the strong results." Richard Close (Canaccord): "Congratulations first of all on a great quarter." Jessica Tassan (Piper Sandler Companies): "[C]ongrats on a good - on a great quarter." *See* Seeking Alpha, "Doximity, Inc. (DOCS) CEO Jeff Tangney on Q3 2022 Results - Earnings Call Transcript," February 8, 2022, available at https://seekingalpha.com/article/4485325-doximity-inc-docs-ceo-jeff-tangney-on-q3-2022-results-earnings-call-transcript.

[165] Doximity, "Doximity Announces Fiscal 2022 Third Quarter Financial Results," February 8, 2022, available at https://investors.doximity.com/news/news-details/2022/Doximity-Announces-Fiscal-2022-Third-Quarter-Financial-Results.

[166] The 20 news articles I reviewed between February 9, 2022 and February 11, 2022 include 18 Factiva news articles and 2 Seeking Alpha articles.

- Needham & Company (February 9, 2022): "[Doximity] reported its biggest revenue outperformance to date in 3QF22 as its customers increased spend that converted to revenues more quickly," and "While the [Amion] acquisition is primarily a product acquisition, we like the acquisition strategy as it continues to focus on expanding functionality to drive higher physician engagement which ultimately can drive higher marketing solutions revenues."[167]

- Jefferies (February 9, 2022): "We are updating our model to reflect the company's strong F3Q earnings reported last night, with our revenue estimates in FY22 and FY23 both increasing. Elsewhere, we are taking our EBITDA forecast higher after the company outperformed in F3Q."[168]

- Benzinga (February 9, 2022): "[Doximity] shares gained 25.1% to $62.30 after the company reported better-than-expected Q3 results and issued FY22 sales guidance above estimates."[169]

- Investing.com (February 9, 2022): "Doximity Inc (NYSE:DOCS) shares rose 25% in Wednesday trading after the medical doctor digital platform posted strong earnings after-hours Tuesday and announced an acquisition."[170]

- Seeking Alpha (February 9, 2022): "Doximity (DOCS +22.8%) shares are soaring today after its fiscal Q3 2022 results yesterday after the bell beat on the top and bottom lines and it issues strong 2022 guidance."[171]

74.     Consistent with my review of market commentary, Dr. Cain includes February 9, 2022, as one of the "Earnings Announcement Days" in his event study analysis to show that Doximity's stock price increased in response to company news.[172] Thus, I conclude that the statistically significant abnormal price increase on February 9, 2022, is attributable to other news announced by Doximity after market hours on the prior day, not the Alleged 80% Active Member Misstatement.

---

[167] Needham & Company, "Doximity Beat 3QF22 Estimates, Acquired Amion for $83mm," February 9, 2022, p. 1.

[168] Jefferies, "Model Update Post F3Q – Revenue & EBITDA Moving Higher," February 9, 2022, p. 1.

[169] Benzinga, "40 Stocks Moving In Wednesday's Mid-Day Session," February 9, 2022, Factiva.

[170] Investing.com, "Doximity Shares Shoot Higher On Earnings Beat, Guidance Raise, Acquisition," February 9, 2022, Factiva.

[171] Seeking Alpha, "Doximity up 23% Following Quarterly Beat and Strong 2022 Guidance," February 9, 2022, available at https://seekingalpha.com/news/3798007-doximity-up-23-following-quarterly-beat-and-strong-2022-guidance.

[172] Cain Report, Exhibit 6.

**IV.    THE ALLEGED CORRECTIVE DISCLOSURE DID NOT CORRECT AND WAS NOT LINKED TO THE ALLEGED 80% ACTIVE MEMBER MISSTATEMENTS, INDICATING NO BACK-END PRICE IMPACT**

75.    In this section, I examine "back-end" price impact by evaluating whether the Alleged Corrective Disclosure revealed and dissipated any potential price inflation that may have been introduced by the Alleged 80% Active Member Misstatements. While Doximity's stock price declined following the Alleged Corrective Disclosure, that decline can only provide the basis to infer the existence of price inflation pertaining to the Alleged 80% Active Member Misstatements during the Alleged Class Period if the Alleged Corrective Disclosure in fact corrected information contained in the Alleged 80% Active Member Misstatements.

76.    Following the Alleged Corrective Disclosure on August 8, 2023, in which Doximity reduced the FY24 Guidance it had previously provided on May 16, 2023, and announced planned layoffs and declining upsells, Doximity's stock decreased from $32.79 to $25.30 per share, a decline of approximately 23 percent.[173]  Both the Cain Event Study and the Hochberg Event Study indicate this decline to be statistically significant after accounting for market and industry movements.[174] As I discuss below, however, the Alleged Corrective Disclosure did not mention the 80% Figure or provide any new information about the level of Doximity's active users. My review of contemporaneous market commentary confirms this because analysts and news outlets did not connect the Alleged Corrective Disclosure to the Alleged 80% Active Member Misstatements or the 80% Figure at all, and in several cases, continued to reference the 80% Figure even after the alleged correction.

---

[173] *See* Section I.B.iii.

[174] The Cain Event Study and the Hochberg Event Study find Doximity's abnormal price change on August 9, 2023, to be -$7.12 and -$6.77, respectively. Both abnormal price changes are statistically significant at the 5 percent level. *See* Cain Report, ¶ 110.

77.     In addition, market commentary consistently linked Doximity's stock price decline on August 8, 2023 to other factors underlying the downward revision of FY24 Guidance that were unrelated to the Alleged 80% Active Member Misstatements, including advertising budget shifts in the post-COVID environment and the increased competition from programmatic banner advertising. I also identify at least five companies in related industries that reduced guidance in the months following August 8, 2023 due to similar factors. Additionally, I note that layoffs were widespread among information technology companies in the months following August 8, 2023.

78.     I also review evidence cited in the Complaint and the Cain Report, including certain social media posts on X and a short-seller report published eight months after the Alleged Corrective Disclosure, but these materials do not change my opinion that the Alleged 80% Active Member Misstatements were not corrected or linked to the August 8, 2023 price decline. Based on my review, I conclude that the Alleged Corrective Disclosure did not correct the Alleged 80% Active Member Misstatements, and I find no evidence that the Alleged Corrective Disclosure removed price inflation related to the Alleged 80% Active Member Misstatements from Doximity's stock price.

**A.      The Alleged Corrective Disclosure Did Not Correct the Alleged 80% Active Member Misstatements**

>  *i.     The Alleged Corrective Disclosure Did Not Reference the 80% Figure or Doximity's Active Members in Any Way*

79.     As I described in Section I.B.iii, in the Alleged Corrective Disclosure, Doximity first announced in its earnings release that (1) it was reducing its FY24 Guidance that it had

previously provided on May 16, 2023, and (2) it planned to let 10 percent of its workforce go.[175] During the earnings call, Doximity provided further details, acknowledging that "upsells have now slowed for 2 years in a row."[176] The Company attributed the "post-COVID upsell weakness" to (1) "[p]harma's shift-to-digital ha[ving] slowed" and (2) "the friction of our full-service, white-gloved sales model," which led to "banner ads […] [getting] the incremental spend in the summer."[177] None of the statements in the Alleged Corrective Disclosure, however, made any reference to the 80% Figure, nor did they disclose, revise, or retract any information about Doximity's active members.

80.     Plaintiffs' own description of the Alleged Corrective Disclosure fails to make any direct connection to the Alleged 80% Active Member Misstatements. Instead, Plaintiffs attempt to bridge this gap by citing analyst reports and commentary, arguing that "[a]nalysts and investors […] did not accept Defendants' stated explanations and recognized the singular, true

---

[175] Doximity, "Doximity Announces Fiscal 2024 First Quarter Financial Results," August 8, 2023, available at https://investors.doximity.com/news/news-details/2023/Doximity-Announces-Fiscal-2024-First-Quarter-Financial-Results.

[176] Seeking Alpha, "Doximity, Inc. (DOCS) Q1 2024 Earnings Call Transcript," August 8, 2023, available at https://seekingalpha.com/article/4625750-doximity-inc-docs-q1-2024-earnings-call-transcript. Doximity has mentioned the slowdown in upsells starting from August 2022 and expected it to persist in the future. *See* Seeking Alpha, "Doximity, Inc. (DOCS) CEO Jeff Tangney on Q1 2023 Results - Earnings Call Transcript," August 4, 2022, available at https://seekingalpha.com/article/4530029-doximity-inc-docs-ceo-jeff-tangney-on-q1-2023-results-earnings-call-transcript ("Our historically stable upsell rate among our pharmaceutical clients, which accounts for 10% to 15% of our annual revenue, has slowed year-to-date."). *See also,* Seeking Alpha, "Doximity, Inc. (DOCS) Q2 2023 Earnings Call Transcript," November 11, 2022, available at https://seekingalpha.com/article/4556307-doximity-inc-docs-q2-2023-earnings-call-transcript ("As far as that mid-year upsell piece and year-end upsell piece […] [t]his year, we're coming in a little below historical norms as our clients did some precautionary belt-tightening early this summer."); Seeking Alpha, "Doximity, Inc. (DOCS) Q3 2023 Earnings Call Transcript," February 9, 2023, available at https://seekingalpha.com/article/4577100-doximity-inc-docs-q3-2023-earnings-call-transcript ("As we look ahead to next year, […] we are assuming a similar percentage of midyear upsell to what we saw in fiscal 2023, which was about half of our historical upsell rate. […] And we'll also go into the year with pretty low assumptions from our perspective for a midyear upsell. We are assuming no improvement there versus what we saw last year."); Seeking Alpha, "Doximity, Inc. (DOCS) Q4 2023 Earnings Call Transcript," May 16, 2023, available at https://seekingalpha.com/article/4605270-doximity-inc-docs-q4-2023-earnings-call-transcript ("We're prepared for another tough upsell year as we expect macro belt tightening to continue.").

[177] Seeking Alpha, "Doximity, Inc. (DOCS) Q1 2024 Earnings Call Transcript," August 8, 2023, available at https://seekingalpha.com/article/4625750-doximity-inc-docs-q1-2024-earnings-call-transcript.

53

cause for the decline in upsells: user engagement was not what Doximity had represented during the Class Period."[178] Dr. Cain echoes this claim, writing that "[a]nalysts and investors offered commentary on Doximity's announcements and expressed skepticism about Doximity's stated explanations."[179]

81.    Plaintiffs further claim that "securities analysts and market commentators also recognized that the decline in Doximity's upsells, and the reduction in its revenue guidance, were attributable to the fact that there were lesser-than-represented active members on the platform."[180] As discussed below, this claim is tenuous.

82.    Plaintiffs' theory rests on the market inferring a correction of the Alleged 80% Active Member Misstatements from the Alleged Corrective Disclosure, even though the disclosure itself did not contain any such information. As I show in this section, this theory is not supported by contemporaneous market commentary. My review of analyst reports and news coverage following the Alleged Corrective Disclosure indicates that analysts and media did not attribute the revision to the FY24 Guidance, the layoffs, or the declining upsells to "lesser-than-represented active members."

### ii.    *Market Commentary Did Not Connect the Alleged Corrective Disclosure to the Alleged 80% Active Member Misstatements*

83.    To evaluate whether the market connected the Alleged Corrective Disclosure to the Alleged 80% Active Member Misstatements, I review 35 analyst reports published within a month of the Alleged Corrective Disclosure and 50 news articles published within two days of

---

[178] Complaint, ¶ 93.

[179] Cain Report, ¶ 111.

[180] Complaint, ¶ 95.

the Alleged Corrective Disclosure, obtained from the same sources I described in Section III.A.[181] My review indicates that none of the market commentary attributed the downward revision of the FY24 Guidance, the layoff, or the upsell decline announced as part of the Alleged Corrective Disclosure to the 80% Figure, Doximity's level of active members, or the percentage of physicians "using" the platform. Further, consistent with the fact that Doximity did not change the SEC 80% Member Statement after the Alleged Corrective Disclosure, none of the market participants who mentioned the 80% Figure after the Alleged Corrective Disclosure changed their descriptions of it compared to before the Alleged Corrective Disclosure. As such, my review of market commentary indicates that the Alleged Corrective Disclosure was not corrective of the Alleged 80% Active Member Misstatements.

84.     Among the market commentary I review, 29 analyst reports and 46 news articles did not mention anything about the 80% Figure, Doximity's level of active members, or the percentage of physicians "using" the platform. This leaves six analyst reports and four news articles that did mention the 80% Figure. The six analyst reports described the 80% Figure in the same way as before the Alleged Corrective Disclosure, indicating that the disclosure did not change how analysts interpreted the 80% Figure (*see* **Exhibit 1** and examples below).[182] This consistency indicates that analysts did not interpret the Alleged Corrective Disclosure as correcting the Alleged 80% Active Member Misstatements. Out of the four news articles that mentioned the 80% Figure, three contain only reprints of Doximity's press release and thus

---

[181] This count includes four analyst reports issued by Jefferies, Bank of America, Evercore, and Raymond James & Associates after the earnings release but before the earnings call (*i.e.*, four reports that preceded the full Alleged Corrective Disclosure). The 50 news articles I reviewed between August 8, 2023 and August 10, 2023 include 45 Factiva news articles and 5 Seeking Alpha articles

[182] Several of the sources cited below are dated August 8, 2023. Each of these sources was either time-stamped after the Alleged Corrective Disclosure or expressly discusses the information Doximity disclosed that day, confirming that they were published following the Alleged Corrective Disclosure.

provide limited evidence of market commentary. The fourth news article is from Healthcare

Dive, which described the 80% Figure as physicians "using" the platform but published no

article about Doximity during the Alleged Class Period.[183]

- Raymond James & Associates (June 6, 2023): "[Doximity's] reach of 80% + of U.S. physicians […] Doximity has built a membership network of 1.8+ million medical professionals, including 80%+ physicians in the U.S."[184]

- Raymond James & Associates (August 8, 2023): "We're cognizant that Doximity's moat (80%+ of U.S. physicians on the platform) and margin profile remain structurally sound bull tenets, and we don't see any changes to those in light of the F2Q developments. […] Doximity has built a membership network of 1.8+ million medical professionals, including 80%+ physicians in the U.S."[185]

- BTIG (June 7, 2023 and August 9, 2023): "DOCS' value stems from its vast medical professional network with over ~2M+ medical professionals, which includes over 80%+ of U.S. physicians, 50%+ of NPs and PAs, and 90%+ of graduating medical students. […] DOCS core platform has the largest medical professional network in the country with over ~2M+ medical professionals, which includes more than ~80%+ of physicians in the U.S. in every medical specialty and over ~90%+ of graduating U.S medical students, as well as ~50% of U.S. NPs and physician assistants (PAs)."[186]

- William Blair (July 18, 2023 and August 8, 2023): "Doximity is the leading digital platform for U.S. medical professionals, supporting practitioners through a variety of clinical workflow tools that help improve provider productivity. The Doximity platform is used by roughly 80% of all U.S. physicians and 90% of all U.S. medical residents."[187]

---

[183] Healthcare Dive, "Doximity Slashes 10% of Workforce Amid Post-COVID Pressures," August 10, 2023, Factiva ("The company reports that more than 80% of physicians and a growing number of nurse practitioners, physician assistants and pharmacists use its service.").

[184] Raymond James & Associates, "DOCS | Hey Mother Hubbard, There's Plenty of Product in This Cupboard; Early Analyst Day Highlights," June 6, 2023, pp. 1, 2.

[185] Raymond James & Associates, "DOCS | Guidance Reset Fuels Visibility Concerns; Moats/Margins Still Strong - Stay Outperform," August 8, 2023, pp. 1, 7.

[186] BTIG, "Upsells are Behind Expectations; F2024 Guidance Reduced," August 9, 2023, p. 2. *See also,* BTIG, "Excellent Technology, Strong Leadership and Effective Marketing Strategy; But We Worry About Pharma Ad-Spend in F2H:24," June 7, 2023, p. 2.

[187] William Blair, "Second-Quarter Beat, but 8.5% Cut to Fiscal 2024 Guidance Is the Main Focus," August 8, 2023, p. 1. *See also,* William Blair, "Path to $1 Billion in Sales – Led by the Crumbling Cooking, New Products, and (Just Maybe) a DTC Product Over Time," July 18, 2023, p. 1.

85.     As discussed in Section III.C.i, the phrasing in the quotes above and in **Exhibit 1**

lack sufficient detail to distinguish whether they reflected the Alleged 80% Active Member

Misstatements or the SEC 80% Member Statement, which is not alleged to be false or misleading

and is included in Doximity's Registration Statement and all four 10-K and 13 10-Q forms filed

to date, including eight 10-K and 10-Q forms after the Alleged Corrective Disclosure.[188] The

continued description of the 80% Figure as physicians "using" the platform indicates that the

Alleged Corrective Disclosure was not corrective and did not reveal new information about

Doximity's active members.

86.     To further assess whether market participants continued to reference the Alleged

80% Active Member Misstatements, I also review additional analyst reports and news articles

published after the Alleged Corrective Disclosure, beyond the review windows previously

defined (*i.e.*, one month for analyst reports and two trading days for news articles). I find that

analyst reports and news articles long after the Alleged Corrective Disclosure continued to

describe the 80% Figure as physicians "using" the platform or members "engag[ing] frequently"

with the platform. For example, SVB Leerink stated, in at least 10 analyst reports after the

Alleged Corrective Disclosure, that: "[t]he 'if you build it, they will come' mentality works well

---

[188] Registration Statement, p. 2. *See also,* Doximity, "Form 10-Q," August 12, 2021, p. 23; Doximity, "Form 10-Q," November 10, 2021, p. 24; Doximity, "Form 10-Q," February 9, 2022, p. 26; Doximity, "Form 10-K," May 27, 2022, p. 3; Doximity, "Form 10-Q," August 5, 2022, p. 24; Doximity, "Form 10-Q," November 10, 2022, p. 27; Doximity, "Form 10-Q," February 9, 2023, p. 27; Doximity, "Form 10-K," May 26, 2023, p. 3; Doximity, "Form 10-Q," August 8, 2023, p. 24; Doximity, "Form 10-Q," November 9, 2023, p. 27; Doximity, "Form 10-Q," February 8, 2024, p. 27. Starting in fiscal year 2024, Doximity changed the wording to "[o]ur members include more than 80% of U.S. physicians, spanning all 50 states and every medical specialty." Doximity, "Form 10-K," May 23, 2024, p. 3. *See also,* Doximity, "Form 10-Q," August 8, 2024, p. 22; Doximity, "Form 10-Q," November 7, 2024, p. 24; Doximity, "Form 10-Q," February 6, 2025, p. 24; Doximity, "Form 10-K," May 20, 2025, p. 3; Doximity, "Form 10-Q," August 7, 2025, p. 23.

when more than 80% of US doctors engage frequently with your platform."[189] Other examples include:

- CNBC (November 1, 2023): "Doximity, the medical website that's used by more than 80% of U.S. doctors […]"[190]

- CNBC (April 30, 2024): "On platforms such as Doximity, which is a medical website used by more than 80% of U.S. physicians […]"[191]

- Stephens, Inc. (December 19, 2024): "[…] users of the app include: ~80% of U.S. physicians […]"[192]

- China Merchant Securities (February 10, 2025): "Doximity is a trusted networking platform for physicians, used by over 80% of U.S. doctors."[193]

- Seeking Alpha (May 14, 2025): "Doximity, Inc. is a cloud-based platform used by 80% of U.S. physicians, offering marketing, hiring, and virtual patient visit tools."[194]

87.    Thus, my review indicates that none of market commentary expressed surprise about the Alleged Corrective Disclosure, treated the Alleged Corrective Disclosure as revealing new information about or attributed the negative news to the 80% Figure, Doximity's level of active members, or the percentage of physicians "using" the platform. Moreover, the continued

---

[189] See, e.g., SVB Leerink, "Magnitude of Sell-Off Too Much vs. Continued Business Strength; PT to $73," May 16, 2025, p. 3. SVB Leerink rebranded as SVB Securities in February 2022, then Leerink Partners in July 2023. In this report, I use "SVB Leerink" to refer to "SVB Leerink," "SVB Securities," or "Leerink Partners." I identify these 10 analyst reports by keyword searching "engage" and "80" in the S&P Capital IQ and Refinitiv databases.

[190] CNBC, "Doctors Have a New Way to Scrub Personal Information From Internet After Spike in Harassment," November 1, 2023, available at https://www.cnbc.com/2023/11/01/doximity-announces-docdefender-to-remove-doctor-information-online.html.

[191] CNBC, "Cyberattack on UnitedHealth Firm Forces Doctors to Dig Into Personal Savings to Stay Afloat," April 30, 2024, available at https://www.cnbc.com/2024/04/30/change-healthcare-cyberattack-doctors-tap-personal-savings-for-costs.html.

[192] Stephens, Inc., "High Provider Engagement Drives Monetization Moments, Profit Leverage; Launch EW (Vol.)," December 19, 2024, p. 14.

[193] China Merchant Securities, "Global Pharmaceutical & Healthcare AI in Healthcare: GenAI-Driven Transformation, Centered on Productivity Gains and Better Patient Experiences," February 10, 2025, p. 10.

[194] Seeking Alpha, "Doximity: Not Like Other Ad Tech Stocks," May 14, 2025, available at https://seekingalpha.com/article/4786627-doximity-not-like-other-ad-tech-stocks.

references to the 80% Figure even after the Alleged Corrective Disclosure further support that the disclosure was not viewed as corrective.

### B.    Market Commentary Connected the Alleged Corrective Disclosure to Factors Unrelated to the Alleged 80% Active Member Misstatements

88.    In the previous section I showed that market commentary did not connect the Alleged Corrective Disclosure to the Alleged 80% Active Member Misstatements or the 80% Figure. In this section I examine what did cause the stock price decline after the Alleged Corrective Disclosure.

### i.    Market Commentary After the Alleged Corrective Disclosure

89.    I review 35 analyst reports published within a month after the Alleged Corrective Disclosure to evaluate whether analysts connected the Alleged Corrective Disclosure to factors unrelated to the Alleged 80% Active Member Misstatements. I find that analysts attributed the negative news on August 8, 2023 to other factors, such as slower growth in digital pharma spending and competition with programmatic banner ads. For example:

- Evercore (August 8, 2023): As Dr. Cain himself pointed out, this report attributed Doximity's Alleged Corrective Disclosure to the competition from programmatic ads.[195]

- J.P. Morgan (August 8, 2023): J.P. Morgan analysts attributed the Alleged Corrective Disclosure to "[d]igital advertising growth below expectations and friction with DOCS' 'white glove' service."[196]

---

[195] Cain Report, ¶ 111 ("Evercore ISI lowered Doximity's price target from $34 to $24 and remarked that 'investors are likely to remain concerned that programmatic banner ads captured share from' Doximity."). *See also*, Evercore, "From Air Pockets to Launch Delays, Visibility Remains a Challenge," August 8, 2023, p. 1.

[196] J.P. Morgan, "Doximity 1Q24 Beat and Lower on Weaker-Than-Expected Upsell Performance," August 8, 2023, p. 1 ("Digital advertising growth below expectations and friction with DOCS' 'white glove' service led to upsell weakness in the quarter & lowered guidance. Citing incremental upsells which fell below prior year levels, DOCS lowered its FY24 guidance. On the call, DOCS attributed this to digital pharma marketing growing half the low teens rate originally expected this year as pharma has grown cautious in budgeting moving out of the pandemic. Further, DOCS cited share loss due to friction in DOCS' "white glove" approach to marketing, which includes in-

- Truist Securities (August 8, 2023): Truist Securities analysts attributed the Alleged Corrective Disclosure to other reasons including lower expectations on new business, lower volume of renewals, slower growth in digital pharma marketing spending, shifted preference to self-service platforms, macro environment, and competition from programmatic banner ads.[197]

- Bank of America (August 9, 2023): Bank of America analysts attributed the Alleged Corrective Disclosure to reasons including slower growth in digital pharma marketing spending, competition from programmatic banner ads, post-COVID upsell weakness due to macro and operational inefficiencies, lower expectations on new business, and lower volume of renewals.[198]

- Guggenheim Securities (August 9, 2023): Guggenheim Securities analysts downgraded Doximity's rating "on the heels of another disappointing guide" and attributed the Alleged Corrective Disclosure to "lower than expected market growth" and "competitive dynamics shifting."[199]

- Needham & Company (August 9, 2023): Needham & Company analysts downgraded Doximity's rating "after the company reported mixed 1Q financial results with good revenue and EPS upside but the macro and small shifts in customer marketing

---

person meetings, legal reviews, and reports. According to management, banner ad companies have taken share as they offer a self-service platform to monitor results, set budgets, and ad spend.").

[197] Truist Securities, "FY1Q24 Revs In-Line, EBITDA Ahead; FY24 Guidance Cut to Reflect Softer than Expected Upsells," August 8, 2023, p. 1 ("However, the company cut its FY24 revenue and EBITDA outlook due to materially underperforming midyear upsells, lower expectations on new business, and lower renewal volume expansion. […] DOCS attributes the guidance cut to materially underperforming midyear upsells, lower expectations on new business, and lower renewal volume expansions; in order of magnitude. […] Slower digital marketing growth rates and shift to self serve platform preferences has caused upsell growth to decline even more than expected as a percentage of revenue and in absolute terms. […] According to the company, upfront and upsell seasonal growth rates were historically highly correlated, but upsell growth rate fell short this year in June and July. DOCS attributes this to slowed pharma shift to digital, pharma budgetary caution, and newfound client desire for more self-service modules and less of DOCS' full service, white glove sales model."); p. 2 ("Further, as it relates to the cautionary macro, DOCS notes that while it continues to aim for MSD price increases each year on its pharma client contracts, it will see less price increases this year to be sensitive to the environment. […] While DOCS noted seeing some market share loss to new market entrants who utilize cookies and advertise with banner notifications across a multitude of websites, DOCS believes that its positioning is better LT against stricter privacy rules & regulations and better audience precision on more relevant sites to generate higher ROI.").

[198] Bank of America, "Doximity Inc: More 'Multiple' Questions," August 9, 2023, p. 1 ("The digital advertising market is growing half of the low teens growth rate the company expected at the start of the year and mid-year upsells are weaker than expected, two dynamics we flagged in our 2Q survey."); p. 6 ("Given new entrants in the doctor banner ad markets, don't expert [sic] banner ads to grow this year"); p. 6 ("Post-Covid upsell weakness due to macro and operational inefficiencies"); p. 10 ("In order of magnitude: mid-year upsells was the largest, then net new business, and then volume expansion during the renewal cycle").

[199] Guggenheim Securities, "DOCS: Guidance Miss and Multiple Moving Pieces Move Us to the Sideline; Downgrade to Neutral," August 9, 2023, p. 1.

priorities drove significantly lower bookings leading the company to reduce its revenue growth guidance to ~7% for the balance of the year […].”[200]

90.    I reviewed 50 news articles on Factiva, CNBC, and Seeking Alpha that were published between August 8, 2023, and August 10, 2023.[201] These news articles cited commentary from analysts, which attributed the downward revision of FY24 Guidance to “underperforming midyear upsells,” “lower expectations on new business,” “lower renewal volume expansion,” and “macro and small shifts in customer marketing priorities.”[202]

### ii.    *Other Companies in Related Industries Experienced Similar Guidance Reductions or Layoffs, Indicating the Alleged Corrective Disclosure Was Driven by Industry Movements, Rather Than a Correction of the Alleged 80% Active Member Misstatements*

91.    Consistent with management's explanations for Doximity's downward revision of its FY24 Guidance announced in the Alleged Corrective Disclosure (*see* Section I.B.iii), other companies in related industries also reduced guidance in the months following August 8, 2023 due to similar factors. This supports that the Alleged Corrective Disclosure reflected industry-wide trends, rather than a correction of the Alleged 80% Active Member Misstatements.[203]

---

[200] Needham & Company, “2Q Beats; Marketing Spend Shift Creates Steep Growth Decel; Downgrade to Hold,” August 9, 2023, p. 1.

[201] I follow the same approach discussed in Section III.A to locate the news articles.

[202] The Fly, “Doximity Price Target Lowered to $27 From $36 at Piper Sandler,” August 9, 2023, Factiva (“The company reduced fiscal 2024 revenue guidance citing mid-year upsells, net new business and renewal volume weakness, the analyst tells investors in a research note.”); The Fly, “Doximity Downgraded to Hold at Needham on Mixed Q1 Results,” August 9, 2023, Factiva (“The company reported mixed Q1 results with good revenue and EPS upside, but the macro and small shifts in customer marketing priorities drove significantly lower bookings, the analyst tells investors in a research note.”); The Fly, “Doximity Price Target Lowered to $28 from $33 at Truist,” August 9, 2023, Factiva (“The company cut its FY24 revenue and EBITDA outlook due to materially underperforming midyear upsells, lower expectations on new business, and lower renewal volume expansion, the analyst tells investors in a research note.”).

[203] While Dr. Cain uses his event study to calculate the decline in Doximity's stock price after the Alleged Corrective Disclosure “after controlling for market and industry effects” (Cain Report, ¶ 110), and I conduct a similar event study analysis, this approach only controls for market- and industry-wide price movements on the day of the Alleged Corrective Disclosure. Event study analysis cannot account for market or industry effects that affected Doximity's peers on other dates.

92.    I identified at least five healthcare technology and digital health platform companies that lowered guidance after August 8, 2023. For example, OptimizeRx, a digital health company providing communication solutions for life sciences organizations,[204] reduced its revenue guidance from at least $69 million to the mid-$50 to low-$60 million range, a reduction of approximately 13 percent.[205] Other companies, including IQVIA,[206] Teladoc,[207] Veeva Systems,[208] and GoodRx,[209] also lowered guidance, though more modestly (generally less than 2 percent). My review of the market commentary indicates that analysts and the companies themselves consistently attributed guidance reduction to macroeconomic conditions or reduced

[204] OptimizeRx, "Form 424B5," February 9, 2021, available at https://www.sec.gov/Archives/edgar/data/1448431/000121390021008068/ea135098-424b5_optimizerx.htm, p. S-1.

[205] On May 10, 2023, OptimizeRx issued guidance for fiscal year 2023 net revenue to "increase at least 10% year-over-year," which implied a lower bound of $69 million based on its fiscal year 2022 actual revenue of $62.45 million ($62.45 million * (1+10%)). No upper bound was provided. On August 14, 2023, OptimizeRx reduced the fiscal year 2023 revenue guidance to the "mid-50 to low-60 million" range. Using the midpoint of $60 million, this represents a 13 percent reduction (($60 – $69) ÷ $69 = –13%). *See* OptimizeRx, "OptimizeRx Reports Fourth Quarter and Full Year 2022 Financial Results," March 8, 2023, available at https://investors.optimizerx.com/static-files/8fb32507-113d-4331-a1e8-412d0c2e4405; OptimizeRx, "OptimizeRx Reports First Quarter 2023 Financial Results," May 10, 2023, available at https://investors.optimizerx.com/news-releases/news-release-details/optimizerx-reports-first-quarter-2023-financial-results; OptimizeRx, "OptimizeRx Reports Second Quarter 2023 Financial Results," August 14, 2023, available at https://investors.optimizerx.com/news-releases/news-release-details/optimizerx-reports-second-quarter-2023-financial-results.

[206] IQVIA, "IQVIA Reports Second-Quarter 2023 Results," August 1, 2023, available at https://s201.q4cdn.com/580005511/files/doc_financials/2023/q2/IQVIA-Q2-2023-Earnings-Press-Release-vFinal.pdf; IQVIA, "IQVIA Reports Third-Quarter 2023 Results," November 1, 2023, available at https://s201.q4cdn.com/580005511/files/doc_financials/2023/q3/IQVIA-Q3-2023-Earnings-Press-Release-_-vFinal.pdf.

[207] Teladoc, "Teladoc Health Reports Second Quarter 2023 Results," July 25, 2023, available at https://s21.q4cdn.com/672268105/files/doc_financials/2023/q2/Teladoc-Q2-2023-EPR-Final.pdf; Teladoc, "Teladoc Health Reports Third Quarter 2023 Results," October 24, 2023, available at https://s21.q4cdn.com/672268105/files/doc_financials/2023/q3/TDOC-2023-09-30-EPR-Final.pdf.

[208] Veeva Systems, "Veeva Announces Fiscal 2024 Second Quarter Results," August 30, 2023, available at https://s206.q4cdn.com/200001835/files/doc_financials/2024/q2/VEEV-Q2-24-Earnings-Release-Pending.pdf; Veeva Systems, "Veeva Announces Fiscal 2024 Third Quarter Results," December 6, 2023, available at https://s206.q4cdn.com/200001835/files/doc_financials/2024/q3/VEEV-Q3-24-Earnings-Release.pdf.

[209] GoodRx, "GoodRx Reports Second Quarter 2023 Results," August 9, 2023, available at https://investors.goodrx.com/static-files/a2d91d2c-7d21-4f30-abde-053e39d1e985; GoodRx, "GoodRx Reports Third Quarter 2023 Results," November 9, 2023, available at https://investors.goodrx.com/static-files/2744a37a-8873-4d7b-b179-efcee1adf23e.

pharmaceutical company spending, which is consistent with the factors Doximity identified in its

Alleged Corrective Disclosure. For example:

- William Blair report on OptimizeRx (August 14, 2023): "We are not overly surprised to see the weaker second-quarter performance at OptimizeRx, especially following Doximity's […] disappointing earnings report last week, in which the organization meaningfully reduced guidance due to a combination of lagging year-to-date digital pharma market growth and company-specific go-to-market issues."[210]

- William Blair report on Phreesia (September 12, 2023): "While we believe it is possible Phreesia can sell additional commitments for the rest of the year, we acknowledge there is incremental uncertainty to the near-term life sciences industry outlook given macro headwinds that negatively weighed on sales growth for several companies in the digital pharma marketing space, including Doximity […] and OptimizeRx […] Thus, we decided to take a more conservative modeling stance to this line item."[211]

- Evercore report on IQVIA (November 1, 2023): "Today brought a reset of expectations given the slowdown shorter-cycle pharma spending. TAS growth is slowing, and we now have it down (MSD) in 4Q and flat in 2024, which seems potentially conservative enough at this point, but is something that we will monitor going forward."[212]

- Barclays report on Veeva Systems (February 23, 2024): "VEEV has also absorbed the macro impacts into FY25 numbers with a $50M cut to the preliminary FY25 guide."[213]

93.    The above market commentary shows that Doximity was not an outlier. To the

contrary, William Blair explicitly referenced Doximity's FY24 Guidance revision when

discussing two peers, treating it as an illustration of the industry-wide trend.[214] The fact that

---

[210] William Blair, "[OptimizeRx Corporation] First Look at Second-Quarter Results; Digital Marketing Headwinds Continue to Impact Near-Term Growth Outlook," August 14, 2023, p. 1.

[211] William Blair, "[Phreesia, Inc.] Analyzing the Ramp-up to $500 Million; the Target Is Unchanged, but Skepticism Has Risen," September 12, 2023, p. 6.

[212] Evercore, "[IQVIA Holdings Inc] Notes From The Top – Slower Pharma Spend 'T'Akes 'A'Way 'S'Omething From St Growth Outlook," November 1, 2023, p. 1.

[213] Barclays, "[Veeva Systems Inc.] Derisked 4Q Guide, Stabilizing Backdrop, Modeling 13% Billings Growth in FY25; Multiple Still Has Room," February 23, 2024, p. 2.

[214] William Blair, "[Phreesia, Inc.] Analyzing the Ramp-up to $500 Million; the Target Is Unchanged, but Skepticism Has Risen," September 12, 2023, p. 6 ("While we believe it is possible Phreesia can sell additional

multiple companies reduced guidance at different points following the Alleged Corrective Disclosure due to evolving market conditions shows that the Alleged Disclosure was not a correction of the Alleged 80% Active Member Misstatements.

94.     Similar to downward revisions of guidance, layoffs were a broader industry-wide trend. In August 2023, information technology companies laid off more than 10,000 employees, affecting up to 50 percent of employees at some companies.[215] The total number of employees laid off in the information technology industry within a year after August 2023 exceeded 147,000.[216] These widespread layoffs similarly indicate that the layoffs announced by Doximity on August 8, 2023 were caused by industry-wide factors rather than Doximity-specific factors, such as the alleged correction of the Alleged 80% Active Member Misstatements.

## C.    The Evidence Cited by Plaintiffs and Dr. Cain Did Not Connect the Alleged Corrective Disclosure to the Alleged 80% Active Member Misstatements

95.     As described in Section IV.B, market commentary connected the Alleged Corrective Disclosure to factors unrelated to the Alleged 80% Active Member Misstatements, such as slower growth in digital pharma spending and competition with programmatic banner

commitments for the rest of the year, we acknowledge there is incremental uncertainty to the near-term life sciences industry outlook given macro headwinds that negatively weighed on sales growth for several companies in the digital pharma marketing space, including Doximity […] and OptimizeRx […] Thus, we decided to take a more conservative modeling stance to this line item.").

[215] TechCrunch, "A Comprehensive Archive of 2023 Tech Layoffs," May 1, 2024, available at https://techcrunch.com/2024/05/01/a-comprehensive-archive-of-2023-tech-layoffs/ ("August: 10,178 employees laid off […] Mobile Premier League [a]nnounced on August 8 that it is laying off approximately 50% of its employees or 350 people.").

[216] TechCrunch, "A Comprehensive Archive of 2023 Tech Layoffs," May 1, 2024, available at https://techcrunch.com/2024/05/01/a-comprehensive-archive-of-2023-tech-layoffs/ ("August: 10,178 employees laid off […] September: 4,707 employees laid off […] October: 8,373 employees laid off […] November: 6,956 employees laid off […] December: 7,189 employees laid off"). *See also*, TechCrunch, "A Comprehensive Archive of 2024 Tech Layoffs," December 31, 2024, available at https://techcrunch.com/2024/12/31/a-comprehensive-archive-of-2024-tech-layoffs/ ("July 2024: 9,051 employees laid off […] June 2024: 10,083 employees laid off […] May 2024: 11,011 employees laid off […] April 2024: 22,423 employees laid off […] March 2024: 7,403 employees laid off […] February 2024: 15,639 employees laid off […] January 2024: 34,107 employees laid off.").

64

ads. Plaintiffs and Dr. Cain ignore this market commentary and cite evidence, which, as I show in this section, did not connect the Alleged Corrective Disclosure to the Alleged 80% Active Member Misstatements.

### i.    Analyst Reports Cited by Dr. Cain Did Not Connect the Alleged Corrective Disclosure to the Alleged 80% Active Member Misstatements

96.    Dr. Cain cites 11 analyst reports issued by nine equity analysts when discussing the Alleged Corrective Disclosure to conclude that analysts "expressed skepticism about Doximity's stated explanations [for the downward revision of the FY24 Guidance]."[217] His conclusions are misplaced, and his own evidence indicates that analysts did not connect the Alleged Corrective Disclosure to the Alleged 80% Active Member Misstatements.

97.    While Dr. Cain notes that analysts either removed or lowered their target prices,[218] a reduction in target price alone does not establish that the Alleged Corrective Disclosure corrected the Alleged 80% Active Member Misstatements. Academic research shows that analysts often change forecasts when companies revise guidance in their earnings announcements,[219] and those forecasts form the basis for target prices.[220] Furthermore, it has

---

[217] Cain Report, ¶ 111.

[218] Cain Report, ¶ 111.

[219] Hsu, Charles and Rencheng Wang, "Bundled Earnings Guidance and Analysts' Forecast Revisions," *Contemporary Accounting Research*, Vol. 38, No. 4, 2021, pp. 3146-3181, at p. 3146 ("Bundling managerial earnings guidance with quarterly earnings announcements (EAs) has become an increasingly common practice. […] Our findings indicate that analysts respond more to bundled guidance than non-bundled guidance. […] We further find that analysts revise their forecasts more quickly following bundled guidance than non-bundled guidance.").

[220] Da, Zhi, *et al.*, "What Drives Target Price Forecasts and Their Investment Value?," *Journal of Business Finance & Accounting*, Vol. 43, No. 3-4, 2016, p. 487-510 ("Decomposing target price forecasts into near-term earnings forecasts and price-to-earnings ratio forecasts, we show that target price revisions reflect information from both components."). *See also*, Seeking Alpha, "Price Target: What It Is & How It's Set," June 21, 2022, available at https://seekingalpha.com/article/4446055-stock-price-target ("[Target price] represents the expert opinion about the future, supported by currently available information. […] Analyst price targets are usually data driven, based on carefully constructed forecasts and valuation multiples.").

been observed that analysts' target prices tend to follow stock price movements rather than lead them.[221] Thus, the fact that analysts revised their target prices following the Alleged Corrective Disclosure is consistent with an established practice of updating models after revised guidance and stock price moves, not evidence of a correction of any prior statement.

98.    Dr. Cain only provided rationales for the target price reduction for three analysts, Evercore, Wells Fargo Securities LLC ("Wells Fargo"), and Morgan Stanley, and offered no explanations for the other analysts. As I show below, the referenced rationales did not connect the Alleged Corrective Disclosure to the Alleged 80% Active Member Misstatements.

99.    For Evercore, the explanation quoted by Dr. Cain for the target price reduction states that "investors are likely to remain concerned that programmatic banner ads captured share from [Doximity]."[222] That is, Evercore explained its target price cut by pointing to an external factor (*i.e.*, the competitive pressure from programmatic banner ads), rather than referencing the 80% Figure, Doximity's level of active members, or the percentage of physicians "using" the platform.[223]

100.    For Wells Fargo, Dr. Cain points to Wells Fargo's statement that it did not "completely buy into the explanation [for] the large miss to upsell expectations," and that it found evidence suggesting "Doximity's ROI [Return on Investment] isn't materially

---

[221] *See*, *e.g.*, Seeking Alpha, "Price Target: What It Is & How It's Set," June 21, 2022, available at https://seekingalpha.com/article/4446055-stock-price-target ("Price targets are often lagging indicators of stock price movements, as opposed to leading indicators of where they will go. For example, analysts could have price targets mostly around the $100 level, but if the stock rises to $400, those price targets will often follow the stock higher. Observers speculate that professional analysts are reluctant to hold price targets that look out of touch with reality.").

[222] Cain Report, ¶ 111.

[223] Cain Report, ¶ 111.

66

superior."[224] Wells Fargo, however, did not link this ROI-related skepticism to the 80% Figure, Doximity's level of active members, or the percentage of physicians "using" the platform.[225] Instead, Wells Fargo questioned "[i]f the high-touch sales approach worked at the start of the year, it is odd that ad agencies would recommend moving away from a highly performing ad buy merely because there is friction in the work to make the ad buy happen."[226] The Wells Fargo analysts further added, "[i]f Doximity's ROI is high, and ad dollars still moved to lower friction platforms, it may suggest Doximity's ROI isn't materially superior."[227] Wells Fargo analysts did not mention the 80% Figure in the report.

101.    For Morgan Stanley, Dr. Cain failed to account for the full context of the cited report. Dr. Cain quotes Morgan Stanley's reference to "slowing growth in [Doximity's] installed base and user engagement."[228] This quote, however, was about growth being "slower" as opposed to the level of active users. Morgan Stanley did not mention the 80% Figure and also stated that "Doximity does not disclose metrics like monthly active users (MAUs)," suggesting

---

[224] Cain Report, ¶ 111, quoting Wells Fargo Securities LLC, "DOCS: F2024 Guidance Cut -10% on F1Q Beat; Shares -25% AH; Strategic Pivots May Help, But Reiterated L-T Guide in Doubt," August 9, 2023, p. 1.

[225] While Plaintiffs imply that a lower ROI level could be associated with a low user engagement level, they make no connection between ROI and the Alleged 80% Active Member Misstatements. Complaint, ¶ 85 ("FE 6 confirmed that if providers were not engaging, it would absolutely impact ROI."). In addition, despite the concern, Wells Fargo noted that "Doximity's strong provider targeting ability enables it to generate industry-leading ROI among pharma marketing campaigns." *See* Wells Fargo Securities LLC, "DOCS: F2024 Guidance Cut -10% on F1Q Beat; Shares -25% AH; Strategic Pivots May Help, But Reiterated L-T Guide in Doubt," August 9, 2023, p. 3. *See also*, Wells Fargo Securities LLC, "DOCS: Revisiting the Bull/Bear Debate; PT to $25 on Guidance Cut, but Risk/Reward Not There Yet; Maintain Equal Weight," August 10, 2023, p. 3.

[226] Wells Fargo Securities LLC, "DOCS: F2024 Guidance Cut -10% on F1Q Beat; Shares -25% AH; Strategic Pivots May Help, But Reiterated L-T Guide in Doubt," August 9, 2023, p. 1.

[227] Wells Fargo Securities LLC, "DOCS: F2024 Guidance Cut -10% on F1Q Beat; Shares -25% AH; Strategic Pivots May Help, But Reiterated L-T Guide in Doubt," August 9, 2023, p. 1.

[228] Cain Report, ¶ 112.

that it did not view the Alleged Corrective Disclosure as revealing new information on active users.[229]

102.    In addition to the target price revisions discussed above, Dr. Cain relies on one report from Jefferies that was issued before the earnings call.[230] The only quote Dr. Cain provides from this analyst is that "Jefferies called the results 'shockingly short of expectations.'"[231] This quote does not indicate any explanation at all for the results and does not support the contention that market commentators connected the announced results to the Alleged 80% Active Member Misstatements.

103.    In addition, even if one assumed that the downward revision to the FY24 Guidance was related to or corrected the Alleged 80% Active Member Misstatements, the initial FY24 Guidance had only been issued on May 16, 2023,[232] less than three months before the Alleged Corrective Disclosure and nearly two years after the beginning of the Alleged Class Period. Any such connection, even if it existed, would not establish price impact for the duration of the Alleged Class Period.

104.    All of the analyst reports cited by Dr. Cain that are published after the Alleged Corrective Disclosure are included in my review discussed above in Section IV.A.ii. My

---

[229] Morgan Stanley, "Doximity, Inc.: A Closer Look at Implications of Doximity's Pivot in Strategy," September 6, 2023, p. 1.

[230] Cain Report, ¶ 111. *See also*, Jefferies, "With Analyst Day Just Two Mos Ago - Lack of Visibility Is Surprising," August 8, 2023, p. 1 ("With limited details in the release, we will have to wait until the 5:00 call for the details.").

[231] Cain Report, ¶ 111, quoting Jefferies, "With Analyst Day Just Two Mos Ago - Lack of Visibility Is Surprising," August 8, 2023.

[232] Doximity, "Doximity Announces Fourth Quarter and Fiscal Year 2023 Financial Results and New Senior Leadership Hires," May 16, 2023, available at https://investors.doximity.com/news/news-details/2023/Doximity-Announces-Fourth-Quarter-and-Fiscal-Year-2023-Financial-Results-and-New-Senior-Leadership-Hires.

conclusions regarding those reports are the same: none treated the Alleged Corrective Disclosure as correcting the Alleged 80% Active Member Misstatements.

### ii. Additional Commentary Cited by Plaintiffs and Dr. Cain Did Not Connect the Alleged Corrective Disclosure to the Alleged 80% Active Member Misstatements

105.    The additional commentary cited by Plaintiffs and Dr. Cain does not provide convincing evidence that market participants linked the Alleged Corrective Disclosure to the Alleged 80% Active Member Misstatements.

106.    Plaintiffs cite a report published by Jehoshaphat Research (the "Jehoshaphat Report"), which is also referenced by Dr. Cain,[233] as evidence that analysts reacted to the Alleged Corrective Disclosure and connected it to the Alleged 80% Active Member Misstatements.[234] In the report, Jehoshaphat Research disclosed that it held a short position in Doximity's stock.[235] While Plaintiffs allege that the Jehoshaphat Report contains claims that "undermined" the Alleged 80% Active Member Misstatements,[236] there are several reasons why it is irrelevant to any analysis of "back-end" price impact.

---

[233] Cain Report, ¶ 114. While Dr. Cain cited the Jehoshaphat Report in his discussion, he did not conclude that it provided evidence connecting the Alleged Corrective Disclosure to the Alleged 80% Active Member Misstatements. Instead, he referenced the report only for its claim that user engagement was declining.

[234] Complaint, ¶¶ 96-100 ("Over the next weeks, additional securities analysts confirmed the true reason why Doximity slashed its revenue guidance and was unable to complete upsells. On April 1, 2024, an analyst at the research firm Jehoshaphat issued a scathing 57-page report following an in-depth review of Doximity […] The Jehoshaphat Report's findings further undermined Doximity's Class Period representation that 80% of U.S. physicians were 'active members' of the platform. As the Jehoshaphat Report explained, '[a]sk around (as we have), and we're confident that you'll find a great number of doctors who 'have' Doximity profiles but don't engage with the platform in any meaningful way.' The Jehoshaphat Report found that Doximity's 'active members' were not active at all. […] Because of these and other 'fundamental issues' at Doximity, Jehoshaphat explained, the Company's 'underlying sales' were also 'declining at a negative -3-6% rate.'").

[235] Jehoshaphat Research, "A Shrinking Business That Looks Like It's Growing," April 1, 2024, available at https://jehoshaphatresearch.com/wp-content/uploads/2024/04/DOCS-Opinion-Jehoshaphat-Research-April-2024.pdf, p. 1 ("Jehoshaphat Report") ("We are short Doximity.").

[236] Complaint, ¶ 97 ("The Jehoshaphat Report's findings further undermined Doximity's Class Period representation that 80% of U.S. physicians were 'active members' of the platform.").

107.    First, the Jehoshaphat Report was published on April 1, 2024, nearly eight months after the Alleged Corrective Disclosure. As such, it cannot represent how the market incorporated information into Doximity's stock price at the time of the Alleged Corrective Disclosure. Instead, it represents Jehoshaphat Research's own later-developed views. Dr. Cain himself concluded that: "[t]he market for Doximity's Common Stock was efficient throughout the Class Period," which means that "the market price of securities begins to respond quickly to publicly available information."[237] Dr. Cain's event study focused on returns on the same day of Doximity's announcement (or the next day if the announcement was made after market close).[238] Plaintiffs' claim that the April 2024 Jehoshaphat Report "undermined Doximity's Class Period representation that 80% of U.S. physicians were 'active members' of the platform"[239] cannot be reconciled with Plaintiffs' allegation that the alleged misrepresentation had already been corrected in August 2023, eight months before.

108.    Second, the Jehoshaphat Report only mentions "active" users when specifically pointing out that Doximity does not disclose monthly active users and only mentions the 80% Figure as representing "doctors in the US signed up on [Doximity's] network."[240] The Jehoshaphat Report does not refer to the 80% Figure as physicians "using" the platform. In addition, market commentary following the Jehoshaphat Report did not react to the Alleged Corrective Disclosure and did not mention the 80% Figure, Doximity's level of active members, or the percentage of physicians "using" the platform. I review 17 analyst reports published

---

[237] Cain Report, ¶¶ 3, 22.

[238] Cain Report, Exhibit 6.

[239] Complaint, ¶ 97.

[240] Jehoshaphat Report, p. 40 ("We'll point out that Doximity's choice not to disclose MAUs may simply be due to the fact that it claims to have 80% of the doctors in the US signed up on its network, and the company wants investors to focus on that metric instead.").

within a month of the Jehoshaphat Report and 13 news articles published within two days of the Jehoshaphat Report, obtained from the same sources I described in Section III.A. These analyst reports or news articles either did not mention the Jehoshaphat Report at all,[241] mentioned it in the context of law firm investigations,[242] or focused on items in the Jehoshaphat Report that were unrelated to the Alleged 80% Active Member Misstatements.[243]

109.    The Complaint also references comments made by Dr. Tarang Patel in order to argue that market commentators questioned Doximity's representations shortly after the Alleged Corrective Disclosure on August 8, 2023.[244] Dr. Cain also cites this commentary by Dr. Patel and connects it to the Alleged Corrective Disclosure.[245] Dr. Patel, however, is not a securities analyst and does not have a professional background in finance, which undermines the credibility of his podcast and commentary as representing market views.[246] Posts and replies on X cited by the Complaint and Dr. Cain are not investment research or investor-facing analysis. Unlike analyst reports, the social media interactions cited by Complaint and Dr. Cain did not use verified information and contain no comprehensive analysis to support Dr. Patel's purported conclusion.[247]

---

[241] *See*, *e.g.*, Morgan Stanley, "Latest Checks Point to Tepid Growth," April 23, 2024.

[242] *See*, *e.g.*, GlobeNewswire, "Shareholder Alert: Doximity Investigated by Block & Leviton For Potential Securities Law Violations; Investors Who Have Lost Money Are Encouraged to Contact the Firm," April 1, 2024, Factiva.

[243] *See*, *e.g.*, Evercore, "Re Today's Short Report," April 1, 2024, pp. 1-2.

[244] Complaint, ¶ 95.

[245] Cain Report, ¶ 113.

[246] On his website, Dr. Patel writes: "Ever since college, I have been interested in finance, though I really just dabbled in the stock market. In the last 5 years, I have really spent a lot of time trying to understand personal finance and am continually amazed by how few of my colleagues do." Dr. Money Matters, "Welcome," January 11, 2017, available at https://www.doctormoneymatters.com/welcome/.

[247] According to FINRA, for "Content and Disclosure in Research Reports," "[a] member must establish, maintain and enforce written policies and procedures reasonably designed to ensure that… purported facts in its research

110.    Though the Complaint and Dr. Cain cite a blog and podcast run by Dr. Patel, the specific comments referenced are from Dr. Patel's X account, responding to *positive* commentary from another X user, who wrote that Doximity "is a beast of a company" and that "4/5 US physicians use it."[248] In response, Dr. Patel wrote: "How many of you physicians use @doximity? I've never heard any colleagues say they use it. 4/5 docs use it? Hard to believe."[249] Neither the original thread nor Dr. Patel's response make any reference to "active" members or the Alleged Corrective Disclosure.[250]

**Figure 2: Dr. Patel's Reply On X and Underlying Post**



---

reports are based on reliable information; and… any recommendation… has a reasonable basis and is accompanied by a clear explanation of any valuation method used and a fair presentation of the risks." *See* FINRA, "2241. Research Analysts and Research Reports," available at https://www.finra.org/rules-guidance/rulebooks/finra-rules/2241.

[248] X post by @Codie_Sanchez, August 9, 2023, available at https://x.com/codie_sanchez/status/1689268802335166464.

[249] X post by @drmoneymatters, August 11, 2023, available at https://x.com/drmoneymatters/status/1689896246277001216. *See also* Complaint, ¶ 95.

[250] X post by @Codie_Sanchez, August 9, 2023, available at https://x.com/codie_sanchez/status/1689268802335166464. While Dr. Patel references the 80% Figure as physicians "using" the platform, as I discussed in Section III.C.i, such market commentary lacks sufficient detail to distinguish whether it reflected the SEC 80% Member Statement or the Alleged 80% Active Member Misstatements.

111.    In addition, the Complaint claims that Dr. Patel conducted his own "outreach to doctors" to support his conclusions that 80% of doctors were not active members on Doximity.[251] It is not clear how this so-called outreach was conducted or how representative it is, but it appears to be at least partly based upon comments in response to Dr. Patel's original X post and consist of anecdotal evidence from a handful of X users who are not verified to be doctors and appear to not understand what being an active user entails.[252] Dr. Patel's thread on X does not serve as convincing evidence that analysts or investors tied the Alleged Corrective Disclosure to the Alleged 80% Active Member Misstatements.

_____

Date: September 26, 2025

---

[251] Complaint, ¶ 95.

[252] For example, one reply cited in Dr. Cain's report stated: "I log in 1x a month? so technically I'm a user?". *See* Cain Report, ¶ 113. *See also,* Replies to an X post by @drmoneymatters, August 11, 2023, available at https://x.com/drmoneymatters/status/1689896246277001216.

73

**Exhibit 1: References to the 80% Figure in Analyst Reports**
*Before and After the Alleged Corrective Disclosure*

| No. | Contributor | After the Alleged Corrective Disclosure | | Before the Alleged Corrective Disclosure | |
| | | Date | Quote | Date | Quote |
|---|---|---|---|---|---|
| [1] | Baird | 8/8/2023 | "Doximity (DOCS) is a leading digital platform for US medical professionals. The company's network has over 1.8M US medical professionals in the US, including 80% of the country's physicians." | 11/16/2021, 1/18/2022, 5/17/2022, 6/29/2022, 8/4/2022, 11/10/2022, 2/9/2023, 2/12/2023, 5/16/2023 | "Doximity (DOCS) is a leading digital platform for US medical professionals. The company's network has over 1.8M US medical professionals in the US, including 80% of the country's physicians." |
| [2]-[3] | Raymond James & Associates | 8/8/2023 4:40 PM ET<br><br>8/8/2023 10:36 PM ET | "Doximity has built a membership network of 1.8+ million medical professionals, including 80%+ physicians in the U.S."<br><br>"Doximity has built a membership network of 1.8+ million medical professionals, including 80%+ physicians in the U.S."<br><br>"We're cognizant that Doximity's moat (80%+ of U.S. physicians on the platform) and margin profile remain structurally sound bull tenets, and we don't see any changes to those in light of the F2Q developments." | 7/19/2021, 8/10/2021, 11/9/2021, 2/8/2022, 5/17/2022, 8/4/2022, 9/26/2022, 11/10/2022, 2/9/2023, 2/10/2023, 5/16/2023, 6/6/2023 | "Doximity has built a membership network of 1.8+ million medical professionals, including 80%+ physicians in the U.S."<br><br>"To be clear, with 80% of U.S. physicians and 90% of new medical school grads on the platform, Doximity already has a dominant presence with U.S. HCPs." |
| [4] | Truist Securities | 8/8/2023 | "Doximity Inc (DOCS) operates a leading US medical professional network with over 2 mln verified members, including 80% of US doctors, 50% of all nurse practitioners (NPs) and physician assistants (PAs), and over 90% of graduating US medical students." | 9/6/2022, 11/16/2022, 2/6/2023, 2/9/2023, 5/16/2023, 6/2/2023, 6/6/2023 | "Doximity Inc (DOCS) operates a leading US medical professional network with over 2 mln verified members, including 80% of US doctors, 50% of all nurse practitioners (NPs) and physician assistants (PAs), and over 90% of graduating US medical students." |
| [5] | William Blair | 8/8/2023 | "The Doximity platform is used by roughly 80% of all U.S. physicians and 90% of all U.S. medical residents." | 7/19/2021, 8/11/2021, 11/9/2021, 2/8/2022, 5/18/2022, 7/12/2022, 8/4/2022, 11/10/2022, 2/9/2023, 5/17/2023, 7/18/2023 | "The Doximity platform is used by roughly 80% of all U.S. physicians and 90% of all U.S. medical residents." |
| [6] | BTIG | 8/9/2023 | "DOCS' value stems from its vast medical professional network with over ~2M+ medical professionals, which includes 80%+ of U.S. physicians, 50%+ of NPs and PAs, and 90%+ of graduating medical students."<br><br>"DOCS core platform has the largest medical professional network in the country with over ~2M+ medical professionals, which includes more than ~80%+ of physicians in the U.S. in every medical specialty and over ~90%+ of graduating U.S medical students, as well as ~50% of U.S. NPs and physician assistants (PAs)." | 10/13/2022, 11/11/2022, 2/9/2023, 5/16/2023, 6/7/2023 | "DOCS' value stems from its vast medical professional network with over ~2M+ medical professionals, which includes 80%+ of U.S. physicians, 50%+ of NPs and PAs, and 90%+ of graduating medical students."<br><br>"DOCS core platform has the largest medical professional network in the country with over ~2M+ medical professionals, which includes more than ~80%+ of physicians in the U.S. in every medical specialty and over ~90%+ of graduating U.S medical students, as well as ~50% of U.S. NPs and physician assistants (PAs)." |

Note:

[1] The "After the Alleged Corrective Disclosure" column includes analyst reports published within one month of the Alleged Corrective Disclosure that mentioned the 80% Figure. For the "Before the Alleged Corrective Disclosure" column, I include examples of quotes using the same or similar descriptions from the same contributor in the 356 analyst reports published during the Alleged Class Period.

September 2025

**Appendix A**

# Yael V. Hochberg, Ph.D.

Jones School of Management
Rice University
6100 Main Street
MS-531
Houston, TX 77005

Web:    http://yael-hochberg.com
Voice:   (312) 650-9235
Email:   hochberg@rice.edu
        hochberg@mit.edu
Twitter: @yaelhochberg

### ACADEMIC APPOINTMENTS

Rice University—Jones Graduate School of Business                    July 2014 – present
    Ralph S. O'Connor Professor of Entrepreneurship and
    Professor of Finance (prev. Associate Prof.)
    Head, Rice University Entrepreneurship Initiative and
    Liu Idea Lab for Innovation and Entrepreneurship
    Baker Institute Rice Faculty Scholar

University of Chicago—Booth School of Business                    July 2017 – July 2018
    Visiting Professor of Entrepreneurship

Massachusetts Institute of Technology                    September 2016 – present
    Research Affiliate/Visiting Scholar, Innovation Initiative

Massachusetts Institute of Technology—Sloan School of Management                    July 2014 – August 2016
    Research Affiliate, Behavioral and Policy Sciences

Massachusetts Institute of Technology—Sloan School of Management                    September 2013 – June 2014
    Visiting Associate Professor of Finance

Northwestern University—Kellogg Graduate School of Management                    July 2005 – August 2013
    Assistant Professor of Finance

    Visiting Professor of Finance                    Winter 2017 – present

Cornell University—Johnson Graduate School of Management                    July 2003 – December 2005
    Assistant Professor of Finance and Entrepreneurship

### OTHER APPOINTMENTS

National Bureau of Economic Research (NBER)                    April 2010 – present
    Research Associate (previously Faculty Research Fellow)

European Corporate Governance Institute (ECGI)                    February 2025 – present
    Research Member (appointed)

Seed Accelerator Ranking Project                    Spring 2012 – present
    Managing Director

Journal of Empirical Finance                    Spring 2016 – 2022
    Associate Editor

Journal of Banking and Finance                    Spring 2016 – 2023
    Associate Editor

University of North Carolina and Duke University                    Fall 2019 – Fall 2021
    Keohane Distinguished Visiting Professor in Entrepreneurship

Review of Finance                                                                          Summer 2010 – 2014
    Associate Editor

Batten Institute (UVA-Darden)                                                    July 2013 – June 2014
    Batten Fellow (for study and ranking of seed accelerators)

Beyster Fellowship Program (Rutgers SLMR and FED)                 July 2013 – June 2014
    Fidelity Fellow (for equity compensation research)

Beyster Fellowship Program (Rutgers SLMR and FED)                 July 2011 – June 2012
    Beyster Fellow (for equity compensation research)

## EDUCATION

Stanford University Graduate School of Business, Stanford, CA
*Ph.D. in Business Administration (Finance)*, 2003

Stanford University, Stanford, CA
*M.A. in Economics*, 2000

Technion—Israel Institute of Technology, Haifa, Israel
*B.Sc. in Industrial Engineering and Management*, 1997, *summa cum laude*

## AWARDS AND ACADEMIC DISTINCTIONS

Ewing Marion Kauffman Prize Medal for Distinguished Research in Entrepreneurship, 2016.

Poets and Quants 40 under 40 Best Business School Professors, 2015.

Rice Scholar, Baker Institute for Public Policy, Rice University, 2015-present.

Emerald Citation of Excellence, 2014 (for *Whom You Know Matters: Venture Capital Networks and Investment Performance*), for proven impact since publication.

Emerald Citation of Excellence, 2011 (for *Whom You Know Matters: Venture Capital Networks and Investment Performance*), for proven impact since publication.

Top cited paper in the *Journal of Finance* (for *Whom You Know Matters: Venture Capital Networks and Investment Performance*) as reported by Journal of Finance/Wiley-Blackwell in 2009.

Argentum Prize for Best Symposium Paper on Private Equity, European Financial Association Annual Meetings (for *Informational Hold-up and Performance Persistence in Venture Capital)* 2009.

## PUBLICATIONS

[1] *Whom You Know Matters: Venture Capital Networks and Investment Performance,* 2007 (with Alexander Ljungqvist and Yang Lu), *Journal of Finance*, Vol. 62 No. 1

    -    Winner of Emerald Citation of Excellence award, 2011 and 2014

[2] *Is IPO Underperformance a Peso Problem?,* 2007 (with Andrew Ang and Li Gu), *Journal of Financial and Quantitative Analysis*, Vol. 42 No. 3

[3] *A Lobbying Approach to Evaluating the Sarbanes-Oxley Act of 2002*, 2009 (with Paola Sapienza and Annette Vissing-Jorgensen), *Journal of Accounting Research,* Vol. 47 No. 2

[4] *Networking as a Barrier to Entry and the Competitive Supply of Venture Capital,* 2010 (with Alexander Ljungqvist and Yang Lu), *Journal of Finance*, Vol. 65 No. 3

[5] *Incentives, Targeting, and Firm Performance: An Analysis of Non-Executive Options*, 2010 (with Laura Lindsey), *Review of Financial Studies,* Vol. 23 No. 11

    -    Financial Services Exchange Grant Recipient, Searle Grant Recipient

[6] *Venture Capital and Corporate Governance in the Newly Public Firm*, 2012, *Review of Finance*, Vol. 16 No. 2

[7]  *Local Overweighting and Underperformance: Evidence from Limited Partner Private Equity Investments*, 2013 (with Joshua Rauh), *Review of Financial Studies*, Vol. 26 No. 2

[8]  *Informational Hold-up and Performance Persistence in Venture Capital*, 2014 (with Alexander Ljungqvist and Annette Vissing-Jorgensen), *Review of Financial Studies*, Vol. 27 No. 1

- Argentum Prize for Best Paper in Private Equity, European Financial Association 2009

[9]  *Resource Accumulation through Economic Ties: Evidence from Venture Capital*, 2015 (with Laura Lindsey and Mark Westerfield), *Journal of Financial Economics,* Vol. 118 No. 2.

[10] *Specialization and Competition in the Venture Capital Industry*, 2015 (with Michael Mazzeo and Ryan McDevitt), *Review of Industrial Organization,* Vol. 46 No. 4.

[11] *Accelerating Entrepreneurs and Ecosystems: The Seed Accelerator Model*, 2015. *Innovation Policy and the Economy*, Vol. 16 No.1. Solicited.

[12] *Accelerators and Ecosystems*, 2015 (with Daniel Fehder), *Science,* Vol 348 #6240. Solicited.

[13] *Intangible but Bankable*, 2015 (with Carlos Serrano and Rosemarie Zeidonis), *Science*, Vol. 348 #6240. Solicited.

[14] *Market Timing and Investment Selection: Evidence from Real Estate Investors,* 2016 (with Tobias Muhlhofer), *Journal of Financial and Quantitative Analysis,* Vol. 52 #6.

- Real Estate Research Institute 2010 Grant Recipient

[15] *Patent Collateral, Investor Commitment, and the Market for Venture Lending*, 2018 (with Carlos Serrano and Rosemarie Ziedonis), *Journal of Financial Economics,* Vol. 130 #1*.*

- NBER Innovation Policy Grant Recipient

[16] *Political Representation and Governance: Evidence from the Investment Decisions of Public Pension Funds,* 2018 (with Aleksander Andonov and Joshua Rauh), *Journal of Finance* vol. 73 #5.

- ICPM Grant Recipient

[17] *The Design and Evaluation of Startup Accelerators*, 2019 (with Susan Cohen, Dan Fehder and Fiona Murray), *Research Policy* vol. 48 #7.

- National Science Foundation SciSIP Grant Recipient (~$450K)

- Kauffman Foundation Grant Recipient ($20K)

[18] *Civic Capital and Social Distancing during the Covid-19 Pandemic*, 2020 (with John Barrios, Efraim Benmelech, Paola Sapienza and Luigi Zingales), *Journal of Public Economics* vol. 193 #4*.*

[19] *Risk Perceptions and Politics: Evidence from the COVID-19 Pandemic*, 2020 (with John Barrios), *Journal of Financial Economics* vol. 142 #2*.*

[20] *Launching with a Parachute: The Gig Economy and Entrepreneurial Entry*, 2022 (with John Barrios and Hanyi Livia Yi), *Journal of Financial Economics Volume 144, Issue 1.*

[21] *The Rise of Dual Class Stock IPOs*, 2022 (with Ofer Eldar and Lubomir Litov), *Journal of Financial Economics,* vol. 144 #1.

[22] *Should Defined Contribution Plans Include Private Equity Investments?* 2022 (with Gregory Brown, Keith Crouch, Andra Ghent, Robert Harris, Tim Jenkinson, Steven Kaplan, Richard Maxwell and David Robinson), *Financial Analysts Journal 78(4).*

[23] *The Cost of Convenience: Ridehailing and Traffic Fatalities*, 2023 (with John Barrios and Hanyi Livia Yi), *Journal of Operations Management 69 (5).*

[24] *The Virtuous Cycle of Innovation and Capital Flows,* 2024 (with Daniel Fehder and Naomi Hausman), *Journal of Financial Economics,* forthcoming.

- Binational Science Foundation Grant recipient ($120K)

[25] *Can Accelerators Accelerate Local High-Growth Entrepreneurship? Evidence from Venture-Backed Startups*, 2024 (with Daniel Fehder), conditionally accepted, Strategic Management Journal

- National Science Foundation SciSIP Grant Recipient (~$450K)

- Kauffman Foundation Grant Recipient ($20K)

[26] *Innovation-Driven Entrepreneurship*, 2025 (with Tristan Botelho and Daniel Fehder), forthcoming, *Journal of Economic Literature*

**WORKING PAPERS**

[27] *Informing Entrepreneurs: Public Corporate Disclosure and New Business Formation*, 2024 (with John Barrios, Jung Ho Choi, Jinhwan Kim and Miao Liu)

- Revise and Resubmit (4th round), *Journal of Accounting Research*

[28] *Learning When to Quit: A Field Experiment with Innovation-Driven Startups,* 2024 (with Esther Bailey, Daniel Fehder, Eric Floyd and Daniel Lee)

- Kauffman Foundation grant recipient ($1.5M)
- Revise and Resubmit, *Journal of Financial Economics*

[29] *Are Patents with Female Inventors Under-Cited? Evidence from Text Estimation*, 2024 (with Ali Kakhbod, Peiyao Li and Kunal Sachdeva)

- Revise and Resubmit, *Journal of Financial Economics*

[30] *Hustling from Home: Work from Home Flexibility and Entrepreneurial Entry*, 2024 (with John Barrios and Hanyi Livia Yi)

[31] *Rugged Entrepreneurs: Individualism and the Geographic Distribution of New Business Formation*, 2024 (with John Barrios and Danielle Macciocchi)

[32] *Something in the Water? Persistence in the Geographic Distribution of Entrepreneurial and Innovative Activities*, 2022 (with John Barrios and Danielle Macciocchi)

[33] *University Research, Technology Commercialization, and Location, 2022* (with Daniel Fehder, Naomi Hausman, and Daniel Lee)

[34] *Taxing Carried Interest as Ordinary Income and the Potential Impact on New Venture Fund Formation*, 2021 (with John Barrios)

[35] *What Resources Garner Managerial Attention in Startups? Evidence from a Randomized Controlled Trial,* 2019 (with Daniel Fehder and Daniel Lee)

- NASA Translational Research Institute for Space Health Grant Recipient (~$152K)

**SELECTED WORK IN PROGRESS**

[36] *The Impact of COVID-19 Crisis on Risk Tolerance for Innovation-Driven Entrepreneurs*, 2020 (with Esther Bailey, Daniel Fehder, Eric Floyd and Daniel Lee)

[37] *Entrepreneurship, Attitudes, and Economic Prosperity: Evidence from an RCT in the Palestinian West Bank* (with Rebecca Dizon-Ross, Daniel Fehder, Eric Floyd, Joshua Krieger, and Daniel Lee)

- Rice Faculty Innovation Fund grant recipient ($50K)

- University of Chicago Polsky Center grant recipient ($20K)

- University of Chicago IGM grant recipient ($40K)

[38] *The Effect of Geographic and Network Frictions on Entrepreneurial Entry: Evidence from a Randomized Controlled Trial* (with Daniel Fehder, Eric Floyd and Daniel Lee)

- Innovation Growth Lab grant recipient (~$90K)

**PERMANENT WORKING PAPERS**

[39] *Accelerating Startups: The Seed Accelerator Phenomenon*, 2014 (with Susan Cohen)

[40] *Capital-Market Competitiveness and Managerial Investment Decisions: Evidence from Commercial Real Estate,* 2014 (with Tobias Muhlhofer)

- Real Estate Research Institute 2012 Grant Recipient

[41] *The Size and Specialization of Direct Investment Portfolios,* 2012 (with Mark Westerfield)

[42] *Information in the Time-Series Dynamics of Earnings Management: Evidence from Insider Trading and Stock Returns*, 2004 (with Yigal Newman and Michael Rierson)

## CITATIONS

Google Scholar citation count as of March 2025: 9448 citations

## TEACHING

Healthcare Innovation and Entrepreneurship, Rice University.

> Experiential learning, year-long team-based course with mixed teams of clinicians, engineering and MBA students, following the Stanford BioDesign curriculum. Teams identify clinical needs, design medical device and digital health solutions, and produce a commercialization and business plan for fundraising.

Energy and Healthcare Entrepreneurship Labs (MBA), Rice University Jones Graduate School of Business.

> Experiential learning course that places MBA students in 2-day-a-week, 14 week internships at startups in the energy and healthcare sectors, respectively.

E-Lab (MBA), Rice University Jones Graduate School of Business.

> Experiential learning course that mentors MBA students through process of working on their own startup companies.

Entrepreneurial Strategy (undergraduate and MBA), Rice University.

> Case-based course on entrepreneurial strategy.

New Enterprises, Rice University

> First course in MBA entrepreneurship sequence: customer discovery, customer Validation, design thinking.

Entrepreneurial Finance and Private Equity (MBA), Booth School of Business, University of Chicago.

> MBA level course focused on the financing of new ventures.

Cases in Venture Investment and Management / Advanced Topics in Venture Investing (MBA), Kellogg School of Management, Northwestern University.

> Cross-disciplinary MBA level case-based course focused on evaluation of venture investment opportunities from the perspective of the investor.

Entrepreneurial Finance and Venture Capital (Executive MBA, MBA), Kellogg School of Management, Northwestern University.

> Executive MBA level course focused on the financing of new ventures, with particular emphasis on the venture capital industry and investment process.

Entrepreneurial Finance (MBA), MIT Sloan School of Management.

> MBA level course focused on the financing of new ventures and private technology companies, with particular focus on the venture capital industry and fundraising/investment process.

Entrepreneurial Financing (Executive Education), MIT Sloan School of Management

> Module on financing options and term sheets for high growth startup companies. Part of the Sloan School's Entrepreneurship Development Program.

Venture Capital (Masters of Finance), The University of Hong Kong

> Graduate level course covering the building blocks of the venture capital and leveraged buyout industries. Emphasis on fundraising, financial contracts, valuation, terminology and organizational structure.

Venture Lab (MBA), Kellogg School of Management, Northwestern University.

> Experiential learning course that places MBA and EMBA students in 2-day-a-week, 10 week internships at venture capital funds, accelerators and incubators, and VC-backed startup companies. Created course.

Venture Capital and Private Equity Investing (MBA), Kellogg School of Management, Northwestern University.

> MBA level course covering the building blocks of the venture capital and leveraged buyout industries. Emphasis on fundraising, financial contracts, valuation, terminology and organizational structure.

Case Studies in Venture Capital Investment and Management (MBA), Johnson School of Management, Cornell University.

> MBA level case-based course focused on evaluation of new venture investment opportunities from the perspective of the investor and entrepreneur. Cases on current and former VC deals are utilized to examine the process by which VCs evaluate and manage their portfolio company investments, with participation of the involved VCs and entrepreneurs.

Venture Capital and Entrepreneurial Finance (MBA), Johnson School of Management, Cornell University.

> MBA level course covering the building blocks of the venture capital industry. Emphasis on fundraising, financial contracts, valuation, terminology and organizational structure.

**VENTURE CAPITAL CASE STUDIES CO-AUTHORED FOR CLASSROOM USE**

| | | | |
|---|---|---|---|
| [1] Adesto | [13] NetHopper | [25] Aria | [38] Quivers |
| [2] Aegis Semi-Conductor | [14] Northshore Specialty Pharmaceuticals | [26] Siemplify | [39] Aerones |
| [3] Aptus | | [27] Stealth Security | [40] Ekamor Resource Corp |
| [4] comScore | [15] OnSite Rx | [28] Podium | |
| [5] Cupertino Medical | [16] PurpleWave | [29] IgniteSA | [41] Fraudstopper |
| [6] DataPlay | [17] SAVO | [30] Freshly | [42] Food Insights |
| [7] E-Training Inc. | [18] Punchbowl | [31] MobileWall | [43] Global Impact Communications |
| [8] First Choice Emergency Room | [19] Shakti | [32] MobileChart | [44] Cart.com |
| [9] GreenBorder | [20] Sheffield | [33] HopThru | [45] Hard Choices |
| [10] HQ | [21] TicketNow | [34] RoboTire | [46] Palla.ai |
| [11] InTouch | [22] Venetec | [35] Tagnos | [47] AVTR |
| [12] MAP | [23] Copper | [36] Metopio | [48] Behaviq |
| | [24] Lydara | [37] Elevate | [49] RepeatMD |

All case studies were co-developed with the VC investor, growth equity investor and/or entrepreneur involved with the company in question. Some company names have been disguised at the request of the venture capital fund or startup company. (Due to confidential information contained within, these case studies are subject to non-disclosure agreements and are not publicly available outside the classroom.)

**GRANTS AND FELLOWSHIPS**

Kenan Institute Grant, 2019 ($10K).

NASA Translational Research Institute for Space Health Grant, 2018 ($152K)

Innovation Growth Lab Research Grant, 2017 (~$90K).

Binational Science Foundation Research Grant, 2017 ($120,000).

Rice University Faculty Initiatives Fund Grant, 2017-2018 ($50,000).

ICPM Research Grant, 2016.

Kauffman Foundation Research Grant, 2015-2020 (~$1.53 million).

National Science Foundation Grant, 2015-2018 (~$450,000).

Kauffman Foundation Research Grant, 2014-2016 ($40,000).

NBER Innovation Policy Research Grant, 2014-2015 ($25,000).

Batten Fellow, Batten Institute, 2013-2014.

Fidelity Fellowship for the study of employee ownership, profit sharing, and broad-based stock options in the corporation and in society in the United States, 2013-2014.

Real Estate Research Institute 2012 Grant Recipient (for *The Value of Active Management in the Commercial Real Estate Market: Evidence from Holdings and Trades*).

J. Robert Beyster Fellowship for the study of employee ownership, profit sharing, and broad-based stock options in the corporation and in society in the United States, 2011-2012 (for *Non-Executive Options and Firm Innovative Output*).

Real Estate Research Institute 2010 Grant Recipient (for *Market Timing and Investment Selection: Evidence from Real Estate Investors*).

Searle Research Grant (for *Incentives, Targeting and Firm Performance: An Analysis of Non-Executive Options*) 2007.

### OLDER AWARDS

Argentum Prize for Best Paper in Private Equity, European Financial Association 2009.

Best Ph.D. Paper, Financial Management Association International, 2003.

State Farm Companies Foundation Doctoral Dissertation in Business Award, 2001-02.

Jaedike Award for Academic Excellence, Stanford University Graduate School of Business, 1999.

Summer Research Fellowship, John M. Olin Program in Law and Economics, Stanford Law School, 2002.

Stanford University Business School Fellowships, 1997-2002.

Incoming Student Merit Award, Stanford University Graduate School of Business, 1997.

Eshkol Fellowship for Studies in the Field of Industrial and Applied Mathematics, Israel Ministry of Science, 1995-97.

Program for Exceptional Students, Technion—Israel Institute of Technology, 1994-1997.

Prof. Y. Roll Award in Industrial Engineering, Technion—Israel Institute of Technology, 1995.

President's Honors, Technion—Israel Institute of Technology, 1993/94, 1994/95, 1995/96, 1996/97.

### INVITED AND CONFERENCE PRESENTATIONS

2002: Stanford University, Technion—Israel Institute of Technology, Interdisciplinary Center-Herzliya, Tel Aviv University, Hebrew University.

2003: London Business School, MIT, University of Washington, Rice University, The Wharton School-University of Pennsylvania, University of Illinois at Urbana Champaign, University of California at Berkeley, Cornell University, Harvard Business School, University of Michigan, The Ohio State University, Emory University, Northwestern University, University of Virginia Darden School, University of North Carolina, University of Southern California, Securities and Exchange Commission, Stanford University Technology Ventures Program, Financial Management Association International Meetings, Western Finance Association Annual Meetings (Discussant), Financial Management Association Annual Meetings (2 papers).

2004: American Finance Association Annual Meetings, Tel Aviv University, Kaufman Foundation/U. Kansas (Presenter and Discussant), Koc University, Wharton VC and PE conference (Discussant), Financial Intermediation Research Society (Presenter and Discussant), Western Finance Association Annual Meetings (Discussant), NBER Entrepreneurship Working Group (Discussant), Cornell University, Binghamton University, Northwestern University.

2005: Bar Ilan University, University of Utah, NBER Entrepreneurship Working Group, University of Texas, Tel Aviv University, Stockholm School of Economics, IDC Caesarea Center Conference (Discussant), Western Finance Association Annual Meetings (2 papers), Tilburg University, University of Amsterdam, Financial Management Association Annual Meetings (panelist), RICAFE Torino.

2006: University of Wisconsin-Madison, Washington University-St. Louis Corporate Finance Conference, University of Chicago/UIUC Venture Capital Conference, IDC Caesarea Center Conference (Discussant), European Central Bank – Goethe University Frankfurt, University of Oregon Empirical Corporate Finance Conference (Discussant), RICAFE2 London School of Economics, University of Illinois at Urbana-Champaign, NBER Entrepreneurship Working Group, Norwegian School of Business and Economics, InterDisciplinary Center-Herzliya, New York University, Entrepreneurship Venture Capital and IPOs Conference (HBS), 17th Annual Conference on Financial Economics and Accounting (Atlanta, GA), Roundtable on Engineering Entrepreneurship Research-Georgia Tech (Discussant).

2007: American Finance Association Annual Meetings, MIT, NBER Corporate Finance Program, UC Davis Conference on Financial Markets, London Business School Entrepreneurship Conference (2 papers), IDC Caesarea Center Conference, Western Finance Association Annual Meetings, Columbia University, 18th Annual Conference on Financial Economics and Accounting (NYU), University of Arizona, University of Southern California, University of North Carolina, London Business School, NBER / JEMS Entrepreneurship Strategy and Structure Conference (discussant).

2008: NBER Private Equity Conference (Discussant), London Business School, Journal of Accounting Research Annual Conference: Securities Regulation, Queens University Economics of Innovation Conference, Financial Intermediation Research Society Meetings (co-author presented), Western Finance Association Annual Meetings (co-author presented), World Economic Forum Private Equity Research Group (Discussant), NBER Law and Economics Program (Discussant), NBER Entrepreneurship Working Group, ESSEC Private Equity and Corporate Governance Conference (Discussant), UC Davis, University of Iowa, UC Berkeley, University of Miami, Hebrew University, Tel Aviv University.

2009: American Finance Association Annual Meetings (Discussant), Western Finance Association Annual Meetings (Discussant), Argentum Private Equity Conference, European Finance Association Annual Meetings (Presenter and Discussant), Notre Dame University, University of Florida,  Northwestern University, Harvard Business School, Tel Aviv University, Hong Kong University of Science and Technology Annual Symposium.

2010: American Finance Association Annual Meetings (Discussant for 2 papers), Universita di Napoli CSEF, Financial Intermediation Research Society (Discussant), Western Finance Association Annual Meetings (Discussant), Argentum Private Equity Symposium, Northwestern University, UCLA Anderson, University of Southern California, UCSD Rady, Temple University, Technion—Israel Institute of Technology.

2011: American Finance Association Annual Meetings, DePaul University, University of Hong Kong, City University of Hong Kong, Real Estate Research Institute Annual Conference, Federal Reserve Bank of Chicago, IDC Caesarea Center Conference (Discussant), University of Melbourne, University of Queensland, Financial Intermediation Research Society, Western Finance Association Annual Meetings (2 papers plus discussant), Entrepreneurial Finance and Innovation Conference, NBER Corporate Finance Program, NBER Entrepreneurship Working Group (discussant), European Finance Association (paper plus discussant), Cornell University, PE Consortium Conference, Drexel University, University of British Columbia, Duke University, University of North Carolina, University of Rochester, Beyster Fellows Symposium.

2012: American Finance Association Annual Meetings, Econometric Society Annual Meetings, American Real Estate & Urban Economic Association Annual Meetings, Tel Aviv University, Northwestern Law School, Northwestern IEMS, University of Hong Kong, Hong Kong University of Science and Technology, INSEAD, Western Finance Association Annual Meetings, IDC Summer Finance Conference, UC Berkeley (Haas - Finance), UC Berkeley (Haas – Real Estate), University of Miami, Columbia University, University of British Columbia, University of Washington, University of Oregon, University of Illinois, Federal Reserve Bank of Chicago, University of Toronto, Rice University, Emory University, University of Colorado, Georgetown University, University of Michigan, Vanderbilt University.

2013: Santa Clara University, Nagoya University, Dartmouth College, Arizona State University, Real Estate Research Institute annual conference, NBER Conference on the Changing Financing Market for Innovation and Entrepreneurship (Discussant), DePaul University, Boston University.

2014: Vanderbilt University, SXSW Interactive, Harvard Business School (EM Unit), Boston College, MIT (TIES), SXSW Interactive, MIT (Innovation Lab), AIEA-NBER Conference on Innovation and Entrepreneurship, NHH/Argentum Conference on Private Equity.

2015: American Finance Association Annual Meetings (Discussant), American Real Estate and Urban Economics Association Annual Meetings, Hoover Institute, SXSW Interactive, Duke University, NBER IPE Conference, Hebrew University, Western Finance Association Annual Meetings, AIEA-NBER Conference on Innovation and Entrepreneurship, McGill University, University of Maryland.

2016: American Finance Association Annual Meetings (Discussant), Kauffman Foundation, Caltech/USC Venture Capital and Private Equity Conference (Discussant), IDC Caesarea Center Conference (Discussant), Innovation Growth Lab Global Conference, Western Finance Association (Discussant), NBER Law and Economics Summer Institute, AIEA-NBER Conference on Innovation and Entrepreneurship (paper plus discussant), NBER Corporate Finance meetings, UCSD Rady, UNC Private Equity Conference, Oxford University, NBER Entrepreneurship meetings.

2017: American Economic Association Annual Meetings (Paper and 2 Discussions), American Finance Association Annual Meetings, Carnegie Mellon University, Kauffman Foundation, University of New South Wales, Australian National University, Hong Kong University,  KAIST, Financial Management Association (Special Topics Invited Lecture), University of Virginia, Columbia University.

2018: UNC Entrepreneurship Conference, University of Southern California, University of Chicago Economics Experiment Group, University of Amsterdam, Tilburg University, Erasmus University, Carnegie Mellon University, University of Chicago Booth - Accounting, University of Chicago Booth - Microeconomics, Duke I&E Symposium, NBER Entrepreneurship Meeting.

2019: UC Berkeley Law, Economics and Accounting, NBER Economics of Digitization, Texas A&M, University of Calgary, Washington University St. Louis, University of Miami, NBER Entrepreneurship (discussant), AIEA-NBER Annual Meeting (discussant).

2020: Yale SOM, MIT Sloan TIES, University of Oklahoma, WEFI, University of New South Wales, NBER Entrepreneurship Meeting, NBER Corporate Finance Meeting (discussant), NHH Bergen, University of British Columbia, UC Berkeley.

2021: American Finance Association (discussant), University of Missouri, University of Pennsylvania Wharton (Management), Cornell University, EWC-KDI Conference, Online Corporate Finance Workshop, Workshop on Entrepreneurial Finance and Innovation (WEFI), NBER Corporate Finance Meetings.

2022: Southern California PE Conference (discussant), Institute for Private Capital Workshop Series, UC Merced, George Mason University, Sciences Po, AIEA-NBER 10th Annual Meeting, Georgia Tech.

2023: Purdue, Harvard Business School, Duke University, McGill University, University of Washington.

2024: University of Virginia.

2025: UC Berkeley Law School, Hong Kong University, NOVA. Upcoming: University of Illinois Chicago, University of Michigan, IFC.

## OTHER UNIVERSITY SERVICE

Executive Leadership Team, Rice Biotech Launchpad, 2023-present.

Program Director, Student Led Venture Fund, Rice University, 2020-present.

Program Director, Entrepreneurship Minor, Rice University, 2020-present.

Faculty Conflicts Committee, Rice University, 2016-present (Chair, 2022-present).

COI/IP Policy Working Group, Rice University, 2022-present (Chair). Rewrote COI/COC and IP policies for Rice.

Search Committee, Dean of Business School, Rice University, 2015.

Search Committee, Director of Office of Technology Transfer, Rice University, 2015-2016.

Search Committee, Vice President for Innovation, 2022.

Faculty Advisory Committee, Innovation and New Ventures Office (tech transfer), Northwestern University, 2010-2013

Board of Advisors, InNUvation, Northwestern University, 2006-2012

Faculty Advisor, Big Red Venture Fund, JGSM Cornell, 2003-2005

Faculty Advisor, Big Red Incubator, JGSM Cornell, 2004-2005

## PROFESSIONAL SERVICE

Associate Editor: Journal of Empirical Finance (2016-present), Journal of Banking and Finance (2016-present), Review of Finance (2010 – 2014)

Managing Director, Seed Accelerator Rankings Project (2012-present; advisor, 2011)

National Academies of Science, Engineering and Medicine Review Board for National Science Foundation SBIR/STTR Program (2020-present).

National Bureau of Economic Research, Program in Productivity, Innovation, and Entrepreneurship, Nominating Committee (2018 to present)

Advisory Board, Private Equity Research Consortium (2021-present)

Scientific Board, Asia Innovation and Entrepreneurship Association (AIEA) (2020-present)

Academic Advisory Board, Argentum Center for Private Equity, Norwegian School of Economics (NHH) (2012 – 2014)

Ad-hoc Reviewer: American Economic Review, California Management Review, Economica, Economic Letters, Financial Management, Kauffman Foundation Dissertation Fellowship Program, Journal of Banking and Finance, Journal of Business Venturing, Journal of Corporate Finance, Journal of Economic Literature, Journal of Economics Management and Strategy, Journal of Empirical Finance, Journal of Finance, Journal of Financial Economics, Journal of Financial Intermediation, Journal of Financial and Quantitative Analysis, Journal of Labor Economics, Journal of Law Economics and Organization, Journal of Public Economics, Management Science, National Science Foundation, Proceedings of the National Academy of Sciences, Quarterly Journal of Economics, Research Policy, Review of Finance, Review of Economic Studies, Review of Financial Studies, U.S. Small Business Administration, US-Israel Binational Science Foundation.

Conference Organizer: NBER Corporate Finance Program Meetings, Spring 2012, various NBER Entrepreneurship working group meetings, 2014 to present.

Conference Program Committees: 2005-2016 Financial Management Association, 2006-2016 Western Finance Association, 2006 Entrepreneurship, Venture Capital and IPOs (EVI), 2008 ESSEC Private Equity and Corporate Governance, 2009-2011 European Finance Association, 2009-2016 Napa Conference on Financial Markets Research, 2012-2016 IDC Caesarea Center Conference, various additional 2017 to present..

Session Chair: American Economics Association 2007 Annual Meeting, Western Finance Association 2007 and 2008 Annual Meetings, American Finance Association 2009 Annual Meetings, IDC Caesarea Center Conference 2008-2010, Tel Aviv Finance Conference 2010, European Finance Association Annual Meetings 2011, Western Finance Association Annual Meetings, 2013, Western Finance Association, 2014, American Finance Association, 2016, Financial Intermediation Research Society, 2016, American Finance Association 2017, various additional, 2017-present.

Conference Associate Chair: 2008 Western Finance Association, 2012 Western Finance Association, 2020 Western Finance Association.

Conference Track Chair: 2016 Financial Management Association.

Faculty Mentor, Kauffman Foundation Entrepreneurship Mentoring Workshop, 2012, 2016.

Workshops: NBER Entrepreneurship Ph.D. Bootcamp, Financial Research Network (Australia), KAIST CISP Innovation and Entrepreneurship Research Bootcamp

Workshop Co-Organizer: Online Workshop on Entrepreneurial Finance and Innovation (WEFI). Bi-weekly workshop and lecture series with associated PhD workshop series.

PhD Students/Advisees: Vidhi Chhaochharia, Cornell University Economics, 2005 (currently at University of Miami), Vineet Bhagwat, Kellogg School of Management, Finance 2012 (placed at University of Oregon, currently at George Washington University). Dan Li, Northwestern University MECS 2012 (currently at Goldman Sachs), Kosuke Uetake, Northwestern University Economics, 2013 (placed at Yale School of Management), Dan Fehder, MIT, 2016 (placed at USC). Livia (Hanyi) Yi, Rice University, 2021 (placed at Boston College).

### SEED ACCELERATOR RANKINGS REPORTS AND ARTICLES

[1] *SARP 2018 Accelerator Rankings Report,* 2018 (with Daniel Fehder and Susan Cohen)

[2] *SARP 2017 Accelerator Rankings Report,* 2017 (with Daniel Fehder and Susan Cohen)

[3] *SARP 2016 Accelerator Rankings Report,* 2016 (with Daniel Fehder and Susan Cohen)

[4] *SARP 2014 Accelerator Rankings Report,* 2015 (with Daniel Fehder and Susan Cohen)

[5] *These are the Top 20 U.S. Accelerators*, 2015 (with Daniel Fehder and Susan Cohen). TechCrunch, March 17, 2015. https://techcrunch.com/2015/03/17/these-are-the-top-20-us-accelerators/

[6] *The Top 20 Accelerators in the U.S.,* 2015. (with Daniel Fehder and Susan Cohen). *Harvard Business Review,* March 31, 2015. https://hbr.org/2015/03/the-top-20-start-up-accelerators-in-the-u-s

[7] *U.S. Seed Accelerator Rankings,* 2012 (with Kristen Kamath)

## BOOK REVIEWS AND OTHER PUBLICATIONS

[1] Book Review: *Smart Start,* 2016. *Science*, Vol. 352, Issue 6282. (Review of *Research to Revenue: A Practical Guide to University Start-Ups* by Don Rose and Cam Patterson; UNC Press, 2016)

## PROFESSIONAL EXPERIENCE

| | | | |
|---|---|---|---|
| 2019 - | Various | Various | *Litigation consultant and expert witness in civil, tax, securities, and antitrust litigation* |
| 2019 – 2022 | Flywheel Innovation, LLC | Houston, TX | *Founder and Managing Member* |
| 2012 – 2022 | Landmark Partners | Simsbury, CT | *Landmark Fellow* |
| 2000 – 2001 | GetInventory.com | Palo Alto, CA | *Interim CFO and Dir. of Operations, Founding Team* |
| 1997 | Intraactive | Washington, DC | *Developer* |
| 1996 | Oracle Corporation | Bethesda, MD | *Technology Group* |
| 1992 – 1993 | Israel National Police Force | Jerusalem, Israel | *National Service* |

**Appendix B**

**TESTIFYING EXPERIENCE IN THE PAST FOUR YEARS**

2021-2022 – *Facebook, Inc. & Subsidiaries, v. Commissioner of Internal Revenue*, United States Tax Court, 21959-16.
Provided expert report and trial testimony.


2022 – *hiQ Labs, Inc., v. LinkedIn Corporation*, United States District Court for the Northern District of California, San Francisco Division, No. 17-cv-03301-EMC.
Provided expert report and deposition testimony.

2022 – *In re: Arizona Theranos Inc. Litigation*, United States District Court for the District of Arizona, No. 2:16-cv-02138.
Provided expert report and deposition testimony.


2023 – *Maximillian Klein, et al., v. Meta Platforms, Inc.*, United States District Court for the Northern District of California, San Francisco Division, No. 20-cv-08570-JD.
Provided expert report and deposition testimony.


2023 – *Federal Trade Commission, v. IQVIA Holdings Inc. and Propel Media, Inc.*, United States District Court for the Southern District of New York, No. 1:23-cv-06188-ER.
Provided expert report, deposition testimony, and trial testimony.


2023 – *Erica Johnson, v. Alyson Friedensohn, et al*; *Modern Life, Inc., et al, v. Erica Johnson, et al.*, Superior Court of the State of California for the County of San Francisco, No. CGC-19-580960.
Provided deposition testimony.


2023/2024 - *Design with Friends, Inc. and Design with Friends Ltd. v. Target Corporation*, United States District Court for the District of Delaware, Case No. 1:21-cv-01376-LPS.
Provided expert report and deposition testimony.


2025 – *Biohaven Therapeutics Ltd. and Yale University v. Avilar Therapeutics, Inc. and RA Capital Management GP, LLC*, United States District Court for the District of Delaware, C.A. No. 23-cv-328-JLH-CJB.
Provided expert report and deposition testimony.

**Appendix C**
**Materials Considered**

*Case Documents*

1. Consolidated Class Action Complaint, *In re Doximity, Inc. Securities Litigation,* Case No. 5:24-cv-02281-NW, United States District Court for the Northern District of California, San Jose Division, October 4, 2024.

2. Expert Report of Matthew D. Cain, Ph.D., August 12, 2025, and the Associated Production Materials.

3. Notice of Motion and Motion for Class Certification and Appointment of Class Representatives and Class Counsel; Lead Plaintiff's Memorandum of Points and Authorities in Support Thereof, *In Re Doximity, Inc. Securities Litigation,* Case No. 5:24-cv-02281-NW, United States District Court for the Northern District of California, San Jose Division, August 12, 2025.

4. Order Denying Motion to Dismiss, *In re Doximity, Inc. Securities Litigation,* Case No. 24-cv-02281-NW, United States District Court for the Northern District of California, May 13, 2025.

*Doximity SEC Filings*

1. Doximity, "Form DSR/A," May 7, 2021.
2. Doximity, "Form S-1," May 28, 2021.
3. Doximity, "Form S-1/A," June 15, 2021.
4. Doximity, "Form S-1/A," June 22, 2021.
5. Doximity, "Form 424B4," June 23, 2021.
6. Doximity, "Form 10-Q," August 12, 2021.
7. Doximity, "Form 10-Q," November 10, 2021.
8. Doximity, "Form 10-Q," February 9, 2022.
9. Doximity, "Form 10-K," May 27, 2022.
10. Doximity, "Form 10-Q," August 5, 2022.
11. Doximity, "Form 10-Q," November 10, 2022.
12. Doximity, "Form 10-Q," February 9, 2023.
13. Doximity, "Form 10-K," May 26, 2023.
14. Doximity, "Form 10-Q," August 8, 2023.
15. Doximity, "Form 10-Q," November 9, 2023.
16. Doximity, "Form 10-Q," February 8, 2024.
17. Doximity, "Form 10-K," May 23, 2024.
18. Doximity, "Form 10-Q," August 8, 2024.
19. Doximity, "Form 10-Q," November 7, 2024.
20. Doximity, "Form 10-Q," February 6, 2025.
21. Doximity, "Form 10-K," May 20, 2025.
22. Doximity, "Form 10-Q," August 7, 2025.

*Academic Articles and Books*

1. Asay, Scott and Jeffrey Hales, "Disclaiming the Future: Investigating the Impact of Cautionary Disclaimers on Investor Judgments Before and After Experiencing Economic Loss," *The Accounting Review,* Vol. 93, No. 4, 2018, pp. 81-99.

2. Bodie, Zvi, *et al., Investments,* McGraw-Hill, 2014, 10th Ed.

3. Boehme, Rodney, *et al.,* "Short-Sale Constraints, Differences of Opinion, and Overvaluation," *Journal of Financial and Quantitative Analysis,* Vol. 41, No. 2, 2006, pp. 455-487.

4. Brealey, Richard, *et al., Principles of Corporate Finance,* McGraw-Hill, 2023, 14th Ed.

5. Da, Zhi, *et al.,* "What Drives Target Price Forecasts and Their Investment Value?," *Journal of Business Finance & Accounting,* Vol. 43, No. 3-4, 2016, pp. 487-510.

6.  Duffie, Darrell, *et al.,* "Securities Lending, Shorting, and Pricing," *Journal of Financial Economics,* Vol. 66, No. 2-3, 2002, pp. 307-339.

7.  Field, Laura and Gordon Hanka, "The Expiration of IPO Share Lockups," *The Journal of Finance,* Vol. 56, No. 2, 2001, pp. 471-500.

8.  Grullon, Gustavo, *et al.,* "The Real Effects of Short-Selling Constraints," *The Review of Financial Studies,* Vol. 28, No. 6, 2015, pp. 1737-1767.

9.  Hsu, Charles and Rencheng Wang, "Bundled Earnings Guidance and Analysts' Forecast Revisions," *Contemporary Accounting Research,* Vol. 38, No. 4, 2021, pp. 3146-3181.

10. Kothari, S.P. and Jerold Warner, "Econometrics of Event Studies," *Handbook of Corporate Finance,* Vol. 1, 2007, Chapter 1.

11. Marshall, Nathan and Ashley Skinner, "Forecast Withdrawals and Reporting Reputation," *The Accounting Review,* Vol. 97, No. 7, 2022, pp. 347-377.

12. Ofek, Eli, *et al.,* "Limited Arbitrage and Short Sales Restrictions: Evidence From the Options Markets," *Journal of Financial Economics,* Vol. 74, No. 2, 2004, pp. 305-342.

13. Patatoukas, Panos, *et al.,* "Valuation Uncertainty and Short-Sales Constraints: Evidence from the IPO Aftermarket," *Management Science,* Vol. 68, No. 1, 2022, pp. 608-634.

*Factiva News Articles*

1.  Accesswire, "Investor Action Alert: The Schall Law Firm Announces it is Investigating Claims Against Doximity, Inc. and Encourages Investors with Losses to Contact the Firm," August 9, 2023, Factiva.

2.  AP, "Doximity Shares Expected to Commence Trading on NYSE; AP Planner; Future News Item; Doximity," June 25, 2021, Factiva.

3.  AP, "Doximity: Fiscal Q1 Earnings Snapshot," August 8, 2023, Factiva.

4.  Barchart, "Markets Today: Stocks Gain on Carryover Support from a Rally in European Stocks," August 9, 2023, Factiva.

5.  Barchart, "Markets Today: Stocks Moderately Lower," August 9, 2023, Factiva.

6.  Barchart, "S&P Futures Tick Higher as Investors Brace for U.S. Inflation Data," August 9, 2023, Factiva.*

7.  Barchart, "S&P Futures Tick Higher as Investors Brace for U.S. Inflation Data," August 9, 2023, Factiva.*

8.  Barchart, "S&P Futures Tick Higher as Investors Brace for U.S. Inflation Data, Disney Earnings on Tap," August 9, 2023, Factiva.

9.  Barron's, "Doximity, Up 104%, and 5 Other Companies Made Their Market Debuts Thursday," June 24, 2021, Factiva.

10. Barron's, "Doximity Stock Plunges After Cut to Forecast. Analysts Are Concerned," August 9, 2023, Factiva.

11. Benzinga, "Exclusive: Doximity CFO Anna Bryson Talks Digital Health Care Platform, Physician-First Mission On 'Power Hour,'" June 24, 2021, Factiva.

12. Benzinga, "HealthCare Platform Doximity Prices Upsized IPO At $26/Share; Trading Begins Today," June 24, 2021, Factiva.

13. Benzinga, "HealthCare Provider Doximity Prices Upsized IPO At $26/Share; Trading Begins Today," June 24, 2021, Factiva.

14. Benzinga, "What 9 Analyst Ratings Have To Say About Doximity," August 11, 2021, Factiva.

15. Benzinga, "Analyzing Doximity's Unusual Options Activity," August 12, 2021, Factiva.

16. Benzinga, "Mid-Morning Market Update: Markets Down; US Producer Prices Rise 1% In July," August 12, 2021, Factiva.

17. Benzinga, "Jim Cramer Says Buy Into Upstart And This Professional Networking Stock: They Are 'Stars' That Will 'Last For A Long Time,'" August 13, 2021, Factiva.

18. Benzinga, "40 Stocks Moving In Wednesday's Mid-Day Session," February 9, 2022, Factiva.

19. Benzinga, "Where Doximity Stands With Analysts," February 9, 2022, Factiva.

20. Benzinga, "12 Health Care Stocks Moving In Tuesday's After-Market Session," August 8, 2023, Factiva.

21. Benzinga, "12 Health Care Stocks Moving In Wednesday's Pre-Market Session," August 9, 2023, Factiva.

22. Benzinga, "Why Cutera Shares Are Trading Lower By Around 22%? Here Are Other Stocks Moving In Wednesday's Session," August 9, 2023, Factiva.

23. Benzinga, "6 Analysts Assess Doximity: What You Need To Know," April 2, 2024, Factiva.

24. Business Wire, "Doximity Announces New Workflow Products, Long-Term Financial Targets at Inaugural Investor Day," June 6, 2023, Factiva.

25. Business Wire, "Doximity Announces Fiscal 2024 First Quarter Financial Results," August 8, 2023, Factiva.

26. Business Wire, "DOCS Investor News: Rosen, Trusted Investor Counsel, Encourages Doximity, Inc. Investors With Losses in Excess of $100K to Inquire About Securities Class Action Investigation -- DOCS," August 10, 2023, Factiva.

27. Business Wire, "Rosen, Leading Investor Counsel, Encourages Doximity, Inc. Investors to Inquire About Securities Class Action Investigation -- DOCS," April 1, 2024, Factiva.

28. Business Wire, "The Law Offices of Frank R. Cruz Announces Investigation of Doximity, Inc. (DOCS) on Behalf of Investors," April 3, 2024, Factiva.

29. CNBC Transcripts, "CNBC (TV) : >>> and Later, a Buzz Kill for Boeing Their Dreamliner Nightmare Continues," June 6, 2023, Factiva.

30. CNBC Transcripts, "CNBC (TV) : Doximity We Are Building the Physician Cloud," June 6, 2023, Factiva.

31. CNBC Transcripts, "CNBC (TV) : Eli Lilly Is Within a Whisper of an All-Time High I (Tim Seymour) Think There's Been Somewhat of a Rotation Out of the Space," June 6, 2023, Factiva.

32. CNBC Transcripts, "CNBC (TV) : Software Tools That Help Doctors Be More Productive, so They Can Provide Better Care for Their Patients Today, We (Doximity Inc) Have Over 80% of All U.S. Physicians on Our Platform Than We Have Over 40% of Doctors Who Are on Our …," June 6, 2023, Factiva.

33. CNBC Transcripts, "CNBC (TV) : The Company Expects to Hit More Than a Billion Dollars in Revenue by Fiscal 2028 a Come Pound Annual Growth Rate of 20% and It Is Pushing Into A.I Bestdoc.ai is an A.I.-Powered Chat Bot Joining Us Now, Doximity's CEO Jeff, Welcome," June 6, 2023, Factiva.

34. CNBC Transcripts, "CNBC (TV) : We (Doximity Inc) Doubled Our Revenue Since Our FTO Here Two Years Ago and Tripled, Nearly Tripled, Our Profits..," June 6, 2023, Factiva.

35. CNBC Transcripts, "CNBC (TV) : We Start Off With a Merck Meltdown Shares Dropping 3% After the Company Sued the Biden Administration Over the Inflation Reduction Act," June 6, 2023, Factiva.

36. Contify Life Sciences News, "Doximity Announces Fiscal 2022 First Quarter Financial Results," August 10, 2021, Factiva.

37. Contify Life Sciences News, "Doximity to Participate in Upcoming Investor Events," February 10, 2022, Factiva.

38. Dow Jones Newswires, "Press Release: Doximity Announces Pricing of Initial Public Offering," June 23, 2021, Factiva.

39. Dow Jones Newswires, "Doximity 1Q EPS 9c >DOCS," August 10, 2021, Factiva.

40. Dow Jones Newswires, "Press Release: Doximity Announces Fiscal 2022 First Quarter Financial Results," August 10, 2021, Factiva.

41. Dow Jones Newswires, "Doximity Is Maintained at Outperform by Raymond James," August 11, 2021, Factiva.

42. Dow Jones Newswires, "Doximity Is Maintained at Buy by Needham," November 10, 2021, Factiva.

43. Dow Jones Newswires, "Doximity Is Maintained at Outperform by Raymond James," November 10, 2021, Factiva.

44. Dow Jones Newswires, "Doximity Is Maintained at Outperform by SVB Leerink," November 10, 2021, Factiva.

45. Dow Jones Newswires, "Doximity Is Maintained at Buy by Needham," February 9, 2022, Factiva.

46. Dow Jones Newswires, "Doximity Is Maintained at Outperform by Raymond James," February 9, 2022, Factiva.

47. Dow Jones Newswires, "Press Release: Doximity to Participate in Upcoming Investor Events," February 10, 2022, Factiva.

48. Dow Jones Newswires, "Doximity Initiated at Buy by Goldman Sachs," February 11, 2022, Factiva.

49. Dow Jones Newswires, "Press Release: Doximity Announces New Workflow Products, Long-Term Financial Targets at Inaugural Investor Day," June 6, 2023, Factiva.

50. Dow Jones Newswires, "Press Release: Doximity Announces Fiscal 2024 First Quarter Financial Results," August 8, 2023, Factiva.

51. Dow Jones Newswires, "Doximity Down Over 20%, on Pace for Record Percent Decrease -- Data Talk," August 9, 2023, Factiva.

52. Dow Jones Newswires, "Doximity Is Maintained at Hold by Truist Securities," August 9, 2023, Factiva.

53. Dow Jones Newswires, "Doximity Is Maintained at Outperform by Raymond James," August 9, 2023, Factiva.

54. Dow Jones Newswires, "Doximity Is Maintained at Underweight by Morgan Stanley Is Maintained at Underweight by," August 9, 2023, Factiva.

55. Dow Jones Newswires, "Doximity Shares Drop 30% After Slashing Outlook, Cutting Workforce," August 9, 2023, Factiva.

56. Dow Jones Newswires, "Doximity Stock Plunges After Cut to Forecast. Analysts Are Concerned. -- Barrons.com," August 9, 2023, Factiva.

57. Dow Jones Newswires, "S&P 500 Futures Up In Premarket Trading; Doximity, Upstart Holdings Lag," August 9, 2023, Factiva.

58. Dow Jones Newswires, "Doximity Is Maintained at In-Line by Evercore ISI Group," April 2, 2024, Factiva.

59. FinancialWire, "Doximity Expects USD494.3m from IPO of Class A Common Stock," June 24, 2021, Factiva.

60. Forbes, "Doximity Rides 'Land And Expand' Digital Ad Strategy To 100% Revenue Growth, With $73 Million In First Quarter," August 10, 2021, Factiva.

61. Forbes, "Doximity Rides 'Land And Expand' Digital Ad Strategy To Double Revenue Growth, With $73 Million In First Quarter," August 10, 2021, Factiva.

62. Forbes, "Doximity Rides 'Land And Expand' Digital Ad Strategy To Double Revenue Growth, With $73 Million In First Quarter," August 11, 2021, Factiva.

63. GlobeNewswire, "DOCS Shareholder News: Johnson Fistel Encourages Doximity Shareholders with Losses to Contact the Firm Regarding Investigation," August 9, 2023, Factiva.

64. GlobeNewswire, "DOCS Investigation Alert: Kessler Topaz Meltzer & Check, LLP is Investigating Securities Fraud Claims on Behalf of Doximity, Inc. (NYSE: DOCS) Investors," August 10, 2023, Factiva.

65. GlobeNewswire, "Investigation Into Doximity, Inc. (DOCS) Announced by Holzer & Holzer, LLC," April 1, 2024, Factiva.

66. GlobeNewswire, "Shareholder Alert: Doximity Investigated by Block & Leviton For Potential Securities Law Violations; Investors Who Have Lost Money Are Encouraged to Contact the Firm," April 1, 2024, Factiva.

67. GlobeNewswire, "Attention Doximity, Inc. Investors: Company Investigated by the Portnoy Law Firm," April 2, 2024, Factiva.

68. GlobeNewswire, "Doximity Alert: Bragar Eagel & Squire, P.C. is Investigating Doximity, Inc. on Behalf of Doximity Stockholders and Encourages Investors to Contact the Firm," April 2, 2024, Factiva.

69. Healthcare Dive, "Doximity Slashes 10% of Workforce Amid Post-COVID Pressures," August 10, 2023, Factiva.

70. Investing.com, "Doximity Drops After Soaring IPO," June 25, 2021, Factiva.

71. Investing.com, "Doximity Shares Shoot Higher On Earnings Beat, Guidance Raise, Acquisition," February 9, 2022, Factiva.

72. Investor's Business Daily, "Doximity Stock Flashes Robust Vital Signs," November 10, 2021, Factiva.

73. Journal of Engineering, "Doximity Inc. Patent Issued for Phone Call to Patient From Within Video Call (USPTO 11929181)," April 1, 2024, Factiva.

74. M&A Navigator, "Deal Snapshot: Doximity to Acquire Amion to Enhance Physician Scheduling Solutions," February 11, 2022, Factiva.

75. M&A Navigator, "Doximity to Acquire Amion to Enhance Physician Scheduling Solutions," February 11, 2022, Factiva.

76. Medical Marketing and Media, "A Few Minutes with... Doximity's Nate Gross," November 12, 2021, Factiva.*

77. Medical Marketing and Media, "A Few Minutes with... Doximity's Nate Gross," November 12, 2021, Factiva.*

78. NewsBites, "Doximity Director Kira Wampler Sells Shares Worth $67,425 Tuesday April 02, 2024," April 3, 2024, Factiva.

79. Newsfile, "Investigation Alert: The Schall Law Firm Announces it is Investigating Claims Against Doximity, Inc. and Encourages Investors with Losses to Contact the Firm," August 9, 2023, Factiva.

80. Newsfile, "Investigation Reminder: The Schall Law Firm Announces it is Investigating Claims Against Doximity, Inc. and Encourages Investors with Losses to Contact the Firm," August 10, 2023, Factiva.

81. Newsfile, "Shareholder Alert: Doximity Investigated by Block & Leviton for Potential Securities Law Violations; Investors Who Have Lost Money Are Encouraged to Contact the Firm," April 3, 2024, Factiva.

82. Postmedia, "Communications Network Doximity Valued at over $7 bln as Shares Jump in Debut," June 24, 2021, Factiva.

83. Postmedia, "Medical Communications Network Doximity Valued at over $7 bln as Shares Jump in Debut," June 24, 2021, Factiva.

84. Postmedia, "Social Network Doximity Valued at over $7 bln as Shares Jump in Debut," June 24, 2021, Factiva.

85. PR Newswire, "Doximity Announces Fiscal 2022 First Quarter Financial Results," August 10, 2021, Factiva.

86. PR Newswire, "Thinking About Trading Options or Stock in Open Lending Corp, Doximity, Walt Disney, Carnival Corp, or Pfizer?," August 11, 2021, Factiva.

87. PR Newswire, "Thinking About Buying Stock in Altamira Therapeutics, FuelCell Energy, Doximity, Aditxt, or ChargePoint?," November 12, 2021, Factiva.

88. PR Newswire, "Thinking About Trading Options or Stock in Doximity, Solaredge Technologies, Shopify, Deere & Company, or MGM Resorts?," February 9, 2022, Factiva.

89. PR Newswire, "Doximity to Participate in Upcoming Investor Events," February 10, 2022, Factiva.

90. Precise, "Doximity Shares Expected to Commence Trading on NYSE; Advance Media Information; Future News Item; Doximity," June 25, 2021, Factiva.

91. Public Technologies, "Doximity Inc. - Quarterly Earnings," August 9, 2023, Factiva.

92. Reuters, "Breakingviews-Doximity Shows There's Riches in Niches," June 24, 2021, Factiva.

93. Reuters, "Brief-Doximity Class A Shares Open At A Premium Of About 58% In NYSE Debut Vs IPO Price," June 24, 2021, Factiva.

94. Reuters, "Medical Communications Network Doximity Valued at over $7 bln as Shares Jump in Debut," June 24, 2021, Factiva.

95. Reuters, "Update 2-Social Network Doximity Valued at over $7 bln as Shares Jump in Debut," June 24, 2021, Factiva.

96. Reuters, "Brief-Doximity Posts Q1 EPS Of $0.09," August 10, 2021, Factiva.

97. Reuters, "Doximity Inc Reports Results for the Quarter Ended in June - Earnings Summary," August 10, 2021, Factiva.

98. Reuters, "Doximity Inc: Profits of 11 Cents Announced for First Quarter," August 10, 2021, Factiva.

99. Reuters, "Buzz-U.S. Stocks on the Move-Poshmark, Open Lending, Unity Biotech," November 10, 2021, Factiva.

100. Reuters, "Doximity Inc Reports Results for the Quarter Ended in September - Earnings Summary," November 10, 2021, Factiva.

101. Reuters, "Doximity Inc: Profits of 19 Cents Announced for Second Quarter," November 10, 2021, Factiva.

102. Reuters, "Brief-Doximity Inc Sees Greater Than $1 Billion In Revenue In Fiscal 2028," June 6, 2023, Factiva.

103. Reuters, "Doximity Inc: Profits of 19 cents Announced for First Quarter," August 8, 2023, Factiva.

104. San Francisco Business Times, "Doximity's Stock Blasts Off after Debuting on the NYSE," June 24, 2021, Factiva.

105. San Francisco Business Times, "Here are the Big Winners in Confluent and Doximity Standout IPOs," June 25, 2021, Factiva.

106. SeeNews, "US Doximity Prices IPO Above Marketed Range," June 24, 2021, Factiva.

107. SeeNews, "US Doximity Doubles Value in Trading Debut," June 25, 2021, Factiva.

108. Silicon Valley Business Journal, "Here are the Big Winners in Confluent and Doximity Standout IPOs," June 24, 2021, Factiva.

109. Silicon Valley Business Journal, "Doximity's Stock Blasts Off After Debuting on the NYSE," June 25, 2021, Factiva.

110. STAT, "Pharma Budget Tightening Trickles Down to Doximity," August 10, 2023, Factiva.

111. STAT, "STAT+: Pharma Budget Tightening Trickles Down to Doximity," August 10, 2023, Factiva.

112. The Fly, "11:14 EDT Doximity Indicated to Open at $33.80, IPO Priced at $26Doximity (DOCS)...," June 24, 2021, Factiva.

113. The Fly, "11:33 EDT Doximity Indicated to Open at $35.28, IPO Priced at $26," June 24, 2021, Factiva.

114. The Fly, "11:48 EDT Doximity Indicated to Open at $36-$37, IPO Priced at $26," June 24, 2021, Factiva.

115. The Fly, "12:47 EDT Doximity Indicated to Open at $39.50-$40.50, IPO Priced at $26," June 24, 2021, Factiva.

116. The Fly, "13:01 EDT Doximity Indicated to Open at $40.25-$40.75, IPO Priced at $26," June 24, 2021, Factiva.

117. The Fly, "13:18 EDT Doximity Opens at $41.17, IPO Priced at $26Doximity (DOCS) Priced...," June 24, 2021, Factiva.

118. The Fly, "09:47 EDT Doximity Falls -9.1%Doximity is Down -9.1%, or -$4.84 to $48.16," June 25, 2021, Factiva.

119. The Fly, "09:47 EDT Doximity rises 14.9%Doximity is up 14.9%, or $7.87 to $60.80," August 11, 2021, Factiva.

120. The Fly, "10:00 EDT Doximity rises 16.2%Doximity is up 16.2%, or $8.57 to $61.50," August 11, 2021, Factiva.

121. The Fly, "11:45 EDT Doximity Jumps After First Report Since Going Public as Revenue...," August 11, 2021, Factiva.

122. The Fly, "12:00 EDT Doximity Rises 17.9%Doximity is Up 17.9%, or $9.45 to $62.38," August 11, 2021, Factiva.

123. The Fly, "Doximity Price Target Raised to $70 From $64 at Canaccord," August 11, 2021, Factiva.

124. The Fly, "10:00 EDT Doximity Rises 10.3%Doximity is Up 10.3%, or $7.28 to $77.69," August 12, 2021, Factiva.

125. The Fly, "12:00 EDT Doximity Rises 13.3%Doximity is Up 13.3%, or $9.37 to $79.78," August 12, 2021, Factiva.

126. The Fly, "05:39 EST Doximity Price Target Raised to $81 From $68 at Piper SandlerPiper...," November 10, 2021, Factiva.

127. The Fly, "07:30 EST Doximity Price Target Raised to $80 From $62 at Raymond JamesRaymond...," November 10, 2021, Factiva.

128. The Fly, "07:41 EST Doximity Price Target Raised to $75 From $70 at CanaccordCanaccord...," November 10, 2021, Factiva.

129. The Fly, "09:03 EST Doximity Price Target Raised to $90 From $62 at NeedhamNeedham analyst...," November 10, 2021, Factiva.

130. The Fly, "09:47 EST Doximity Falls -14.7%Doximity is Down -14.7%, or -$11.25 to $65.26," November 10, 2021, Factiva.

131. The Fly, "00 EST Doximity Rises 27.5%," February 9, 2022, Factiva.

132. The Fly, "04:49 EST Doximity Reported 'All-Around Great' Results, Says Piper Sandler," February 9, 2022, Factiva.

133. The Fly, "07:08 EST Doximity Price Target Lowered to $60 From $80 at Raymond James," February 9, 2022, Factiva.

134. The Fly, "08:51 EST Doximity Price Target Lowered to $70 From $90 at Needham," February 9, 2022, Factiva.

135. The Fly, "09:17 EST Doximity Price Target Lowered to $65 From $75 at Canaccord," February 9, 2022, Factiva.

136. The Fly, "05:12 EST Doximity Initiated With a Buy at Goldman Sachs," February 11, 2022, Factiva.

137. The Fly, "10:00 EDT Doximity Rises 9.3%Doximity is Up 9.3%, or $3.78 to $44.63," March 15, 2022, Factiva.

138. The Fly, "Doximity Sees Long-Term EBITDA Margin of 45%, Announces $200M Share Buyback," June 6, 2023, Factiva.

139. The Fly, "Doximity Targets Greater Than $1B in Revenue in FY28," June 6, 2023, Factiva.

140. The Fly, "Doximity Event Doesn't Change Debate on Long-Term Growth, says Morgan Stanley," June 7, 2023, Factiva.

141. The Fly, "Doximity Reports Q1 Adjusted EPS 19c, Consensus 15c," August 8, 2023, Factiva.

142. The Fly, "Doximity Sees FY24 Revenue $452M-$468M, Consensus $501.63M," August 8, 2023, Factiva.

143. The Fly, "Doximity Sees Q2 Revenue $108.5M-$109.5M, Consensus $121.35M," August 8, 2023, Factiva.

144. The Fly, "Doximity to Reduce Workforce by 10%, or 100 Employees," August 8, 2023, Factiva.

145. The Fly, "Doximity Downgraded at Guggenheim After 'Another Disappointing' Outlook," August 9, 2023, Factiva.

146. The Fly, "Doximity Downgraded to Hold at Needham on Mixed Q1 Results," August 9, 2023, Factiva.

147. The Fly, "Doximity Downgraded to Hold From Buy at Needham," August 9, 2023, Factiva.

148. The Fly, "Doximity Downgraded to Neutral From Buy at Guggenheim," August 9, 2023, Factiva.

149. The Fly, "Doximity Falls -21.8%," August 9, 2023, Factiva.

150. The Fly, "Doximity Falls -24.0%," August 9, 2023, Factiva.

151. The Fly, "Doximity Falls -24.7%," August 9, 2023, Factiva.

152. The Fly, "Doximity Price Target Lowered to $24 From $28 at BofA," August 9, 2023, Factiva.

153. The Fly, "Doximity Price Target Lowered to $27 From $36 at Piper Sandler," August 9, 2023, Factiva.

154. The Fly, "Doximity Price Target Lowered to $28 From $33 at Truist," August 9, 2023, Factiva.

155. The Fly, "Doximity Price Target Lowered to $25 From $37 at Wells Fargo," August 10, 2023, Factiva.

156. The Fly, "Doximity Falls After Jehoshaphat Questions Sales Growth in Short Report," April 1, 2024, Factiva.

157. Venture Capital Journal, "VC-Backed Doximity Starts Trading on NYSE," June 24, 2021, Factiva.

158. VIQ FD Disclosure, "Doximity Inc at Morgan Stanley Technology, Media, and Telecom Conference (Virtual) - Final," March 10, 2022, Factiva.

159. VIQ FD Disclosure, "Doximity Inc to Host Inaugural Investor Day – Final," June 6, 2023, Factiva.

*Analyst Reports Covering Doximity*

1. Argus Research Company, "DOCS: A6 Report for 06/28/2023," June 28, 2023.

2. Argus Research Company, "DOCS: A6 Report for 07/05/2023," July 5, 2023.

3. Argus Research Company, "DOCS: A6 Report for 07/12/2023," July 12, 2023.

4. Argus Research Company, "DOCS: A6 Report for 07/18/2023," July 18, 2023.

5. Argus Research Company, "DOCS: A6 Report for 07/26/2023," July 26, 2023.

6. Argus Research Company, "DOCS: A6 Report for 08/09/2023," August 9, 2023.

7. Argus Research Company, "DOCS: A6 Report for 08/16/2023," August 16, 2023.

8. Argus Research Company, "DOCS: A6 Report for 08/23/2023," August 23, 2023.

9. Argus Research Company, "DOCS: A6 Report for 08/30/2023," August 30, 2023.

10. Argus Research Company, "Doximity Inc-Class A (NYS:DOCS)," April 3, 2024.

11. Argus Research Company, "Doximity Inc-Class A (NYS:DOCS)," April 10, 2024.

12. Argus Research Company, "Doximity Inc-Class A (NYS:DOCS)," April 17, 2024.

13. Baird, "A Unique Asset with Significant Long-Term Runway; Initiate at Outperform," November 16, 2021.

14. Baird, "Thematically Well Positioned for Digital Transition," January 18, 2022.

15. Baird, "Model Updates — DOCS, INNV," February 13, 2022.

16. Baird, "F4Q Results: Strong Quarter, but Guidance Likely to Draw Scrutiny," May 17, 2022.

17. Baird, "Takeaways from Management Meetings," June 29, 2022.

18. Baird, "F1Q Results: Challenged Update," August 4, 2022.

19. Baird, "F2Q23 Results: Good Enough Against Low Expectations," November 10, 2022.

20. Baird, "Model Updates - DOCS, GDRX," November 13, 2022.

21. Baird, "F3Q23 Results: Challenged Update," February 9, 2023.

22. Baird, "Model Update," February 12, 2023.

23. Baird, "F4Q23 Results: Mixed Update," May 16, 2023.

24. Baird, "Model Updates - DOCS, WIX," May 21, 2023.

25. Baird, "F1Q24 Results: Disappointing Update," August 8, 2023.

26. Baird, "Model Updates," August 14, 2023.

27. Bank of America, "Doximity Inc: Well Positioned (And Priced) for Sustainable Growth," April 4, 2022.

28. Bank of America, "Doximity Inc: 8 Topics of Conversation: Initiation Recap," April 19, 2022.

29. Bank of America, "Doximity Inc: Post COVID Growth Normalization in Focus," May 17, 2022.

30. Bank of America, "Doximity Inc: Pharma Manufacturer Survey: Spending Trends Likely to Be Volatile Near Term," June 16, 2022.

31. Bank of America, "Doximity Inc: Back to the Past?: 1Q'23 Preview," July 26, 2022.

32. Bank of America, "Doximity Inc: Macro Sensitivity Creates 'Multiple' Questions: Downgrading to Underperform," August 5, 2022.

33. Bank of America, "Doximity Inc: 3Q Pharma Survey: Spend With Doximity Under Pressure From Peers and Macro," October 12, 2022.

34. Bank of America, "Doximity Inc: Media Index Shows Pharma Advertising Spend Improves in September," October 24, 2022.

35. Bank of America, "Doximity Inc: 2Q Beats, but Soft 3Q vs. Expectations," November 10, 2022.

36. Bank of America, "Doximity Inc: 3Q Guide Light, Questions on 4Q Ramp," November 11, 2022.

37. Bank of America, "Doximity Inc: Media Index Shows Pharma Advertising Spend Improves in October," November 28, 2022.

38. Bank of America, "Doximity Inc: Media Index Shows Pharma Advertising Growth Rate Decelerates in November," December 27, 2022.

39. Bank of America, "Doximity Inc: 4Q Pharma Survey: A Little More FY4Q, a Little Less FY24," January 26, 2023.

40. Bank of America, "Doximity Inc: Not Seeing an Inflection in 4Q," February 9, 2023.

41. Bank of America, "Doximity Inc: Revenue Trajectory Reset, Questions on Visibility," February 10, 2023.

42. Bank of America, "Doximity Inc: 1Q23 Pharma Survey: New Modules, Same Old Macro," May 1, 2023.

43. Bank of America, "Doximity Inc: Focused on the 1Q Guide," May 16, 2023.

44. Bank of America, "Doximity Inc: Revenue Ramp May Be On Point (Of Care)," May 17, 2023.

45. Bank of America, "Doximity Inc: Framing the Path to LT Revenue Growth: Investor Day Takeaways," June 7, 2023.

46. Bank of America, "Doximity Inc: 2Q23 Pharma Survey: : Cautious on Mid-Year Upsells and New Module Timing," July 25, 2023.

47. Bank of America, "Doximity Inc: Big Guidance Cut Early in the Fiscal Year," August 8, 2023.

48. Bank of America, "Doximity Inc: More 'Multiple' Questions," August 9, 2023.

49. Bank of America, "Doximity Inc: 1Q'24 Pharma Survey: Docs Specific Data Improving, Macro More Mixed," April 29, 2024.

50. Berenberg, "Doximity (DOCS US) - Much More Than Just a 'Linkedin for Doctors,'" July 28, 2022.

51. Berenberg, "Doximity (DOCS US) - Guidance Disappoints, Requires a Closer Look," August 5, 2022.

52. Berenberg, "Doximity (DOCS US) - Outlook Still Good Despite Slowdown in Growth," October 5, 2022.

53. Berenberg, "Doximity (DOCS US) - Solid Quarter, Opportunity for a Better FY23," November 11, 2022.

54. BTIG, "Industry Leading, Physician Trusted, Digital Platform, but Advertising Spend Under Pressure with Recession Risk; Initiate at Neutral," October 13, 2022.

55. BTIG, "Ad-Spend Demand Comes Back Up, Good Beat in F2Q, Guidance Re-Affirmed," November 11, 2022.

56. BTIG, "DOCS F3Q:23 Results - Guide Below Expectations, We Are Still Cautious on the Macro Environment," February 9, 2023.

57. BTIG, "Good F4Q:23, Growth Is Robust But There Is Macro Risk in F2024E," May 16, 2023.

58. BTIG, "Excellent Technology, Strong Leadership and Effective Marketing Strategy; But We Worry About Pharma Ad-Spend in F2H:24," June 7, 2023.

59. BTIG, "Upsells are Behind Expectations; F2024 Guidance Reduced," August 9, 2023.

60. BuySellSignals, "Doximity Class A Crashes 10% in Past Month, EPS Surges 58%," March 31, 2022.

61. BuySellSignals, "Doximity Class A Soars 23% in Past Month, EPS Surges 58%," April 14, 2022.

62. BuySellSignals, "Doximity Class A Slumps 13% in Past Quarter, EPS Surges 58%," April 29, 2022.

63. BuySellSignals, "Doximity Class A in Bottom 4% Performers of NYSE Market in Past Quarter, Net Profit Up 518%," May 31, 2022.

64. BuySellSignals, "FY2022 Annual Report: Doximity Class A Net Profit Up 518%," June 1, 2022.

65. BuySellSignals, "Quarter 2 of 2022 : Doximity Class A (DOCS:$34.82) Crashes 33%," June 30, 2022.

66. BuySellSignals, "Doximity Class A is Down 2% Since Filings Date of Jun 30, 2022," August 18, 2022.

67. BuySellSignals, "Doximity Class A is Up 5% Since Filings Date of Sep 30, 2022," November 18, 2022.

68. BuySellSignals, "Doximity Class A Increases 5.1% in 2023," January 31, 2023.

69. BuySellSignals, "Doximity Class A is Up 0.03% Since Filings Date of Dec 31, 2022," February 23, 2023.

70. BuySellSignals, "Doximity Class A Increases 0.2% in 2023," February 28, 2023.

71. BuySellSignals, "Doximity Class A (DOCS) Down 3.5% in 2023," March 31, 2023.

72. BuySellSignals, "Doximity Class A Climbs 9.5% in 2023, Outperforming 93% of its Global Peers," April 28, 2023.

73. BuySellSignals, "Doximity Class A is Down 1% Since Filings Date of Mar 31, 2023 and is Down 5% YTD," May 19, 2023.

74. BuySellSignals, "Doximity Class A Sinks 8.6% in 2023," May 31, 2023.

75. BuySellSignals, "Doximity Class A (DOCS) Down 3.2% in 2023," July 5, 2023.

76. BuySellSignals, "Doximity Class A Increases 6.5% in 2023," July 31, 2023.

77. BuySellSignals, "Doximity Class A: Key Hedge Fund Trades of 2Q2023," August 21, 2023.

78. BuySellSignals, "Doximity Class A (DOCS) Down 29% in 2023," August 31, 2023.

79. BuySellSignals, "Doximity Class A: A Comprehensive Updated Snapshot," April 9, 2024.

80. BuySellSignals, "Doximity Class A (DOCS) Down 13% in 2024," April 30, 2024.

81. Canaccord, "Keeping True to the Physician-First Mission While Riding Digital Marketing Tailwinds," July 19, 2021.

82. Canaccord, "Strong Beat With Guidance Well Above Our Estimates," August 10, 2021.

83. Canaccord, "Another Strong Beat With Guidance Raise; Pending Lock-Up Expiration Likely Weighing on Shares," November 9, 2021.

84. Canaccord, "Momentum Builds With Stellar 3QFY'22 Beat, Raise, and Favorable FY'23 Preliminary Guide," February 8, 2022.

85. Canaccord, "Strong Finish To FY'22; 1Q FY'23 Guide Light, but Annual Above Forecasts," May 17, 2022.

86. Canaccord, "Week of 8/1 Earnings Preview: EVH, OSH, DOCS, HCAT, ONEM," July 24, 2022.

87. Canaccord, "2QFY'23 Guide Below Estimates; FY'23 Lowered," August 4, 2022.

88. Canaccord, "Estimates Update; Moving 2QFY'23 Revenue Within Guidance Range," August 22, 2022.

89. Canaccord, "Week Of 11/7 Earnings Preview: CLOV, DCGO, OSH, AHCO, HCAT, PRVA, SCHR, BBLN, DOCS," November 4, 2022.

90. Canaccord, "Solid 2Q Beat; 3Q Guide Soft, but FY'23 Reaffirmed as Demand Environment Showing Renewed Strength," November 10, 2022.

91. Canaccord, "Docs Notes From The Road; Reiterate Buy," December 4, 2022.

92. Canaccord, "Week Of 2/6 Earnings Preview: PINC, DOCS," February 5, 2023.

93. Canaccord, "Strong 3Q And Record Selling Season, but Disappointing 4Q Guide on New Product Launch Delays," February 10, 2023.

94. Canaccord, "Updated Thoughts And Fine-Tuning Estimates," March 30, 2023.

95. Canaccord, "4QFY'23 Earnings Preview," May 11, 2023.

96. Canaccord, "4QFY'23 Earnings Solid; 1QFY'24 Guidance Disappoints, but Not a Reason to Get Nervous," May 17, 2023.

97. Canaccord, "Investor Day Takeaways: Making Physicians' Lives Easier While Delivering ROI to Clients And Investors," June 6, 2023.

98. Canaccord, "Week Of 8/7 Earnings Preview: DCGO, AHCO, DOCS, HCAT, CLOV, SHCR," August 2, 2023.

99. Canaccord, "1Q24 Flash: Delivers a Beat, but Lowered Guidance; Market Shifts to Self-Service Purchasing Versus DOCS White Glove Approach," August 8, 2023.

100. Canaccord, "Updating Estimates; Now a Show-Me Story, but Hard to Throw in the Towel Given Margin and Cash Flow Profile," September 4, 2023.

101. Capitalcube, "Doximity Inc Reports Financial Results for the Quarter Ended March 31, 2022," May 31, 2022.

102. Capitalcube, "Doximity Inc Reports Financial Results for the Quarter Ended June 30, 2022," August 18, 2022.

103. Capitalcube, "Doximity Inc Reports Financial Results for the Quarter Ended September 30, 2022," November 18, 2022.

104. Capitalcube, "Doximity Inc Reports Financial Results for the Quarter Ended December 31, 2022," February 10, 2023.

105. CFRA, "Quantitative Stock Report," December 16, 2022.

106. CFRA, "Quantitative Stock Report," December 23, 2022.

107. CFRA, "Quantitative Stock Report," December 30, 2022.

108. CFRA, "Quantitative Stock Report," January 6, 2023.

109. China Merchant Securities, "Global Pharmaceutical & Healthcare AI in Healthcare: GenAI-Driven Transformation, Centered on Productivity Gains and Better Patient Experiences," February 10, 2025.

110. Crispidea, "Doximity, Inc. (DOCS) - Initiating Coverage - Growing Organically," October 28, 2021.

111. Crispidea, "Doximity, Inc. (DOCS) - Improvement Seen in Margins and Market Share," January 7, 2022.

112. Crispidea, "Doximity, Inc. (DOCS) - Growth and Expansion Driven by Acquisition," February 21, 2022.

113. Crispidea, "Doximity, Inc. (DOCS) - Balancing Between Organic and Inorganic Growth," June 27, 2022.

114. Evercore, "Room for Growth, but Transient Headwinds on the Horizon; Initiating with In-Line Rating & $28 PT," October 23, 2022.

115. Evercore, "2Q Performance a Sigh of Relief," November 11, 2022.

116. Evercore, "Revising Outlook Downward on Lower Visibility," February 10, 2023.

117. Evercore, "EVRISI Physician & Telehealth Survey on Revenues (Still Down but Improving), Telehealth, Doximity, Equipment Purchasing, and Pricing," April 4, 2023.

118. Evercore, "4Q23 Revs In-Line/EBITDA Beat; 1Q24 Guide Misses Street Though Full Year In-Line," May 16, 2023.

119. Evercore, "Tried to Clear the Fog, but Unfortunately Mist," May 16, 2023.

120. Evercore, "Notes From the Road – DOCS 2023 Investor Day," June 6, 2023.

121. Evercore, "From Air Pockets to Launch Delays, Visibility Remains a Challenge," August 8, 2023.

122. Evercore, "FY1Q Rev/EBITDA/EPS Beats; FY2Q Guide (10%) Below St, '24 Guide Revised (HSD) Be," August 8, 2023.

123. Evercore, "Get With The Program(matic)!," August 24, 2023.

124. Evercore, "Replay - Deciphering Demand For Digital Marketing To Doctors/HCPs: In-Year Budge," September 8, 2023.

125. Evercore, "Re Today's Short Report," April 1, 2024.

126. GlobalData, "Doximity Inc (DOCS) Financial Analysis Review," June 10, 2022.

127. GlobalData, "Doximity Inc (DOCS) Financial Analysis Review," September 15, 2022.

128. GlobalData, "Doximity Inc (DOCS) Financial Analysis Review," December 13, 2022.

129. GlobalData, "Doximity Inc (DOCS) Financial Analysis Review," March 13, 2023.

130. GlobalData, "Doximity Inc (DOCS) Financial Analysis Review," June 14, 2023.

131. Guggenheim Securities, "DOCS: Initiating Coverage with a Buy and $70 PT," April 6, 2022.

132. Guggenheim Securities, "DOCS: Positive Outlook, Different Cadence," May 18, 2022.

133. Guggenheim Securities, "DOCS: Lowering PT To $41 on Lower Revenue Outlook," August 5, 2022.

134. Guggenheim Securities, "DOCS: Weather Forecast Improving," November 10, 2022.

135. Guggenheim Securities, "DOCS: Model Update," November 14, 2022.

136. Guggenheim Securities, "DOCS: Notes from the Road," November 30, 2022.

137. Guggenheim Securities, "DOCS: Initial Thoughts on 3Q23 and Preliminary FY24 Guide," February 9, 2023.

138. Guggenheim Securities, "DOCS: Feeling Some Love about FY24 Guidance Being Achievable," February 14, 2023.

139. Guggenheim Securities, "DOCS: Still Looking for Quarterly Consistency, But Full-year Growth Outlook Intact," May 17, 2023.

140. Guggenheim Securities, "DOCS: Investor Day Lays the Path to $1B in Revenue," June 6, 2023.

141. Guggenheim Securities, "DOCS: Guidance Miss and Multiple Moving Pieces Move Us to the Sideline; Downgrade to Neutral," August 9, 2023.

142. Hyundai Motor Securities Co., "의료계의 페이스북, 링크드인, 줌," April 7, 2022.

143. J.P. Morgan, "Doximity: Dominating and Disrupting Healthcare Digital Marketing – Initiating at OW," July 19, 2021.

144. J.P. Morgan, "Doximity : 1Q22: Reiterating Overweight, no Need for a Second Opinion," August 10, 2021.

145. J.P. Morgan, "Doximity : Long-Term Story Remains Intact, Downgrading to Neutral Based on Near-Term Valuation," August 26, 2021.

146. J.P. Morgan, "Doximity: Telehealth-Driven Engagement Spike Fading Back to Pre-Pandemic Levels," October 14, 2021.

147. J.P. Morgan, "Doximity: 2Q22: Net Retention Shines," November 10, 2021.

148. J.P. Morgan, "Doximity: Doximity Infomercial Courtesy of Veeva Earnings Call," December 2, 2021.

149. J.P. Morgan, "Doximity: Still Believers in the Long Term, Scared in the Short Term; Downgrading to Underweight," December 14, 2021.

150. J.P. Morgan, "Doximity: Be Careful Drawing a Straight Line from Adobe to Doximity," December 17, 2021.

151. J.P. Morgan, "4Q21 Earnings Week 3 Preview: VRNS, DOCS, MNDT, MODN, NEWR, INTA, UDMY, CYBR, DDOG, TUFN, AVLR, FROG, GDDY, NET, PRO, QLYS, SSNC, VRSN," February 5, 2022.

152. J.P. Morgan, "Doximity: 3Q22: End of Year Flurry Leads to Massive Quarter," February 8, 2022.

153. J.P. Morgan, "Doximity: 3Q22 10-Q Recap: In Short, Expect a Bunch of Upside in 4Q," February 11, 2022.

154. J.P. Morgan, "Doximity: Digging Deeper: Strong Financial Profile & LT Outlook, but NT Headwinds & Lack of Visibility Outweigh, in Our View," February 17, 2023.

155. J.P. Morgan, "Doximity: 4Q23 Beat w/ Full Year Guide In-Line, Seasonality Resulted in 1Q Below," May 17, 2023.

156. J.P. Morgan, "Doximity: Model Update," May 30, 2023.

157. J.P. Morgan, "Doximity: Investor Day Highlights Whitespace For Growth; Updates to Rule of 65 LT Target," June 6, 2023.

158. J.P. Morgan, "Doximity 1Q24 Beat and Lower on Weaker-Than-Expected Upsell Performance," August 8, 2023.

159. J.P. Morgan, "Stepping to the Sidelines - Moving to Neutral Given a More Stabilized Macro Backdrop and Little Downside to Our Valuation," April 25, 2024.

160. Jefferies, "DOCS - Strength of the Medical Network Offers Significant Oppty; Init at Buy," December 1, 2021.

161. Jefferies, "Raising Estimates for F23-24 Amid Conservative Consensus Outlook," December 15, 2021.

162. Jefferies, "Key Engagement Trends Should Continue to Help Drive ROI & Above Average Revenue," January 18, 2022.

163. Jefferies, "3Q Quick Take: Results Well Ahead of Consensus Pushing Shares in After-Market," February 8, 2022.

164. Jefferies, "Model Update Post F3Q – Revenue & EBITDA Moving Higher," February 9, 2022.

165. Jefferies, "This DOC Stock Is Final Four Caliber – Management Meeting Takeaways," March 31, 2022.

166. Jefferies, "Physician Engagement Increases Again in 1Q22 Supporting ROI and Future Revenue," April 20, 2022.

167. Jefferies, "F4Q and F23 Both Strong; F1Q23 Guide Makes NO Sense: Looking to Call For Answer," May 17, 2022.

168. Jefferies, "This Qtr Impacts Perception – But Valuation Too Attractive to Ignore," May 17, 2022.

169. Jefferies, "Model Update Post F4Q," May 19, 2022.

170. Jefferies, "KOL Takes - LT Thesis Around Digital Intact - Some Normalization Taking Place," May 26, 2022.

171. Jefferies, "Today: Call @10AM Discussing Pharma Digital Advertising with DOCS Peer Medscape," May 26, 2022.

172. Jefferies, "Physician Engagement Spiked in C2Q Which Supports ROI and LT Rev Potential," July 20, 2022.

173. Jefferies, "Results Disappointing, but Some Silver Linings Should Provide Reasonable Floor," August 4, 2022.

174. Jefferies, "Model Update Post F1Q," August 8, 2022.

175. Jefferies, "W/ Strong Engagement - Precedent M&A Could Suggest Shares Near a Bottom," October 26, 2022.

176. Jefferies, "At 16x EBITDA & Everyone Expecting #s to Come Down - Beat/Maintain Good 'Nuff+," November 10, 2022.

177. Jefferies, "F2Q Model Update," November 16, 2022.

178. Jefferies, "KOL Call To Discuss Doximity & Pharma Ad Trends w/ Exec From Leading Competitor," December 12, 2022.

179. Jefferies, "*Today* Call To Discuss Doximity & Pharma Ad Trends w/ Exec From Competitor," December 13, 2022.

180. Jefferies, "Survey, Engagement Analysis & 3Q Preview; NT Seems Ok But Trends Bear Watching," January 23, 2023.

181. Jefferies, "Fwd Guide Below: Shares to Penalty Box; Look to Precedent Transaction Multiples," February 9, 2023.

182. Jefferies, "F3Q Model Update," February 13, 2023.

183. Jefferies, "KOL Call To Discuss Doximity & Pharma Ad Trends w/ Exec From Leading Competitor," April 14, 2023.

184. Jefferies, "KOL Call to Discuss Doximity & Pharma Ad Trends w/ Exec from Leading Competitor," April 17, 2023.

185. Jefferies, "KOL Takes– Pharma Ad Mkt Stabilizing at Mid-Teens Growth w/1Q Off to Good Start," April 19, 2023.

186. Jefferies, "Lower than Exp 1Q Guide Overshadows Raised F24 Outlook – Need Details from Call," May 16, 2023.

187. Jefferies, "F4Q Model Update - Adjusting F24 Cadence," May 18, 2023.

188. Jefferies, "With Analyst Day Just Two Mos Ago - Lack of Visibility Is Surprising," August 8, 2023.

189. Jefferies, "Making Sense of Recent Selloff; High-Teens Val Seems Appropriate," September 1, 2023.

190. MarketGrader, "While Fundamentally Healthy, the Company's Shares Look Slightly Expensive," October 6, 2022.

191. Morgan Stanley, "Doximity, Inc.: Compelling Model, but in the Price; Initiating at EW, PT $52," July 19, 2021.

192. Morgan Stanley, "Doximity, Inc.: Strong Sales Engine and Model Evident in First Earnings Report; Ew," August 11, 2021.

193. Morgan Stanley, "Doximity, Inc.: Risk Reward Update," August 31, 2021.

194. Morgan Stanley, "Doximity, Inc.: Risk Reward Update," October 12, 2021.

195. Morgan Stanley, "Doximity, Inc.: Capitalizing on Both Secular and Temporary Tailwinds, but Deceleration Is Also in Focus," November 10, 2021.

196. Morgan Stanley, "Doximity, Inc.: Distilling What Mattered: 1 Take from DOCS," February 9, 2022.

197. Morgan Stanley, "Doximity, Inc.: Distilling What Mattered: One Take from Doximity Earnings," May 18, 2022.

198. Morgan Stanley, "Healthcare Technology: Distilling What Mattered: 1 Key Takeaway from ALHC, AMWL, DH, and DOCS Earnings," August 5, 2022.

199. Morgan Stanley, "Doximity, Inc.: Deep Dive Into the Business Model and Market Opportunity," October 3, 2022.

200. Morgan Stanley, "Doximity, Inc.: Read Through From Ad Agency Earnings," October 24, 2022.

201. Morgan Stanley, "Doximity, Inc.: Distilling What Matters: Better Than Feared, but Expect the Debate on Growth to Remain Heated," November 11, 2022.

202. Morgan Stanley, "Doximity, Inc.: Fresh Read on Investor Sentiment, Including Feedback on Our Downgrade to UW," January 11, 2023.

203. Morgan Stanley, "Doximity, Inc.: Key Topics Ahead of Earnings and Read Through From Omnicom," February 8, 2023.

204. Morgan Stanley, "Doximity, Inc.: Distilling What Mattered: Slowing Growth + Premium Valuation Multiple Is a Tough Combination," February 10, 2023.

205. Morgan Stanley, "Doximity, Inc.: FQ4'23 First Take: Guiding Q1 Revenue ~5% Below the Street and EBITDA Nearly 15% Lower," May 16, 2023.

206. Morgan Stanley, "Doximity, Inc.: Visibility in the Business is in Focus After a Mixed Earnings Report; Stay UW," May 17, 2023.

207. Morgan Stanley, "Doximity, Inc.: First Investor Day: Utility of the Platform vs. The Ability to Sustain 20% Growth," June 7, 2023.

208. Morgan Stanley, "Doximity, Inc.: Assessing the Risks to FY24 Guidance," July 19, 2023.

209. Morgan Stanley, "Doximity, Inc.: A Warning Signal From Ad Agency Earnings," July 24, 2023.

210. Morgan Stanley, "Doximity, Inc.: Meaningful Reset to FY24 Guidance; Stay Underweight," August 9, 2023.

211. Morgan Stanley, "Doximity, Inc.: A Closer Look at Implications of Doximity's Pivot in Strategy," September 6, 2023.

212. Morgan Stanley, "Latest Checks Point to Tepid Growth," April 23, 2024.

213. Needham & Company, "SaaS-y Digital Health Play Drive Top Tier Fundamentals, Initiate Buy, $62 PT," July 19, 2021.

214. Needham & Company, "DOCS Reports Strong First Quarter Post-IPO Results," August 11, 2021.

215. Needham & Company, "Jump in ROAS Highlights Solid 2Q Results," November 10, 2021.

216. Needham & Company, "Doximity Beat 3QF22 Estimates, Acquired Amion for $83mm," February 9, 2022.

217. Needham & Company, "Investor Meetings Highlight Durable Secular Growth Opporunity," March 7, 2022.

218. Needham & Company, "The Doctor Ate My Homework; FY23 Guidance Beats Consensus, But 1QF23 Falters," May 18, 2022.

219. Needham & Company, "1QF23 Beats but Macro Slows, Delays In Year Expansion Potential," August 5, 2022.

220. Needham & Company, "Updating 3Q and 4Q FY23 Estimates," October 28, 2022.

221. Needham & Company, "ROIs Hit New Highs, Positioning DOCS to Emerge As A 'Digital Air Pocket' Winner," November 11, 2022.

222. Needham & Company, "Desires Are Nourished By Delays; New Modules Drive Strong Bookings, Rev Delays," February 10, 2023.

223. Needham & Company, "Road Show Takeaways: New Product," March 23, 2023.

224. Needham & Company, "5/15 Earnings Preview: DOCS, MNDY, & WKME," May 15, 2023.

225. Needham & Company, "Modest FY24 Raise Reflects Conservative Outlook; Upsells Could Drive Upside," May 17, 2023.

226. Needham & Company, "Investor Day Reveals New Product Announcements, Long Term Targets," June 7, 2023.

227. Needham & Company, "2Q Beats; Marketing Spend Shift Creates Steep Growth Decel; Downgrade to Hold," August 9, 2023.

228. Piper Sandler Companies, "Monetizing The Largest Clinical Network in Existence; Initiating OW, $68 PT," July 19, 2021.

229. Piper Sandler Companies, "Q2 FY21 Consumer Survey; Telehealth Utilization Durable, Buyers of DOCS ONEM PRVA TDOC," July 26, 2021.

230. Piper Sandler Companies, "All Aboard the Doximity Growth Train, Q1 Delivers 100% Growth; Reit OW, $68 PT," August 11, 2021.

231. Piper Sandler Companies, "Recapping KOL Call with CFO BCBS AZ; Incrementally Positive CMAX, DOCS, EVH, ONEM, OSH," October 26, 2021.

232. Piper Sandler Companies, "Your Network Is Your Networth; Expanding ROIs Strengthen DOCS Value Proposition," November 10, 2021.

233. Piper Sandler Companies, "Piper Sandler Healthcare Conference; What's Up DOCS? Engagement, ROI and Revenue Growth," November 29, 2021.

234. Piper Sandler Companies, "That's What They Mean by Leverage; Revenue Beat Drives 43% Upside to Adj EBITDA," February 8, 2022.

235. Piper Sandler Companies, "Reopening Temporarily Sidelines Digital Marketing; Thesis Remains Intact, Reiterate Overweight," May 18, 2022.

236. Piper Sandler Companies, "Wait, What? DOCS Guides F2Q Below Consensus and Lowers FY23 on Mixed F1Q Print," August 5, 2022.

237. Piper Sandler Companies, "We Gain Insight Into DOCS Guidance Algo and Revise Our LT Outlook; OW, $35 PT," November 11, 2022.

238. Piper Sandler Companies, "Previewing KOL Call with Top 20 Pharma Commercial Exec on 11/18 at 10:30am ET," November 17, 2022.

239. Piper Sandler Companies, "Recapping Friday's KOL Call with Top 20 Pharma Exec; Reiterate Overweight, $35 PT," November 22, 2022.

240. Piper Sandler Companies, "An Iceberg, Sir; FY23 Guidance Cut Overshadows Record Engagement and Demand," February 10, 2023.

241. Piper Sandler Companies, "On The Road With CEO & CSO; Point-of-Care Could Be a $400M Category Over Time," March 9, 2023.

242. Piper Sandler Companies, "Fighting Its Way Back Into The Light One Guide At A Time; Overweight, $38 PT," May 17, 2023.

243. Piper Sandler Companies, "The Healthcare Command Center; DOCS Introduces New Tools & LT Targets at I-Day," June 8, 2023.

244. Piper Sandler Companies, "340B Restitution Could Fund $9.0B of HCIT Investment; HCAT OMCL DOCS PHR UNH," July 11, 2023.

245. Piper Sandler Companies, "Downgrade to Neutral on Developing Risk to FY24 Guidance; $36 PT is Fair Value," August 3, 2023.

246. Piper Sandler Companies, "Don't Rush In; Results Challenge LT Growth Assumptions and FY28 Targets, PT to $27," August 8, 2023.

247. Piper Sandler Companies, "DOCS Model Update," August 30, 2023.

248. PriceTarget Research, "Investment Status Report," April 13, 2022.

249. PriceTarget Research, "Valuation Scorecard," September 30, 2022.

250. PriceTarget Research, "Investment Status Report," October 23, 2022.

251. PriceTarget Research, "Investment Status Report," January 15, 2023.

252. PriceTarget Research, "Valuation Scorecard," February 3, 2023.

253. PriceTarget Research, "Investment Status Report," March 4, 2023.

254. PriceTarget Research, "Valuation Scorecard," March 31, 2023.

255. PriceTarget Research, "Investment Status Report," April 30, 2023.

256. PriceTarget Research, "Valuation Scorecard," May 26, 2023.

257. PriceTarget Research, "Investment Status Report," June 10, 2023.

258. PriceTarget Research, "Valuation Scorecard," June 30, 2023.

259. PriceTarget Research, "Investment Status Report," July 16, 2023.

260. PriceTarget Research, "Valuation Scorecard," August 4, 2023.

261. PriceTarget Research, "Doximity Inc (NYSE: DOCS)," August 20, 2023.

262. PriceTarget Research, "Valuation Scorecard - Doximity Inc," April 25, 2024.

263. PriceTarget Research, "Doximity Inc (NYSE: DOCS)," April 26, 2024.

264. Quant IP, "Competitive Technology Report," January 6, 2023.

265. Quant IP, "Competitive Technology Report," February 9, 2023.

266. Quant IP, "Competitive Technology Report," March 17, 2023.

267. Quant IP, "Competitive Technology Report," April 10, 2023.

268. Quant IP, "Competitive Technology Report," May 14, 2023.

269. Quant IP, "Competitive Technology Report," June 17, 2023.

270. Quant IP, "Competitive Technology Report," July 10, 2023.

271. Quant IP, "Competitive Technology Report," August 10, 2023.

272. Quant IP, "Competitive Technology Report," April 1, 2024.

273. Raymond James & Associates, "DOCS | A Doctor a Day Keeps the Bears Away; Initiating at Outperform," July 19, 2021.

274. Raymond James & Associates, "DOCS | F1Q22 Quick Take - Triple Digit Growth Shows Why DOCS is an Elite Asset," August 10, 2021.

275. Raymond James & Associates, "DOCS | Rule of 40? Try Rule of 140 - Raising Estimates Following Solid 1Q Beat," August 10, 2021.

276. Raymond James & Associates, "DOCS | Doctor, My Eyes, Tell Me What Is Wrong With 'Rule of 100'; Stay Outperform," November 9, 2021.

277. Raymond James & Associates, "DOCS | F3Q22 Quick Take - Just What the Doctor Ordered," February 8, 2022.

278. Raymond James & Associates, "DOCS | What's Up Doc?  FY23 Outlook Blesses Healthy Growth Profile - Stay Outperform," February 8, 2022.

279. Raymond James & Associates, "DOCS | F4Q22 Quick Take," May 17, 2022.

280. Raymond James & Associates, "DOCS | Success Isn't Measured on 'Spring Break' - Secular Growth Will Trump Seasonality," May 17, 2022.

281. Raymond James & Associates, "DOCS | F1Q23 Quick Take," August 4, 2022.

282. Raymond James & Associates, "DOCS | Gin, TAM, Laundry - European NDR Highlights," September 26, 2022.

283. Raymond James & Associates, "DOCS | Bears Need a Gurney Post F2Q Print - Stay Outperform," November 10, 2022.

284. Raymond James & Associates, "DOCS | F2Q23 Quick Take - Stock Up 10% as Outlook Better than Feared," November 10, 2022.

285. Raymond James & Associates, "DOCS | F3Q23 Quick Take," February 9, 2023.

286. Raymond James & Associates, "DOCS | Resetting FY23 + An Early Look at FY24 Post-F3Q Print," February 10, 2023.

287. Raymond James & Associates, "DOCS | F4Q23 Quick Take," May 16, 2023.

288. Raymond James & Associates, "DOCS | Games Aren't Lost in the First Quarter - We'll Take the Over on 20%+ Growth," May 16, 2023.

289. Raymond James & Associates, "DOCS | 20% Long-Term Growth Target & Perspective on Monetization Adds Compelling Bull Case," June 6, 2023.

290. Raymond James & Associates, "DOCS | Hey Mother Hubbard, There's Plenty of Product in This Cupboard; Early Analyst Day Highlights," June 6, 2023.

291. Raymond James & Associates, "DOCS | F1Q24 Quick Take - FY24 Guidance Reduction," August 8, 2023.

292. Raymond James & Associates, "DOCS | Guidance Reset Fuels Visibility Concerns; Moats/Margins Still Strong - Stay Outperform," August 8, 2023.

293. S&P Global Compustat, "Doximity Inc," August 5, 2021.

294. S&P Global Compustat, "Doximity Inc," September 2, 2021.

295. S&P Global Compustat, "Doximity Inc," October 7, 2021.

296. S&P Global Compustat, "Doximity Inc," November 4, 2021.

297. S&P Global Compustat, "Doximity Inc," December 2, 2021.

298. S&P Global Compustat, "Doximity Inc," January 6, 2022.

299. S&P Global Compustat, "Doximity Inc," February 3, 2022.

300. S&P Global Compustat, "Doximity Inc," March 3, 2022.

301. S&P Global Compustat, "Doximity Inc," April 7, 2022.

302. S&P Global Compustat, "Doximity Inc," May 5, 2022.

303. S&P Global Compustat, "Doximity Inc," June 2, 2022.

304. S&P Global Compustat, "Doximity Inc," July 7, 2022.

305. S&P Global Compustat, "Doximity Inc," August 4, 2022.

306. S&P Global Compustat, "Doximity Inc," September 1, 2022.

307. S&P Global Compustat, "Doximity Inc," October 6, 2022.

308. S&P Global Compustat, "Doximity Inc," November 3, 2022.

309. S&P Global Compustat, "Doximity Inc," December 1, 2022.

310. S&P Global Compustat, "Doximity Inc," January 5, 2023.

311. S&P Global Compustat, "Doximity Inc," February 2, 2023.

312. S&P Global Compustat, "Doximity Inc," March 2, 2023.

313. S&P Global Compustat, "Doximity Inc," April 6, 2023.

314. S&P Global Compustat, "Doximity Inc," May 4, 2023.

315. S&P Global Compustat, "Doximity Inc," June 1, 2023.

316. S&P Global Compustat, "Doximity Inc," July 6, 2023.

317. S&P Global Compustat, "Doximity Inc," September 7, 2023.

318. S&P Global Compustat, "Doximity Inc," April 4, 2024.

319. Stephens, Inc., "High Provider Engagement Drives Monetization Moments, Profit Leverage; Launch EW (Vol.)," December 19, 2024.

320. Streetwise Reports, "Digital Media Co.'s Earnings Are Just What the Doctor Ordered," February 9, 2022.

321. SVB Leerink, "The Attention Economy Comes to Healthcare; Initiate with OP, $65 PT," July 19, 2021.

322. SVB Leerink, "F1Q22 Preview – Poised to Clear the High Bar; Reit OP," August 3, 2021.

323. SVB Leerink, "F1Q22 First Look: Hurdling the High Bar – Meaningful Beat and Raise," August 10, 2021.

324. SVB Leerink, "F1Q22 Recap: Everything We Were Looking For and More; Reit OP and $65 PT," August 11, 2021.

325. SVB Leerink, "F2Q22 First Look: Another Strong Beat/Raise, Lock Up Weighs on Shares," November 9, 2021.

326. SVB Leerink, "F2Q22 Recap: Beat and Fade on Lock-Up, Buy the Dip; PT to $72," November 10, 2021.

327. SVB Leerink, "Pfizer Sales Rep Reductions Highlight DOCS Tailwind, VEEV Headwind," January 12, 2022.

328. SVB Leerink, "F3Q22 Preview – Positive into Print; Raising Out-Year Margins," February 2, 2022.

329. SVB Leerink, "F3Q22 First Look: Beat/Raise, FY23 Margins Well Ahead of Our Street High Est.," February 8, 2022.

330. SVB Leerink, "F3Q22 Recap: Blow Out Quarter; Expect Folks to Return from the Sidelines," February 8, 2022.

331. SVB Leerink, "DOCS – Key Takeaways from the SVB Leerink Global Healthcare Conference," February 16, 2022.

332. SVB Leerink, "Mgmt Meeting Takeaways – Secular Story with Industry Poised to Double," March 7, 2022.

333. SVB Leerink, "F4Q22 First Look: Look to Call for Clarity on F1Q vs. FY23 Guidance Bridge," May 17, 2022.

334. SVB Leerink, "F4Q22 Recap: Seasonality Impacts Optics, but No Change to Theis; Reit OP," May 18, 2022.

335. SVB Leerink, "F1Q23 First Look: Cold Water Thrown on the Back Half Weighted Guidance," August 4, 2022.

336. SVB Leerink, "F1Q23 Recap: Guidance Cut Fuels Attainability Debate; Reiterate OP," August 5, 2022.

337. SVB Leerink, "F2Q23 First Look: Headline Beat, 3Q Guidance Miss Clear Low Bar," November 10, 2022.

338. SVB Leerink, "F2Q23 Recap: Better Than Feared, +ve Macro Commentary, Reit OP," November 10, 2022.

339. SVB Leerink, "F3Q23 First Look: 4Q Guidance Miss Overshadows F3Q Headline Beat," February 9, 2023.

340. SVB Leerink, "F3Q23 Recap: Better Than Initially Feared, with Timing to Blame," February 9, 2023.

341. SVB Leerink, "F4Q23 First Look: Headline Beat Offset by Light 1Q Guidance; FY24 In Line," May 16, 2023.

342. SVB Leerink, "F4Q23 Recap: Something for Everyone, With None Fully Satisfied; Opp on Weakness," May 16, 2023.

343. SVB Leerink, "Investor Day Preview: +ve Opp to Realign Investors with Secular Growth Story," May 31, 2023.

344. SVB Leerink, "2023 Investor Day Highlighted Doc Alignment, Underpenetrated TAM, AI Opp," June 6, 2023.

345. SVB Leerink, "DOCS a Doc's Best Friend… but Markets Still Choppy; Initiate at MP, $32 PT," February 26, 2024.

346. SVB Leerink, "Initial FY25 Overcomes Bear Case but Still ?s to Be Answered; PT to $30," May 17, 2024.

347. SVB Leerink, "Strong FY25 Kickoff Leaves Room for Upside in Uncertain Markets; PT to $35," August 8, 2024.

348. SVB Leerink, "Really Strong EBITDA Dropdown On Rev Beat - Can It Stay This Good? PT to $60," November 8, 2024.

349. SVB Leerink, "Great Businesses Who Keep Crushing Deserve Valuation; U/G to Outperform, $90 PT," February 7, 2025.

350. SVB Leerink, "DOCS Differentiated Growth/Profit Combo Profile Supports Premium Valuation," March 3, 2025.

351. SVB Leerink, "LT Value Prop Robust, Expect Initial FY26 Guide As Building Block; PT to $78," May 12, 2025.

352. SVB Leerink, "Magnitude of Sell-Off Too Much vs. Continued Business Strength; PT to $73," May 16, 2025.

353. SVB Leerink, "Expecting Solid Print to Kick Off FY26: Previewing FY1Q Results," August 4, 2025.

354. SVB Leerink, "Upside to Start Year, Potential for Plenty More w/Strong Mkt Position; $79 PT," August 8, 2025.

355. Truist Securities, "Bringing Key Healthcare Stakeholders Into Proximity; Initiate with a Hold Rating," September 6, 2022.

356. Truist Securities, "FY2Q Ahead; FY23 Outlook Maintained; Rebound in Demand from Pharma Clients Highlighted," November 10, 2022.

357. Truist Securities, "Let's Play Q&A: Discussion Around Pharma Marketing Budget, 1/1 Start Dates, & Product Expansion," November 16, 2022.

358. Truist Securities, "Clarifications on our 11/16/2022 Let's Play Q&A Note," November 18, 2022.

359. Truist Securities, "2023 HCIT Outlook: Share Prices Might Be Broken, but the Promise of Digital Health is Not," January 5, 2023.

360. Truist Securities, "FY3Q23 Earnings Preview: Preliminary FY24 Outlook Under Focus," February 6, 2023.

361. Truist Securities, "New Product Launch Delays Drag FY23 Outlook, Offsetting Strong FY3Q23 Results," February 9, 2023.

362. Truist Securities, "FY24 Rev Outlook Tracks Preliminary Outlook; 1Q Guide Below," May 16, 2023.

363. Truist Securities, "Pharma Marketing Expert Call; Interesting Takeaways for DOCS, VEEV, & IQV," May 30, 2023.

364. Truist Securities, "Expectations Heading Into Investor Day," June 2, 2023.

365. Truist Securities, "The Value of an Idea Lies in the Using of It; Investor Day Recap," June 6, 2023.

366. Truist Securities, "FY1Q24 Revs In-Line, EBITDA Ahead; FY24 Guidance Cut to Reflect Softer than Expected Upsells," August 8, 2023.

367. Validea, "Guru Stock Report," November 26, 2021.

368. Validea, "Guru Stock Report," March 4, 2022.

369. Validea, "Guru Stock Report," June 10, 2022.

370. Validea, "Guru Stock Report," September 16, 2022.

371. Validea, "Guru Stock Report," December 23, 2022.

372. Validea, "Guru Stock Report," March 31, 2023.

373. Validea, "Guru Stock Report," July 7, 2023.

374. Validea, "Guru Stock Report - Doximity Inc (NYSE: DOCS)," April 26, 2024.

375. ValuEngine, Inc, "Rating and Forecast Report," October 5, 2021.

376. ValuEngine, Inc, "Rating and Forecast Report," January 6, 2022.

377. ValuEngine, Inc, "Rating and Forecast Report," April 7, 2022.

378. ValuEngine, Inc, "Rating and Forecast Report," July 8, 2022.

379. ValuEngine, Inc, "Rating and Forecast Report," October 10, 2022.

380. ValuEngine, Inc, "Rating and Forecast Report," January 11, 2023.

381. ValuEngine, Inc, "Rating and Forecast Report," April 12, 2023.

382. ValuEngine, Inc, "Rating and Forecast Report," July 13, 2023.

383. ValuEngine, Inc, "Rating and Forecast Report," April 18, 2024.

384. Wells Fargo Securities LLC, "DOCS: Doximity Poised to Gain Share Amidst a Backdrop of Increasing Pharma Ad Spend; Initiate at Overweight; $38 PT," October 31, 2022.

385. Wells Fargo Securities LLC, "DOCS: Non-Material Estimate Change," October 31, 2022.

386. Wells Fargo Securities LLC, "DOCS: F2Q Beat; F2023 Maintained, But Growth Prospects Strengthen on Notable Lift to Client ROI Metrics; PT to $44," November 11, 2022.

387. Wells Fargo Securities LLC, "DOCS: Reiteration of F4Q23 Guidance Would Largely Derisk F2024 Consensus Estimates—F3Q Preview," February 7, 2023.

388. Wells Fargo Securities LLC, "DOCS: F2024 Guided Below Consensus Due to Product Delays; Not Ideal, but Doesn't Appear to Be Demand Driven; PT to $39," February 9, 2023.

389. Wells Fargo Securities LLC, "DOCS: Survey Highlights DOCS' Resilience, But Pharma Budget Growth Limits Upside Prospects; PT to $37; Downgrade to EW," May 1, 2023.

390. Wells Fargo Securities LLC, "DOCS: F2024 Guidance Midpoint Just Above Consensus; New Products a Focal Point for Growth Beyond F2024," May 16, 2023.

391. Wells Fargo Securities LLC, "DOCS: Investor Day Recap: Debuted L-T Guidance Potentially Achievable, but Implies Acceleration to N-T Consensus Ests," June 6, 2023.

392. Wells Fargo Securities LLC, "DOCS: Digital Ad Webinar Reflections: Doximity a Strategically Important Ad Platform, But Questions Emerge About Growth," June 22, 2023.

393. Wells Fargo Securities LLC, "DOCS: F2024 Guidance Cut -10% on F1Q Beat; Shares -25% AH; Strategic Pivots May Help, But Reiterated L-T Guide in Doubt," August 9, 2023.

394. Wells Fargo Securities LLC, "DOCS: Revisiting the Bull/Bear Debate; PT to $25 on Guidance Cut, but Risk/Reward Not There Yet; Maintain Equal Weight," August 10, 2023.

395. William Blair, "A Powerful Physician Platform and Compelling Provider and Pharma Partner; Initiating Coverage with Outperform Rating," July 19, 2021.

396. William Blair, "A Powerful Physician Platform and Compelling Provider and Pharma Partner; Initiating Coverage with Outperform Rating, Supplemental Information Deck," July 19, 2021.

397. William Blair, "Outstanding First Quarter Out of the Box Including 62% EBITDA Upside; Guidance Portends Robust and Profitable Growth Outlook," August 11, 2021.

398. William Blair, "Another Strong Quarter with Top- and Bottom-Line Upside; Growth Momentum Remains Stellar and Guidance Increased Markedly," November 9, 2021.

399. William Blair, "Skate to Where the Puck Is Going – The Continued Movement to Digital Marketing in Pharma," January 24, 2022.

400. William Blair, "Beat-and-Raise Story Continues, as Pharma Digital Marketing Thesis Remains Solid; Initial Fiscal 2023 Nicely Ahead of Street," February 8, 2022.

401. William Blair, "Solid Fourth-Quarter Results, Increased Forward Outlook Driven by Strong Demand for Digital Marketing Solutions," May 18, 2022.

402. William Blair, "Quarterly Bull/Bear Report: Triple D – Doximity Deep Dive," July 12, 2022.

403. William Blair, "First-Quarter Results Ahead of Expectations; Remain Bullish on End-Market Trends Despite Modest Haircut to Sales Forecast," August 4, 2022.

404. William Blair, "Pharma End-Market Diligence; Analysis of SG&A Spend, Drug Pipelines, and FDA Approvals Indicate Solid Long-Term Trends," August 16, 2022.

405. William Blair, "Pharma Market Vitals; Additional Data Points Relevant to Our Pharma Digital Marketing Universe," September 8, 2022.

406. William Blair, "Pharma End-Market Diligence; Amgen 2022 Biosimilar Report Highlights Opportunities, Risks for Digital Marketing Providers," October 19, 2022.

407. William Blair, "Solid Second-Quarter Beat and Reiterated Guidance Point to Improvement in End-Markets," November 10, 2022.

408. William Blair, "Solid Third-Quarter Beat; 2023 Guidance Modestly Narrowed on Client Med-Legal Review Lags; Sales Reduced 2%, EBITDA 1% Lower," February 9, 2023.

409. William Blair, "Is ChatGPT the Workflow Tool That Providers Have Been Waiting For? Perhaps, and Doximity Is an Early Adopter Via docsGPT," February 13, 2023.

410. William Blair, "Pharma End-Market Diligence; Digital Marketing Trends From the Digital Health Coalition Point to Strong Long-Term Growth," February 14, 2023.

411. William Blair, "Flash Note: Pharma Market Diligence; Digital Marketing Trends From SMI Point to Strong Start to Year for Pharma Marketing," April 19, 2023.

412. William Blair, "Quality Fourth-Quarter Beat; Solid 2024 Guide Points to Improving Pharma Marketing End-Market Environment," May 17, 2023.

413. William Blair, "Path to $1 Billion in Sales – Led by the Crumbling Cooking, New Products, and (Just Maybe) a DTC Product Over Time," July 18, 2023.

414. William Blair, "Second-Quarter Beat, but 8.5% Cut to Fiscal 2024 Guidance Is the Main Focus," August 8, 2023.

415. Wright Reports, "Company Profile Doximity Inc," July 13, 2022.

416. Wright Reports, "Flow of Funds Doximity Inc," September 5, 2022.

417. Wright Reports, "Company Profile Doximity Inc," December 15, 2022.

418. Wright Reports, "Flow of Funds Doximity Inc," December 15, 2022.

419. Wright Reports, "Company Profile - Doximity, Inc. Class A," April 25, 2024.

420. Wright Reports, "Flow of Funds - Doximity, Inc. Class A," April 26, 2024.

*Analyst Reports Covering Other Companies*

1. Barclays, "[Veeva Systems Inc.] Derisked 4Q Guide, Stabilizing Backdrop, Modeling 13% Billings Growth in FY25; Multiple Still Has Room," February 23, 2024.

2. Evercore, "[IQVIA Holdings Inc] Notes From The Top – Slower Pharma Spend 'T'Akes 'A'Way 'S'Omething From St Growth Outlook," November 1, 2023.

3. William Blair, "[OptimizeRx Corporation] First Look at Second-Quarter Results; Digital Marketing Headwinds Continue to Impact Near-Term Growth Outlook," August 14, 2023.

4. William Blair, "[Phreesia, Inc.] Analyzing the Ramp-up to $500 Million; the Target Is Unchanged, but Skepticism Has Risen," September 12, 2023.

*Other Publicly Available Documents*

1. Andreessen Horowitz, "In Defense of the IPO, and How to Improve It," available at https://a16z.com/in-defense-of-the-ipo-and-how-to-improve-it/.

2. CNBC, "Doximity More Than Doubles in NYSE Debut, Giving Health-Tech Company $9.4 Billion Market Cap," June 24, 2021, available at https://www.cnbc.com/2021/06/24/doximity-surges-69percent-in-debut-after-ipo-values-company-at-4point6-billion.html.

3. CNBC, "Four Silicon Valley VC Firms Notched Billion-Dollar IPO Wins on Thursday," June 24, 2021, available at https://www.cnbc.com/2021/06/24/four-vc-firms-notched-billion-dollar-ipo-gains-on-thursday.html.

4. CNBC, "TechCheck," June 24, 2021, available at https://www.cnbc.com/video/2021/06/24/doximity-ceo-on-physician-social-network-going-public-our-mission-is-to-help-doctors-be-more-productive.html.

5. CNBC, "Doximity CEO Ignored Silicon Valley Wisdom and Built a $10 Billion Health-Tech Company," June 27, 2021, available at https://www.cnbc.com/2021/06/27/doximity-ceo-ignored-silicon-valley-wisdom-built-10-billion-company.html.

6. CNBC, "TechCheck," August 11, 2021, available at https://archive.org/details/CNBC_20210811_150000_TechCheck/start/2940/end/3000.

7. CNBC, "Jim Cramer Recommends Starting a Position in 'Star' IPOs Doximity and Upstart," August 12, 2021, available at https://www.cnbc.com/2021/08/12/jim-crame-start-a-position-in-star-ipos-doximity-and-upstart-.html.

8. CNBC, "Rivian Customers Who Pre-Ordered Electric SUVs and Trucks Made Millions From IPO Pop," November 10, 2021, available at https://www.cnbc.com/2021/11/10/rivian-pre-order-customers-made-over-240-million-in-profit-on-ipo-pop.html.

9. CNBC, "TechCheck," November 10, 2021, available at https://www.cnbc.com/video/2021/11/10/over-80percent-of-us-physicians-are-active-members-of-our-platform-says-doximity-ceo.html.

10. CNBC, "TechCheck," February 9, 2022, available at https://archive.org/details/CNBC_20220209_160000_TechCheck/start/1200/end/1260.

11. CNBC, "Doctors Have a New Way to Scrub Personal Information From Internet After Spike in Harassment," November 1, 2023, available at https://www.cnbc.com/2023/11/01/doximity-announces-docdefender-to-remove-doctor-information-online.html.

12. CNBC, "Cyberattack on UnitedHealth Firm Forces Doctors to Dig Into Personal Savings to Stay Afloat," April 30, 2024, available at https://www.cnbc.com/2024/04/30/change-healthcare-cyberattack-doctors-tap-personal-savings-for-costs.html.

13. Code of Federal Regulations, "17 CFR 230.175: Liability for Certain Statements by Issuers," available at https://www.ecfr.gov/current/title-17/chapter-II/part-230/section-230.175.

14. Corporate Finance Institute, "Equity Research Report: A Recommendation to Buy, Sell, or Hold Shares of a Public Company," available at https://corporatefinanceinstitute.com/resources/valuation/equity-research-report/.

15. Corporate Finance Institute, "What is an Earnings Guidance?," available at https://corporatefinanceinstitute.com/resources/valuation/earnings-guidance/.

16. Doximity, "44 Social Recruiting Terms Every Physician Recruiter Should Know," available at https://tf-support.doximity.com/hc/en-us/articles/360039773833-44-Social-Recruiting-Terms-Every-Physician-Recruiter-Should-Know.

17. Doximity, "Business Overview," available at https://investors.doximity.com/overview.

18. Doximity, "Four Things to Know About Doximity," available at https://www.doximity.com/about/company.

19. Doximity, "How to Comment on Articles in the Newsfeed," available at https://support.doximity.com/hc/en-us/articles/16528217814291-How-to-Comment-on-Articles-in-the-Newsfeed.

20. Doximity, "How to Manage Your Emails on DoxNews," available at https://support.doximity.com/hc/en-us/articles/16597385947539-How-to-Manage-Your-Emails-on-DoxNews.

21. Doximity, "Doximity Announces Fiscal 2022 Third Quarter Financial Results," February 8, 2022, available at https://investors.doximity.com/news/news-details/2022/Doximity-Announces-Fiscal-2022-Third-Quarter-Financial-Results.

22. Doximity, "Doximity Q3 2022 Earnings Call," February 8, 2022, available at https://investors.doximity.com/news/events/event-details/2022/Doximity-Q3-2022-Earnings-Call.

23. Doximity, "Doximity Announces Fourth Quarter and Fiscal Year 2023 Financial Results and New Senior Leadership Hires," May 16, 2023, available at https://investors.doximity.com/news/news-details/2023/Doximity-Announces-Fourth-Quarter-and-Fiscal-Year-2023-Financial-Results-and-New-Senior-Leadership-Hires.

24. Doximity, "Doximity Announces Fiscal 2024 First Quarter Financial Results," August 8, 2023, available at https://investors.doximity.com/news/news-details/2023/Doximity-Announces-Fiscal-2024-First-Quarter-Financial-Results.

25. Doximity, "Doximity Announces Fiscal 2024 Second Quarter Financial Results," November 9, 2023, available at https://investors.doximity.com/news/news-details/2023/Doximity-Announces-Fiscal-2024-Second-Quarter-Financial-Results.

26. Doximity, "Doximity Announces Fiscal 2024 Third Quarter Financial Results," February 8, 2024, available at https://investors.doximity.com/news/news-details/2024/Doximity-Announces-Fiscal-2024-Third-Quarter-Financial-Results.

27. Doximity, "Doximity Announces Fourth Quarter and Fiscal Year 2024 Financial Results," May 16, 2024, available at https://investors.doximity.com/news/news-details/2024/Doximity-Announces-Fourth-Quarter-and-Fiscal-Year-2024-Financial-Results.

28. Dr. Money Matters, "Welcome," January 11, 2017, available at https://www.doctormoneymatters.com/welcome/.

29. Factiva, "Earnings Call Transcripts," available at https://dj.factiva.com/source?code=FNDW.

30. FINRA, "2241. Research Analysts and Research Reports," available at https://www.finra.org/rules-guidance/rulebooks/finra-rules/2241.

31. GoodRx, "GoodRx Reports Second Quarter 2023 Results," August 9, 2023, available at https://investors.goodrx.com/static-files/a2d91d2c-7d21-4f30-abde-053e39d1e985.

32. GoodRx, "GoodRx Reports Third Quarter 2023 Results," November 9, 2023, available at https://investors.goodrx.com/static-files/2744a37a-8873-4d7b-b179-efcee1adf23e.

33. IQVIA, "IQVIA Reports Second-Quarter 2023 Results," August 1, 2023, available at https://s201.q4cdn.com/580005511/files/doc_financials/2023/q2/IQVIA-Q2-2023-Earnings-Press-Release-vFinal.pdf.

34. IQVIA, "IQVIA Reports Third-Quarter 2023 Results," November 1, 2023, available at https://s201.q4cdn.com/580005511/files/doc_financials/2023/q3/IQVIA-Q3-2023-Earnings-Press-Release-_-vFinal.pdf.

35. Jehoshaphat Research, "A Shrinking Business That Looks Like It's Growing," April 1, 2024, available at https://jehoshaphatresearch.com/wp-content/uploads/2024/04/DOCS-Opinion-Jehoshaphat-Research-April-2024.pdf.

36. NYSE, "Doximity Inc DOCS," available at https://www.nyse.com/quote/XNYS:DOCS.

37. OptimizeRx, "Form 424B5," February 9, 2021, available at https://www.sec.gov/Archives/edgar/data/1448431/000121390021008068/ea135098-424b5_optimizerx.htm.

38. OptimizeRx, "OptimizeRx Reports Fourth Quarter and Full Year 2022 Financial Results," March 8, 2023, available at https://investors.optimizerx.com/static-files/8fb32507-113d-4331-a1e8-412d0c2e4405.

39. OptimizeRx, "OptimizeRx Reports First Quarter 2023 Financial Results," May 10, 2023, available at https://investors.optimizerx.com/news-releases/news-release-details/optimizerx-reports-first-quarter-2023-financial-results.

40. OptimizeRx, "OptimizeRx Reports Second Quarter 2023 Financial Results," August 14, 2023, available at https://investors.optimizerx.com/news-releases/news-release-details/optimizerx-reports-second-quarter-2023-financial-results.

41. PR Newswire, "Doximity Announces Fiscal 2022 Third Quarter Financial Results," February 8, 2022, available at https://www.prnewswire.com/news-releases/doximity-announces-fiscal-2022-third-quarter-financial-results-301477814.html.

42. Replies to an X post by @drmoneymatters, August 11, 2023, available at https://x.com/drmoneymatters/status/1689896246277001216.

43. Seeking Alpha, "Medical-Networking App Doximity Sets $20-$23/Share IPO Price, Valuing Firm at Some $4B," June 15, 2021, available at https://seekingalpha.com/news/3706551-medical-networking-app-doximity-sets-stock-ipo-terms.

44. Seeking Alpha, "Medical-Networking App Doximity Prices IPO Above Range," June 23, 2021, available at https://seekingalpha.com/news/3709406-medical-networking-app-doximity-prices-ipo-above-range.

45. Seeking Alpha, "Medical-Networking App Doximity's Stock Pops 104%, Valuing Firm at Some $9B (Update)," June 24, 2021, available at https://seekingalpha.com/news/3709761-doximity-stock-pops-after-ipo.

46. Seeking Alpha, "Doximity - A Potentially Healthy Platform Investment," June 25, 2021, available at https://seekingalpha.com/article/4436532-doximity-a-potentially-healthy-platform-investment.

47. Seeking Alpha, "Doximity Stock Rises Another 5%+ Intraday, Adding to 104% Gain From First Post-Ipo Session (Update)," June 25, 2021, available at https://seekingalpha.com/news/3710259-doximity-stock-rises-in-second-post-ipo-session.

48. Seeking Alpha, "Doximity: Potential Teladoc Killer," June 27, 2021, available at https://seekingalpha.com/article/4436828-doximity-stock-docs-potential-teladoc-killer.

49. Seeking Alpha, "Doximity EPS Beats by $0.03, Beats on Revenue," August 10, 2021, available at https://seekingalpha.com/news/3728484-doximity-eps-beats-0_03-beats-on-revenue.

50. Seeking Alpha, "Doximity, Inc. (DOCS) CEO Jeff Tangney on Q1 2022 Results - Earnings Call Transcript," August 10, 2021, available at https://seekingalpha.com/article/4448000-doximity-inc-docs-ceo-jeff-tangney-on-q1-2022-results-earnings-call-transcript.

51. Seeking Alpha, "Doximity Extends Post-Earnings Rally Amid Bullish Views From Analysts," August 12, 2021, available at https://seekingalpha.com/news/3729708-doximity-extends-post-earnings-rally-amid-bullish-views-from-analysts.

52. Seeking Alpha, "Doximity Shows Strength In Its First Public Quarter," August 12, 2021, available at https://seekingalpha.com/article/4448521-doximity-earnings-strength-in-its-first-public-quarter.

53. Seeking Alpha, "Doximity Extends Decline Despite Q3 Revenue Beat Ahead of Lock-up Expiry," November 10, 2021, available at https://seekingalpha.com/news/3768486-doximity-extends-decline-despite-q3-revenue-beat-ahead-of-lock-up-expiry.

54. Seeking Alpha, "Doximity, Inc. (DOCS) CEO Jeff Tangney on Q3 2022 Results - Earnings Call Transcript," February 8, 2022, available at https://seekingalpha.com/article/4485325-doximity-inc-docs-ceo-jeff-tangney-on-q3-2022-results-earnings-call-transcript.

55. Seeking Alpha, "Doximity up 23% Following Quarterly Beat and Strong 2022 Guidance," February 9, 2022, available at https://seekingalpha.com/news/3798007-doximity-up-23-following-quarterly-beat-and-strong-2022-guidance.

56. Seeking Alpha, "Goldman Sachs Initiates Teladoc, Doximity With a Buy on Long-Term View," February 11, 2022, available at https://seekingalpha.com/news/3799238-goldman-sachs-initiates-teladoc-doximity-with-buy-on-longer-term-view.

57. Seeking Alpha, "Price Target: What It Is & How It's Set," June 21, 2022, available at https://seekingalpha.com/article/4446055-stock-price-target.

58. Seeking Alpha, "Doximity, Inc. (DOCS) CEO Jeff Tangney on Q1 2023 Results - Earnings Call Transcript," August 4, 2022, available at https://seekingalpha.com/article/4530029-doximity-inc-docs-ceo-jeff-tangney-on-q1-2023-results-earnings-call-transcript.

59. Seeking Alpha, "Doximity, Inc. (DOCS) Q2 2023 Earnings Call Transcript," November 11, 2022, available at https://seekingalpha.com/article/4556307-doximity-inc-docs-q2-2023-earnings-call-transcript.

60. Seeking Alpha, "Doximity, Inc. (DOCS) Q3 2023 Earnings Call Transcript," February 9, 2023, available at https://seekingalpha.com/article/4577100-doximity-inc-docs-q3-2023-earnings-call-transcript.

61. Seeking Alpha, "Doximity, Inc. (DOCS) Q4 2023 Earnings Call Transcript," May 16, 2023, available at https://seekingalpha.com/article/4605270-doximity-inc-docs-q4-2023-earnings-call-transcript.

62. Seeking Alpha, "Doximity Eyes Over $1B in Revenue in Fiscal 2028," June 6, 2023, available at https://seekingalpha.com/news/3978002-doximity-stock-eyes-over-1b-revenue-fy28.

63. Seeking Alpha, "Doximity Falls 20% as Fiscal 2024 Revenue Guidance Misses Consensus," August 8, 2023, available at https://seekingalpha.com/news/3999534-doximity-falls-18-fiscal-2024-revenue-guidance-misses-consensus.

64. Seeking Alpha, "Doximity Non-GAAP EPS of $0.19 Beats by $0.04, Revenue of $108.5M Beats by $1.47M," August 8, 2023, available at https://seekingalpha.com/news/3999480-doximity-non-gaap-eps-of-0_19-beats-0_04-revenue-of-108_5m-beats-1_47m.

65. Seeking Alpha, "Doximity, Inc. (DOCS) Q1 2024 Earnings Call Transcript," August 8, 2023, available at https://seekingalpha.com/article/4625750-doximity-inc-docs-q1-2024-earnings-call-transcript.

66. Seeking Alpha, "Biggest Stock Movers Today: Roblox, Celsius Holdings, PENN Entertainment, WeWork and More," August 9, 2023, available at https://seekingalpha.com/news/3999787-biggest-stock-movers-today-penn-entertainment-wework-and-more.

67. Seeking Alpha, "Doximity Downgraded at Needham on Fifth Consecutive Guidance Cut," August 9, 2023, available at https://seekingalpha.com/news/4000061-doximity-stock-downgraded-needham-guidance-cut.

68. Seeking Alpha, "Doximity Earnings: Too Many Problems, Sell," August 9, 2023, available at https://seekingalpha.com/article/4625845-doximity-earnings-too-many-problems-sell.

69. Seeking Alpha, "Doximity Falls Amid Short Report From Jehoshaphat Research," April 1, 2024, available at https://seekingalpha.com/news/4085698-doximity-falls-amid-short-report-from-jehoshaphat-research.

70. Seeking Alpha, "Doximity: Not Like Other Ad Tech Stocks," May 14, 2025, available at https://seekingalpha.com/article/4786627-doximity-not-like-other-ad-tech-stocks.

71. TechCrunch, "A Comprehensive Archive of 2023 Tech Layoffs," May 1, 2024, available at https://techcrunch.com/2024/05/01/a-comprehensive-archive-of-2023-tech-layoffs/.

72. TechCrunch, "A Comprehensive Archive of 2024 Tech Layoffs," December 31, 2024, available at https://techcrunch.com/2024/12/31/a-comprehensive-archive-of-2024-tech-layoffs/.

73. Teladoc, "Teladoc Health Reports Second Quarter 2023 Results," July 25, 2023, available at https://s21.q4cdn.com/672268105/files/doc_financials/2023/q2/Teladoc-Q2-2023-EPR-Final.pdf.

74. Teladoc, "Teladoc Health Reports Third Quarter 2023 Results," October 24, 2023, available at https://s21.q4cdn.com/672268105/files/doc_financials/2023/q3/TDOC-2023-09-30-EPR-Final.pdf.

75. Veeva Systems, "Veeva Announces Fiscal 2024 Second Quarter Results," August 30, 2023, available at https://s206.q4cdn.com/200001835/files/doc_financials/2024/q2/VEEV-Q2-24-Earnings-Release-Pending.pdf.

76. Veeva Systems, "Veeva Announces Fiscal 2024 Third Quarter Results," December 6, 2023, available at https://s206.q4cdn.com/200001835/files/doc_financials/2024/q3/VEEV-Q3-24-Earnings-Release.pdf.

77. X post by @Codie_Sanchez, August 9, 2023, available at https://x.com/codie_sanchez/status/1689268802335166464.

78. X post by @drmoneymatters, August 11, 2023, available at https://x.com/drmoneymatters/status/1689896246277001216.

*Databases*
1. Refinitiv.
2. S&P Capital IQ.

**Note:**
[1] "*" denotes Factiva news articles with identical outlet, title and date, but with minor differences in word count.