**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Lead Plaintiff New York City District Council of Carpenters Pension Fund and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

IN RE DOXIMITY, INC. SECURITIES LITIGATION

Case No. 5:24-cv-02281-NW

**DECLARATION OF JONATHAN D. USLANER IN SUPPORT OF LEAD PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF LEAD REPRESENTATIVES AND CLASS COUNSEL**

Judge: Hon. Noël Wise
Date: November 19, 2025
Time: 9:00 a.m.
Courtroom: 3, Fifth Floor

I, Jonathan D. Uslaner, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted in this case. I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), located at 2121 Avenue of the Stars, Suite 2575, Los Angeles, California 90067, and counsel for Lead Plaintiff New York City District Council of Carpenters Pension Fund, ("Lead Plaintiff"). I submit this Declaration in Support of Lead Plaintiffs' Reply Memorandum in support of its Motion for Class Certification and Appointment of Class Representatives and Class Counsel. I have personal knowledge of the facts stated herein, and if called to testify, could and would testify competently thereto.

2. Attached hereto as Exhibit D is a true and correct copy of Expert Reply Report of Matthew D. Cain, PH.D., dated October 27, 2025.

3. Attached hereto as Exhibit E is a true and correct copy of excerpts of the October 16, 2025 deposition of Dr. Yael Hochberg.

4. Attached hereto as Exhibit F is a true and correct copy of [redacted][1]

5. Attached hereto as Exhibit G is a true and correct copy of the CNBC website page containing the November 10, 2021 interview with Doximity CEO Jeffrey Tangney, with the headline accompanying the video stating: "Over 80% of all U.S. physicians are active members on our platform, says Doximity CEO."

6. Attached hereto as Exhibit H is a true and correct copy of a November 10, 2021 Tweet from the handle @matevoux which states: "Over 80% of U.S. physicians are active members of our platform, says Doximity CEO."

[1] For the Court's convenience, Lead Plaintiff has highlighted the Exhibits where appropriate.

7. Attached hereto as Exhibit I is a true and correct copy of a November 11, 2021 Tweet from the handle @funstocks1 which states: "$DOCS Over 80% of U.S. physicians are active members of our platform, says Doximity CEO."

8. Attached hereto as Exhibit J is a true and correct copy of a November 12, 2021 Tweet from the handle @RipShowStocks which states that: "$DOCS Lockup expiration today. Any major dips are buying opportunities, IMO. 'Over 80% of U.S. physicians are active members of our platform, says Doximity CEO."

9. Attached hereto as Exhibit K is a true and correct copy of excerpts of the June 24, 2021 interview of Doximity CEO Jeffrey Tangney on *CNBC*'s TechCheck, in which he, among other things, states twice that Doximity had "over 80% of all U.S. physicians as active members on our platform."

10. Attached hereto as Exhibit L is a true and correct copy of the transcript of the March 10, 2022 Morgan Stanley Technology, Media and Telecom Conference in which Doximity CEO Jeffrey Tangney states, among other things, that: " [t]oday, we have over 80% of all US physicians as active members, and they're doing millions of interactions with us each day."

11. Attached hereto as Exhibit M is a true and correct copy of [redacted]

12. Attached hereto as Exhibit N is a true and correct copy of [redacted]

13. Attached hereto as Exhibit O is a true and correct copy of excerpts of Doximity's Form 10-K for the Year Ending March 31, 2022, filed on May 22, 2022, which states, among other

things, that Doximity members' "level of engagement" was "critical to our success" and that if Doximity could not sustain its member engagement, its "revenue, operating results, financial condition, business, and future growth potential may be adversely affected."

14. Attached hereto as Exhibit P is a true and correct copy of a post on the Doximity Hospital Solutions web page entitled "Doximity Overview for Healthcare Marketers – Supercharge Your Physician Marketing Strategy which states, among other things, under "Key Highlights": "Network Insights**:** Discover why 80%+ of U.S. physicians are engaged members."

15. Attached hereto as Exhibit Q is a true and correct copy of a page on the Doximity website, which states, among other things, "Active Members**:** Also known as active users — are the members of a social media network that log-in and click on internal links on a regular basis (could be weekly, monthly or even quarterly)."

16. Attached hereto as Exhibit R is a true and correct copy of a Form 8-K that Doximity filed with the Securities and Exchange Commission which states, among other things, that "[o]ur telehealth platform grew to 350,000 active providers . . ."

17. Attached hereto as Exhibit S is a true and correct copy of the transcript of Doximity's February 8, 2022 earnings call which states, among other things, that Doximity had "350,000 unique providers completing telehealth visits with us in the last quarter."

18. Attached hereto as Exhibit T is a true and correct copy of [redacted]

19. Attached hereto as Exhibit U is a true and correct copy of [redacted]

20. Attached hereto as Exhibit V is a true and correct copy of the transcript of Doximity's November 9, 2021 earnings call in which Jeffrey Tangney states, among other things,

that "usage is . . . mid-double digit percentages up from our pre-pandemic levels and any third-party data that suggests otherwise is just wrong" and that "a lot of these third-party trackers are based on free VPN software which largely hospitals and doctors no one uses."

21. Attached hereto as Exhibit W is a true and correct copy of [redacted]

22. Attached hereto as Exhibit X is a true and correct copy of the transcript of Doximity's August 8, 2023 earnings call, bearing the Bates Numbers DOX_00002365-380, in which Doximity states, among other things, that it was losing space to "banner ads" and that "smaller companies who are bidding up certain segments of physicians" provided a "better, frankly, more normalized ROI than what we currently deliver."

23. Attached hereto as Exhibit Y is a true and correct copy of [redacted]

24. Attached hereto as Exhibit Z is a true and correct copy of a June 14, 2018 post from Doximity on Medium entitled "Podcast of the Week: Doctor Money Matters."

25. Attached hereto as Exhibit AA is a true and correct copy of an August 11, 2023 post from @DoctorMoneyMatters and various responses from August 11-12.

26. Attached hereto as Exhibit BB is a true and correct copy of an August 9, 2023 post from @Codie_Sanchez and various responses from August 9-11.

27. Attached hereto as Exhibit CC is a true and correct copy of [redacted]

[redacted]

28. Attached hereto as Exhibit DD is a true and correct copy of [redacted]

29. Attached hereto as Exhibit EE is a true and correct copy of an [redacted]

30. Attached hereto as Exhibit FF is a true and correct copy of an April 1, 2024 analyst report from Jehoshaphat Research on Doximity entitled "A Shrinking Business That Looks Like It's Growing," which states, among other things, that "[e]ngagement with the Doximity platform appears to be falling, consistent with being a product that was novel in the 2010s but has become stale in the 2020s."

31. Attached hereto as Exhibit GG is a true and correct copy of the transcript of the June 16, 2022 Goldman Sachs Global Healthcare conference in which Doximity CEO Anna Bryson stated, among other things, that "with over 80% of physicians, [Doximity] delivers a very high ROI for our customers."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: October 27, 2025
Los Angeles, California

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com