1  **BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
2  Jonathan D. Uslaner (Bar No. 256898)
   jonathanu@blbglaw.com
3  Lauren M. Cruz (Bar No. 299964)
   lauren.cruz@blbglaw.com
4  2121 Avenue of the Stars, Suite 2575
   Los Angeles, CA 90067
5  Tel: (310) 819-3481

6  *Counsel for Lead Plaintiff New York City District
   Council of Carpenters Pension Fund and Lead*
7  *Counsel for the Class*

8  **SIMPSON THACHER & BARTLETT LLP**
   Stephen Blake (SBN 260069)
9  sblake@stblaw.com
   2475 Hanover Street
10 Palo Alto, California 94304
   Telephone: (650) 251-5000
11

12 *Attorney for Defendants Doximity, Inc., and
   Jeffrey Tangney*
13

14 [Additional counsel appears on signature page.]

15              **UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
16                     SAN JOSE DIVISION**

17

| | |
|---|---|
| 18  IN RE DOXIMITY, INC. SECURITIES LITIGATION | Case No. 5:24-cv-02281-NW |
| 19 | **STIPULATION AND [PROPOSED] ORDER WITHDRAWING LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY, WITHOUT PREJUDICE TO REFILE** |
| | CLASS ACTION |
| | Judge: Hon. Noël Wise |

Lead Plaintiff New York City District Council of Partners Pension Fund ("NYC Carpenters" or "Lead Plaintiff") and Defendants Doximity, Inc. ("Doximity" or the "Company") and its Chief Executive Officer ("CEO") Jeffrey Tangney ("Tangney," with Doximity, the "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, on August 12, 2025, Lead Plaintiff filed a Motion for Class Certification (ECF 85);

**WHEREAS**, on November 13, 2025, Defendants filed an Administration Motion for Leave to File Sur-Reply in Further Opposition to Lead Plaintiff's Motion for Class Certification (ECF 95); and

**WHEREAS**, the Parties have met and conferred and agree that it would serve the interests of efficiency and conservation of resources for the Parties to withdraw the pending motions without prejudice to refile, and for the Court to schedule a Case Management Conference. The Parties are available for a Case Management Conference on Tuesday, January 13, 2026, at 9:00 am.

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, by and through their undersigned counsel:

1. Lead Plaintiff hereby withdraws its Motion for Class Certification, without prejudice to refile.
2. Defendants hereby withdraw their Administrative Motion for Leave to File Sur-Reply in Further Opposition to Lead Plaintiff's Motion for Class Certification, without prejudice to refile.
3. The Parties hereby request that the Court schedule a Case Management Conference for January 13, 2026, at 9:00 am.

**IT IS SO STIPULATED.**

Dated: November 17, 2025                Respectfully Submitted,

| | |
|---|---|
| **SIMPSON THACHER & BARTLETT LLP** | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| */s/ Stephen Blake* | */s/ Jonathan D. Uslaner* |
| STEPHEN BLAKE | JONATHAN D. USLANER |
| Stephen Blake (SBN 260069) | Jonathan D. Uslaner (Bar No. 256898) |
| sblake@stblaw.com | jonathanu@blbglaw.com |
| Hilary Wong (SBN 336544) | Lauren M. Cruz (Bar No. 299964) |
| hilary.wong@stblaw.com | lauren.cruz@blbglaw.com |
| Camille Victoria Boler (SBN 353906) | Matthew Arrow (Bar No. 338273) |
| camille.boler@stblaw.com | matthew.arrow@blbglaw.com |
| 2475 Hanover Street | 2121 Avenue of the Stars, Suite 2575 |
| Palo Alto, California 94304 | Los Angeles, CA 90067 |
| Telephone: (650) 251-5000 | Tel: (310) 819-3470 |
| | |
| Jonathan K. Youngwood (SBN 350373) | John Rizio-Hamilton (*Pro Hac Vice*) |
| jyoungwood@stblaw.com | Johnr@blbglaw.com |
| 425 Lexington Avenue | Timothy Fleming (*Pro Hac Vice*) |
| New York, New York 10017 | timothy.fleming@blbglaw.com |
| Telephone: (212) 455-2000 | Sarah Schmidt (*Pro Hac Vice*) |
| | sarah.schmidt@blbglaw.com |
| *Attorneys for Defendants Doximity, Inc., and Jeffrey Tangney* | 1251 Avenue of the Americas, 44th Floor |
| | New York, NY 10020 |
| | Tel: (212) 554-1400 |
| | |
| | *Counsel for Lead Plaintiff New York City District Council of Carpenters Pension Fund and Lead Counsel for the Class* |
| | |
| | **KESSLER TOPAZ MELTZER & CHECK, LLP** |
| | |
| | Stacey M. Kaplan (SBN 241989) |
| | (skaplan@ktmc.com) |
| | One Sansome Street, Suite 1850 |
| | San Francisco, CA 94104 |
| | Tel:   (415) 400-3000 |
| | Fax:   (415) 400-3001 |
| | |
| | *Local Counsel for Lead Plaintiff New York City District Council of Carpenters Pension Fund* |

**CIVIL L.R. 5-1 ATTESTATION**

I, Jonathan D. Uslaner, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER WITHDRAWING LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY, WITHOUT PREJUDICE TO REFILE. Pursuant to Civil Local Rule 5.1(i)(3), I hereby attest that counsel for all parties have concurred in this filing.

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause shown:

1. Lead Plaintiff's Motion for Class Certification (ECF 85) is hereby withdrawn, without prejudice to refile;

2. Defendants' Administrative Motion for Leave to File Sur-Reply (ECF 95) is hereby withdrawn, without prejudice to refile; and

3. A Case Management Conference is hereby scheduled for January 13, 2026 at 9:00 am.

**IT IS SO ORDERED**

Dated:

_____
The Honorable Noël Wise
United States District Judge
